AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.  ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ M. Neal_   November 14, 2024

(By) DEPUTY CLERK                    DATE

Civil Action No. 1:24-cv-11688

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Set Forth, Inc**
was recieved by me on **11/19/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Derrick Hackett**, who is designated by law to accept service of process on behalf of **Set Forth, Inc** at **208 S La Salle St Suite 814, Chicago, IL 60604** on **11/19/2024 at 2:37 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date: 11/19/2024

*Server's signature*

**Christopher Rodriquez**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; PLAINTIFF'S CLASS ACTION COMPLAINT, to Derrick Hackett who identified themselves as the person authorized to accept with identity confirmed by subject nodding when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0149448378**

