**IN THE UNITED STATES DISTRICT COURT
FOR THE FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RENE GARCIA**,** individually and on behalf of all others situated, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) Case No: 1:24-cv-11688 |
| v. | ) Honorable Martha M. Pacold |
| | ) |
| SET FORTH, INC., | ) ) |
| | ) |
| Defendant. | ) ) |
| | ) |

| | |
|---|---|
| CHRISTOPHER BRADLEY**,** individually and on behalf of All Others Similarly Situated, | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) Case No: 1:24-cv-11691 |
| v. | ) ) |
| SET FORTH, INC. and CENTREX SOFTWARE, INC., | ) ) ) |
| Defendants. | ) ) |

| | |
|---|---|
| LINDA CARROLL, individually and on behalf of All Others Similarly Situated, | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) Case No: 1:24-cv-11726 |
| v. | ) ) |
| SET FORTH, INC., | ) ) |
| | ) |
| Defendant. | ) ) |
| | ) |

| | |
|---|---|
| CORY HOPKINS, individually and on behalf of All Others Similarly Situated, | ) ) ) |
| | ) |
| Plaintiff, | ) Case No: 1:24-cv-11739 |
| | ) |
| v. | ) ) |
| | ) |

| | | |
|---|---|---|
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ANGELA GARRETT, individually and on behalf of All Others Similarly Situated, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11744 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DAVID ALLEN, individually and on behalf of All Others Similarly Situated, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11781 |
| v. | ) | |
| | ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| MARTIN ANDERSON, individually and on Behalf of All Others Similarly Situated, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11788 |
| v. | ) | |
| | ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| MARY MOSES, individually and on behalf of All Others Similarly Situated, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11808 |
| v. | ) | |
| | ) | |

| | |
|---|---|
| SET FORTH, INC. and CENTREX SOFTWARE, INC. | ) ) ) |
| Defendants. | ) |

| | |
|---|---|
| KIM GIRVEN, individually and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 1:24-cv-11840 ) |
| SET FORTH, INC., | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| MYRA BURGESS, individually and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No: 1:24-cv-11857 |
| v. | ) ) |
| SET FORTH, INC., | ) ) |
| Defendant. | ) ) |

| | |
|---|---|
| ERIN MINOR, individually and on behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No: 1:24-cv-11861 |
| v. | ) ) |
| SET FORTH, INC., | ) ) |
| Defendant. | ) ) |

| | | |
|---|---|---|
| JANICE ADAM, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11866 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| COURTNEY PARRISH, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11867 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JOHN WAUDBY, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11886 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| ARTHUR DEKENIPP, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11922 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| BONNIE MASON, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:24-cv-11943 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| JILL MARTIN, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:24-cv-11950 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| LATOYA GRAVELY, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:24-cv-11957 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| ORLANDO SALAS, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:24-cv-11974 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| BERTHA MEZA**,** individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:24-cv-11987 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) | |
| Defendant. | ) ) ) | |
| GEORGE HALKIAS AND LAUREN VALLE**,** individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No: 1:24-cv-11993 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) | |
| Defendant. | ) | |
| ANDREW CHEEK**,** individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:24-cv-12028 |
| v. | ) ) | |
| SET FORTH, INC., | ) ) | |
| Defendant. | ) ) | |
| JORGE NEWBERY, and BRIAN JANNONE**,** individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No: 1:24-cv-12107 |
| v. | ) ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC., | ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| BOBBIE MCCLUSKEY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 1:24-cv-12203 ) ) |
| SET FORTH, INC. | ) ) |
| Defendant. | ) ) ) |

## PLAINTIFFS' UNOPPOSED MOTION TO REASSIGN RELATED ACTIONS

### I.      INTRODUCTION

Pursuant to N.D. Ill. L.R. 40.4(c), Plaintiff Rene Garcia and Plaintiffs in the related cases, *Bradley v. Set Forth, Inc. et al.*, No.1:24-cv-11691 (N.D. Ill.), *Carrol  v. Set Forth, Inc.*, No. 1:24-cv-11726 (N.D. Ill.), *Hopkins v. Set Forth,  Inc.*, No. 1:24-cv-11739 (N.D. Ill.), *Hester v. CDK Global, LLC*, No. 1:24-cv-05377 (N.D. Ill.), *Garrett v. Set Forth, Inc.*, No. 1:24-cv-11744 (N.D. Ill.), *Allen v. Set Forth, Inc., et al.*, No. 1:24-cv-11781 (N.D. Ill.), *Anderson v. Set Forth, Inc., et al.*, No. 1:24-cv-11788 (N.D. Ill.), *Moses v. Set Forth, Inc. et al.*, No. 1:24-cv-11808 (N.D. Ill.), *Girven v. Set Forth, Inc.*, No. 1:24-cv-11840 (N.D. Ill.), *Burgess v. Set Forth, Inc.*, No. 1:24-cv-11857 (N.D. Ill.), *Minor v. Set Forth, Inc.*, No. 1:24-cv-11861 (N.D. Ill.), *Adam v. Set Forth, Inc.*, No. 1:24-cv-11866 (N.D. Ill.), *Parrish v. Set Forth, Inc.*, No. 1:24-cv-11867 (N.D. Ill.), *Waudby v. Set Forth, Inc.*, No. 1:24-cv-11886 (N.D. Ill.), *Dekenipp v. Set Forth, Inc.*, No. 1:24-cv-11922 (N.D. Ill.), *Mason v. Set Forth, Inc.*, No. 1:24-cv-11943 (N.D. Ill.), *Martin v. Set Forth, Inc.*, No. 1:24-cv-11950 (N.D. Ill.), *Gravely v. Set Forth, Inc.*, No. 1:24-cv-11957 (N.D. Ill.), *Salas v. Set Forth, Inc.*, No. 1:24-cv-11974 (N.D. Ill.), *Meza v. Set Forth, Inc.*, No. 1:24-cv-11987 (N.D. Ill.), *Halkias et al. v. Set Forth, Inc.*, No. 1:24-cv-11993 (N.D. Ill.), *Cheek v. Set Forth, Inc.*, No. 1:24-cv-12028 (N.D. Ill.), *Newbury et al. v. Set Forth, Inc. et al.*, No. 1:24-cv-12107 (N.D. Ill.), and

*McCluskey v. Set Forth, Inc.*, No. 1:24-cv-12203 (N.D. Ill.) (collectively the "Related Actions"), respectfully request that the Court reassign these actions to Judge Pacold, who is presiding over the first-filed action, *Rene Garcia v. Set Forth, Inc.*, 1:24-cv-11688 (N.D. Ill.) (the "*Garcia* Action.").

By way of background, Set Forth provides debt collectors with services such as customer relationship management (CRM) solutions, payment processing and other account management products. It experienced a cybersecurity attack beginning on or about May 21, 2024, which resulted in the personal identifiable information ("PII") of consumers in its possession being exposed to cybercriminals (the "Data Breach"). The PII at issue included consumer's names, Social Security numbers, dates of birth, and addresses. The Related Actions are putative class actions filed on behalf of classes of individuals whose PII was compromised in the Data Breach. Based on the same nucleus of common facts, the Related Actions allege that Set Forth's failures to ensure the adequacy of its cybersecurity networks and systems fell far short of its obligations to safeguard the sensitive PII of individuals whose PII was entrusted to Set Forth. The Related Actions further allege that Set Forth's inadequate measures to ensure data privacy and data security resulted in the Data Breach.

To date, there have been eighteen cases filed against defendants Set Forth, Inc. and Centrex Software, Inc. related to the Data Breach. The Related Actions were filed in the following order:

1. *Garcia v. Set Forth, Inc.* No. 1:24-cv-11688 (N.D. Ill.), filed November 13, 2024;

2. *Bradley v. Set Forth, Inc. et al.*, No.1:24-cv-11691 (N.D. Ill.), filed November 13, 2024;

3. *Carrol v. Set Forth, Inc.,* No. 1:24-cv-11726 (N.D. Ill.), filed November 14, 2024;

4. *Hopkins v. Set Forth, Inc.,* No. 1:24-cv-11739 (N.D. Ill.), filed November 14, 2024;

5. *Garrett v. Set Forth, Inc.,* No. 1:24-cv-11744 (N.D. Ill.), filed November 15, 2024;

6. *Allen v. Set Forth, Inc., et al.,* No. 1:24-cv-11781 (N.D. Ill.), filed November 15, 2024;

7. *Anderson v. Set Forth, Inc., et al.,* No. 1:24-cv-11788 (N.D. Ill.), filed November 15, 2024;

8. *Moses v. Set Forth, Inc. et al.,* No. 1:24-cv-11808 (N.D. Ill.), filed November 15, 2024;

9. *Girven v. Set Forth, Inc.,* No. 1:24-cv-11840 (N.D. Ill.), filed November 18, 2024;

10. *Burgess v. Set Forth, Inc.,* No. 1:24-cv-11857 (N.D. Ill.), filed November 18, 2024;

11. *Minor v. Set Forth, Inc.,* No. 1:24-cv-11861 (N.D. Ill.), filed November 18, 2024;

12. *Adam v. Set Forth, Inc.,* No. 1:24-cv-11866 (N.D. Ill.), filed November 18, 2024;

13. *Parrish v. Set Forth, Inc.,* No. 1:24-cv-11867 (N.D. Ill.), filed November 18, 2024;

14. *Waudby v. Set Forth, Inc.,* No. 1:24-cv-11886 (N.D. Ill.), filed November 19, 2024;

15. *Dekenipp v. Set Forth, Inc.,* No. 1:24-cv-11922 (N.D. Ill.) filed November 19, 2024;

16. *Mason v. Set Forth, Inc.,* No. 1:24-cv-11943 (N.D. Ill.) filed November 20, 2024;

17. *Martin v. Set Forth, Inc.,* No. 1:24-cv-11950 (N.D. Ill.) filed November 20, 2024;

18. *Gravely v. Set Forth, Inc.,* No. 1:24-cv-11957 (N.D. Ill.) filed November 20, 2024;

19. *Salas v. Set Forth, Inc.,* No. 1:24-cv-11974 (N.D. Ill.) filed November 20, 2024;

20. *Meza v. Set Forth, Inc.,* No. 1:24-cv-11987 (N.D. Ill.) filed November 21, 2024;

21. *Halkias et al. v. Set Forth, Inc.,* No. 1:24-cv-11993 (N.D. Ill.) filed November 21, 2024;

22. *Cheek v. Set Forth, Inc.,* No. 1:24-cv-12028 (N.D. Ill.) filed November 21, 2024;

3

23. *Newbury et al. v. Set Forth, Inc. et al.*, No. 1:24-cv-12107 (N.D. Ill.) filed November 25, 2024;

24. *McCluskey v. Set Forth, Inc.*, No. 1:24-cv-12203 (N.D. Ill.) filed November 26, 2024

Accordingly, the Related Actions are currently pending in the Northern District of Illinois. Given that the Related Actions each arise from the same operative facts surrounding the Data Breach involving Defendant's computer systems on or around May 21, 2024, Plaintiffs jointly and respectfully ask for this Court to grant Plaintiffs' Motion to Reassign. A proposed order is submitted for the Court's consideration. Plaintiffs' counsel have communicated with counsel for Set Forth and Centrex and have inquired about their position on this motion. Set Forth and Centrex have indicated that they do not oppose the requested reassignment.

## II. LEGAL STANDARD

Under N.D. Ill. L.R. 40.4(a), two or more cases may be "related" if "one or more of the following conditions" are met: (1) the cases involve the same property; (2) cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; and (4) in class action suits, one or more of the classes involved in the case is or are the same. Moreover, if a high-numbered case is related to an earlier-numbered case, the higher-numbered case can be reassigned to the judge overseeing the earlier-numbered case only if each of the following criteria are met: "(1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case would likely delay the proceedings in the earlier cases substantially; and (4) the cases are susceptible of disposition in a single proceeding." N.D. Ill. L.R. 40.4(b).

### III.     ARGUMENT

####     A.  Plaintiffs' Cases are Related Pursuant to L.R. 40.4(a)

The Related Actions meet three of the four factors enumerated by L.R. 40.4(a). First, under 40.4(a)(2), the Related Actions involve many of the same issues of fact or law. Each case alleges that the plaintiff(s) sensitive and private information was compromised in the same Data Breach arising from the same cyberattack on Defendants' networks. The Plaintiffs in the Related Actions are individuals whose PII was in the possession of Set Forth whose PII was exposed to cybercriminals in the Data Breach.  Additionally, Plaintiffs in each of the Related Actions allege that their sensitive and private information was compromised in the same Data Breach arising from a cyberattack on Defendants' computer systems. The types of PII allegedly exposed in each of the Consumer Actions include names, Social Security numbers, dates of birth, and addresses. Furthermore, Plaintiffs commonly allege it was the same types of cybersecurity failures that created the risk and allowed the cyberattack to occur.

Second, under 40.4(a)(3), and as stated above, the Related Actions allege that the plaintiff(s) sensitive and private information was compromised in the same data breach involving Defendants' systems on or around May 21, 2024.

Third, under 40.4(a)(4), each of the Related Actions seek nationwide class action treatment and seek to certify classes with substantially similar class definitions:

| Class Name | Class Definition |
|---|---|
| *Garcia v. Set Forth, Inc.* No. 1:24-cv-11688 | Nationwide Class: <br><br> All persons whose Private Information was actually or potentially accessed or acquired during the Data Breach of Defendant occurring in May 2024 (the "Class") |
| *Bradley v. Set Forth, Inc. et al.*, No.1:24-cv-11691 | Nationwide Class: |

5

| | All individuals residing in the United States whose PII was compromised in the Data Breach discovered by Set Forth in May 2024, including all those individuals who received notice of the breach. |
|---|---|
| *Carrol v. Set Forth, Inc.*, No. 1:24-cv-11726 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024. |
| *Hopkins v. Set Forth, Inc.*, No. 1:24-cv-11739 | Nationwide Class:<br><br>All individuals within the United States of America whose PII was exposed to unauthorized third-parties as a result of the data breach experienced by Defendant in May 2024. |
| *Garrett v. Set Forth, Inc.*, No. 1:24-cv-11744 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Allen v. Set Forth, Inc., et al.*, No. 1:24-cv-11781 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was compromised in the Data Breach discovered by Set Forth in May 2024, including all those individuals who received notice of the breach. |
| *Anderson v. Set Forth, Inc., et al.*, No. 1:24-cv-11788 | Nationwide Class:<br><br>All individuals within the United States of America whose PII and/or financial information was exposed to unauthorized third-parties as a result of the data breach experienced by Defendants, including all who received a Notice of the Data Breach. |
| *Moses v. Set Forth, Inc. et al.*, No. 1:24-cv-11808 | Nationwide Class:<br><br>All natural persons residing in the United States whose SPI was compromised in the |

6

| | Data Breach announced by Defendants on or about November 8, 2024. |
|---|---|
| *Girven v. Set Forth, Inc.,* No. 1:24-cv-11840 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Burgess v. Set Forth, Inc.,* No. 1:24-cv-11857 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Minor v. Set Forth, Inc.,* No. 1:24-cv-11861 | Nationwide Class:<br><br>All individuals in the United States whose PII was compromised in the Data Breach |
| *Adam v. Set Forth, Inc.,* No. 1:24-cv-11866 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Parrish v. Set Forth, Inc.,* No. 1:24-cv-11867 | Nationwide Class:<br><br>All persons Defendant has identified as being among those individuals impacted by the Data Breach, including all who were sent a notice of the Data Breach |
| *Waudby v. Set Forth, Inc.,* No. 1:24-cv-11886 | Nationwide Class:<br><br>All individuals whose Private Information was maintained on Defendant Set Forth, Inc.'s computer systems and who were sent a notice of the 2024 Data Breach |
| *Dekenipp v. Set Forth, Inc.,* No. 1:24-cv-11922 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was compromised in the Data Breach discovered by Set Forth in May 2024, including all those individuals who received notice of the breach |

| | |
|---|---|
| *Mason v. Set Forth, Inc.,* No. 1:24-cv-11943 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Martin v. Set Forth, Inc.,* No. 1:24-cv-11950 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Gravely v. Set Forth, Inc.,* No. 1:24-cv-11957 | Nationwide Class:<br><br>All persons whose PII was maintained on Defendant's servers and was compromised in the Data Breach |
| *Salas v. Set Forth, Inc*., No. 1:24-cv-11974 | Nationwide Class:<br><br>All persons in the United States whose PII was compromised as a result of the Data Breach |
| *Meza v. Set Forth, Inc*., No. 1:24-cv-11987 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024 |
| *Halkias et al. v. Set Forth, Inc.*, No. 1:24-cv-11993 | Nationwide Class:<br><br>All persons whose PII was maintained on Defendant's servers and was compromised in the Data Breach |
| *Cheek v. Set Forth, Inc*., No. 1:24-cv-12028 | Nationwide Class:<br><br>All persons whose PII or other private information was compromised in the Data Breach at Forth, Inc. |
| *Newbury et al. v. Set Forth, Inc. et al.*, No. 1:24-cv-12107 | Nationwide Class:<br><br>All individuals whose PII was accessed by unauthorized third parties in the Data Breach, including those individuals who received a |

| | Notice of Data Security Incident letter from Centrex and/or Forth. |
|---|---|
| *McCluskey v. Set Forth, Inc.*, No. 1:24-cv-12203 | Nationwide Class:<br><br>All individuals residing in the United States whose PII was accessed and/or acquired by an unauthorized party as a result of the data breach reported by Defendant in November 2024. |

Therefore, because the Related Actions involve some of the same issues of fact and law, grow out of the same Data Breach, and are class-action matters that seek to certify a substantially similar nationwide class, the requirements of LR 40.4(a) are met.

### B. The Related Cases Meet the Conditions for Reassignment

LR 40.4(b) states:

(b) Conditions for Reassignment. A case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge and each of the following criteria is met:

(1) both cases are pending in this Court;

(2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort;

(3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and

(4) the cases are susceptible of disposition in a single proceeding.

The Related Actions meet each element. First, the Related Actions are pending in the United States District Court for the Northern District of Illinois. Second, reassignment will streamline eighteen equivalent actions, promoting judicial economy and efficiency. Allowing these cases to proceed individually would strain judicial resources as the Related Actions involve the same defendant, the same cyberattack and Data Breach, and would involve the same discovery.

This is true despite minor variations in class definitions and state-specific causes of action in the Related Actions. Thus, reassignment would add efficiency and consistency in judicial rulings, and reduce delay and cost.

Third, reassignment would not delay proceedings in any of the Related Action. Each case is in its infancy. Defendants have not appeared and no responsive pleading has been filed in any of the actions. Accordingly, reassignment will streamline numerous equivalent actions, promoting judicial economy and efficiency.

Fourth, the Related Actions are susceptible of disposition in a single proceeding. The Related Actions present the same factual and legal questions with respect to the formation of a duty and breach of that duty; involve the same defendants; involve the same cyberattack and Data Breach, and the same types of PII. Moreover, the remedies collectively sought include compensatory damages related to economic losses alleged to be caused by the cyberattack among other common remedies sought. As the above makes clear, reassignment would add efficiency and consistency to judicial rulings.

### C. Conclusion

For the reasons stated, Plaintiffs respectfully request that the Court enter an order reassigning the above-captioned actions to Judge Pacold, who is presiding over the first-filed case: *Garcia v. Set Forth, Inc.* No. 1:24-cv-11688 (N.D. Ill.).


Date: November 26, 2024                  Respectfully Submitted,


                                         */s/ Josh Sanford*
                                         Josh Sanford
                                         EKSM, LLP
                                         Leigh S. Montgomery*

lmontgomery@eksm.com
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040

EKSM, LLP
Leigh S. Montgomery*
lmontgomery@eksm.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

*Attorneys for Plaintiff Garcia and the Proposed
Class*

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
Samuel J. Strauss
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
raina@straussborrelli.com
sam@straussborrelli.com
Firm ID: 99937

*Attorneys for Plaintiff Bradley and the Proposed
Class*

*/s/ Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

*Attorney for Plaintiff Carroll and the Proposed
Class*

*/s/ Kevin Laukaitis*
Kevin Laukaitis

11

LAUKAITIS LAW LLC
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Courtney Weiner*
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
T: (202) 827-9980
cw@courtneyweinerlaw.com

*Attorney for Plaintiff Hopkins and the Proposed
Class*

*/s/ Jeff Ostrow*
Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954.332.4200
ostrow@kolawyers.com

*Attorney for Plaintiff Garrett and the Proposed
Class*

*/s/ Mason A. Barney*
Mason A. Barney
SIRI & GLIMSTAD LLP
745 5th Avenue, Suite 500
New York, NY 10151
Tel: (646) 357-1732
mbarney@sirillp.com

Daniel Srourian (pro hac vice to be filed)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com

*Attorneys for Plaintiff Allen and the Proposed Class*

/s/Eric Lechtzin
Eric Lechtzin (Bar ID No. 62096)

12

Marc H. Edelson (pro hac vice forthcoming)
Liberato P. Verderame (pro hac vice forthcoming)
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
electzin@edelson-law.com
medelson@edelson-law.com
lverderame@edelson-law.com

*Attorneys for Plaintiff Anderson and the Proposed Class*

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
111 W. Jackson Blvd, Suite 1700
Chicago, Illinois 60604
t: 312-984-0000
malmstrom@whafh.com

*Attorney for Plaintiff Moses and the Proposed Class*

*/s/ Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

J. Gerard Stranch, IV*
Grayson Wells*
STRANCH, JENNINGS & GARVEY, PLLC 223
Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com gwells@stranchlaw.com

*Attorneys for Plaintiff Girven and the Proposed Class*

*/s/ Gary M. Klinger*
Joseph M. Lyon

13

THE LYON FIRM
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: jlyon@thelyonfirm.com

Gary M. Klinger
MILBERG COLEMAN BRYSON  PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

*Attorneys for Plaintiff Burgess and the Proposed
Class*

*/s/ Katrina Carroll*
Katrina Carroll
katrina@lcllp.com
LYNCH CARPENTER LLP
111 W. Washington Street Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265

Beena M. McDonald*
bmm@chimicles.com
Samantha Barrett*
sb@chimicles.com
Mariah Heinzerling*
mh@chimicles.com
CHIMICLES SCHWARTZ KRINER  &
DONALDSON-SMITH LLP
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

*Attorneys for Plaintiff Minor and the Proposed
Class*

*/s/ M. Anderson Berry*
M. Anderson Berry
Gregory Haroutunian*
Brandon P. Jack*

14

CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

*Attorneys for Plaintiff Adam and the Proposed*
*Class*

*/s/ Andrew Shamis*
Andrew J. Shamis, Esq.
Leanna A. Loginov, Esq.
ashamis@shamisgentile.com
lloginov@shamisgentile.com
SHAMIS & GENTILE P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

*Attorneys for Plaintiff Parrish and the Proposed*
*Class*

/s/ Salena J. Chowdhury
Salena J. Chowdhury (IL Bar No. 6343694)
Gary E. Mason
Danielle L. Perry
Lisa A. White
MASON LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: schowdhury@masonllp.com
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: lwhite@masonllp.com

*Attorneys for Plaintiff Waudby and the Proposed*
*Class*

*/s/Andrea R. Gold*
Andrea R. Gold (Bar No. 6282969)
David Lawler (pro hac vice forthcoming)

15

TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
agold@tzlegal.com
dlawler@tzlegal.com

Sabita J. Soneji, (pro hac vice forthcoming)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: (510) 254-6808
ssoneji@tzlegal.com

*Attorneys for Plaintiff Dekenipp and the Proposed Class*

*/s/ Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON  PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Jean S. Martin*
Francesca K. Burne*
MORGAN & MORGAN  COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 223-5505
jeanmartin@ForThePeople.com
fburne@ForThePeople.com

*Attorneys for Plaintiff Mason and the Proposed Class*

*/s/ Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON  PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878

16

Email: gklinger@milberg.com

Jonathan S. Mann (ASB-1083-A36M) (pro hac vice forthcoming)
Austin B. Whitten (ASB-K13Y-7228) (pro hac vice forthcoming)
PITTMAN, DUTTON, HELLUMS,  BRADLEY & MANN, P.C.
2001 Park Place North, Suite 1100 Birmingham, AL 35203
Phone: (205) 322-8880
jonm@pittmandutton.com
austinw@pittmandutton.com

*Attorneys for Plaintiff Martin and the Proposed Class*

*/s/ Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON  PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Charles E. Schaffer*
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com
Jeffrey S. Goldenberg*
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8291
jgoldenberg@gs-legal.com

Brett R. Cohen*
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550 bcohen@leedsbrownlaw.com

17

*Attorneys for Plaintiff Gravely and the Proposed Class*

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
Megan E. Shannon
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com megan@feganscott.com

Thomas E. Loeser (pro hac vice forthcoming)
COTCHETT PITRE & MCCARTHY LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577
tloeser@cpmlegal.com

James F. Clapp (pro hac vice forthcoming)
CLAPP & LAUINGER LLP 7
01 Palomar Airport Rd. Ste. 300
Carlsbad, CA 92011
Tel: (760) 209-6565 ext. 101
Fax: (760) 209-6565
jclapp@clapplegal.com

Edward J. Wynne (pro hac vice forthcoming)
WYNNE LAW FIRM
80 E. Sir Francis Drake Blvd., Ste. 3-G
Larkspur, CA 94939
Tel: (415) 461-6400
Fax: (415) 461-3900
ewynne@wynnelawfirm.com

*Attorneys for Plaintiff Salas and the Proposed Class*

*/s/ Zachary Arbitman*
Zachary Arbitman (Bar No. 314274)*
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK DODIG, LLP
1845 Walnut Street, floor 21
Philadelphia, PA 19103

18

Phone: 215.567.8300
zarbitman@feldmanshepherd.com

*Attorney for Plaintiff Meza and the Proposed Class*

*/s/ Gary M. Klinger* _
Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Charles E. Schaffer*
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

Jeffrey S. Goldenberg*
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8291
jgoldenberg@gs-legal.com

Brett R. Cohen*
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550 bcohen@leedsbrownlaw.com

*Attorneys for Plaintiffs Halkias and Valle and the
Proposed Class*

*/s/ Jonathan M. Jagher*
Jonathan M. Jagher
FREED KANNER LONDON  & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486 jjagher@fklmlaw.com

Nicholas R. Lange

19

FREED KANNER LONDON & MILLEN LLC 100
Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500 nlange@fklmlaw.com

Amber L. Schubert (pro hac vice forthcoming)
SCHUBERT JONCKHEER & KOLBE LLP
2011 Union St., Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
aschubert@sjk.law

*Attorneys for Plaintiff Cheek and the Proposed
Class*

*/s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr. (IL #6231944)
tom@attorneyzim.com
Sharon A. Harris
sharon@attorneyzim.com
Matthew C. De Re
matt@attorneyzim.com
Jeffrey D. Blake
 jeff@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020
Fax: (312) 440-4180

Marc E. Dann
Brian D. Flick
DANNLAW 1
5000 Madison Avenue Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com

*Attorneys for Plaintiffs Newbury and Jannone and
the Proposed Class*

*/s/  Gary M. Klinger*            _
Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC

227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

James J. Pizzirusso*
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan*
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
snathan@hausfeld.com

*Attorneys for Plaintiff McCluskey and the Proposed Class*

*\*Indicates Pro Hac Vice Forthcoming*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 26th Day of November, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record and sent via electronic mail to the following counsel for Defendants:

Dated: November 26, 2024

<u>/s/</u>

22