**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Rene Garcia vs. Set Forth, Inc.       Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:

Set Forth, Inc.

Attorney name (type or print): Seth M. Erickson

Firm: Troutman Pepper Hamilton Sanders LLP

Street address: 227 West Monroe Street, Suite 3900

City/State/Zip: Chicago, IL  60606

Bar ID Number: 6299731
(See item 3  in instructions)       Telephone Number: 312-759-5930

Email Address: seth.erickson@troutman.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  December 9, 2024

Attorney signature:       S/ Seth M. Erickson
                          (Use electronic signature if the appearance form is filed electronically.)