**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RENE GARCIA,<br><br>                    Plaintiff,<br><br>    v.<br><br>SET FORTH, INC.,<br>                    Defendant. | Honorable Martha M. Pacold<br><br>Case No. 1:24-cv-11688 |

**UNOPPOSED EMERGENCY MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Set Forth, Inc. ("Set Forth"), hereby respectfully moves the Court for an extension of time to file an answer or otherwise respond to the Complaint filed by Rene Garcia ("Plaintiff"), up to and including Thursday, January 9, 2025. This motion is unopposed.

1. Plaintiff filed the Complaint on November 13, 2024.

2. Set Forth's deadline to answer or otherwise plead is December 10, 2024.

3. Due to the 28 other related cases filed against Set Forth and the pending motion to reassign related actions (Dkt. No. 5), Set Forth requires additional time to prepare a responsive pleading or motion.

4. This is Set Forth's first request for an extension of time.

4. Counsel for Set Forth contacted Plaintiff's counsel, and Plaintiff does not oppose the brief extension to and including Thursday, January 9, 2025.

5. The Court has inherent authority to grant the relief requested herein and good cause exists to permit the relief requested because the extension will promote the efficient and proper litigation of this suit and the motion is not made for delay or any improper purpose.

1

WHEREFORE, Set Forth respectfully requests this Court enter an order extending the time for Set Forth to answer or otherwise plead up to and including Thursday, January 9, 2025, and granting such other and further relief as is equitable and just.

Dated: December 9, 2024

Respectfully Submitted,
TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Seth M. Erickson*
Seth M. Erickson
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe St., Suite 3900
Chicago, Illinois 60606
312-759-5930 office
seth.erickson@troutman.com

*Counsel for Defendant Set Forth, Inc.*