# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rene Garcia

                    Plaintiff,

v.                                       Case No.: 1:24−cv−11688
                                          Honorable Martha M. Pacold

Set Forth, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant's unopposed motion for an extension of time to answer or otherwise plead, [8], is granted. Defendant shall answer or otherwise plead by 1/9/2025. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.