# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Renee Garcia, et al., | ) | |
| | ) | Case No. 24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

## ORDER

    Ronald I. Raether, Jr.'s motion for leave to appear pro hac vice on behalf of defendant Set Forth, Inc. [6] is granted.

Date: December 10, 2024                      /s/ Martha M. Pacold