IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENE GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-11688 |
| | ) |
| SET FORTH, INC., | ) |
| | ) |
| Defendant. | ) |

JOINT INITIAL STATUS REPORT

1. The Nature of the Case:

   A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.

   Plaintiff Rene Garcia

   Leigh S. Montgomery (TX Bar No. 24052214) (lead trial attorney)
   **EKSM, LLP**
   4200 Montrose, Ste. 200
   Houston, TX 77006
   Phone: 888-350-3931
   lmontgomery@eksm.com

   Josh Sanford (AR Bar No. 2001037)
   **SANFORD LAW FIRM, PLLC**~~EKSM, LLP~~
   10800 Financial Centre Parkway, Ste. 510
   Little Rock, Arkansas 72211
   Phone: 501-221-0088
   josh@sanfordlawfirm.com

   Defendant Set Forth, Inc.

   Ronald I. Raether, Jr. (lead trial attorney)
   **TROUTMAN PEPPER HAMILTON SANDERS LLP**
   100 Spectrum Center Drive, Suite 1500
   Irvine, CA 92618
   Telephone: (949) 622-2722
   Email: ron.raether@troutman.com

   Seth M. Erickson

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
227 West Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 759-5930
Email: seth.erickson@troutman.com

Joshua D. Davey
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
301 S. College Street, 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Email: joshua.davey@troutman.com

Timothy J. St. George
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Telephone: (804) 697-1254
Email: tim.stgeorge@troutman.com

**B.     Briefly describe the nature of the claims asserted in the complaint and any Counterclaims and/or third party claims.**

Plaintiff's Position

Plaintiff Garcia has asserted claims on behalf of Plaintiff and all others similarly situated that were impacted by the cyber security breach on Defendant Set Forth on or about May 21, 2024. Currently, Plaintiff Garcia has alleged Defendant is liable (1) negligence; (2) negligence *per se*; (3) breach of implied contract; and, in the alternative, (4) unjust enrichment for the May 2024 data breach and failing to keep Plaintiff and Class members private information, including social security numbers, protected.

Defendant's Position

Plaintiff Garcia alleges four claims against Set Forth, all relating to a May 2024 security incident: (1) negligence; (2) negligence *per se*; (3) breach of implied contract; and (4) unjust enrichment.

**C.     Briefly identify the major legal and factual issues in the case.**

Defendant's Position

As of today, various plaintiffs have filed 29 putative class action lawsuits against Set Forth asserting claims relating to the May 2024 security incident. Six of these cases also name as a defendant Centrex Software, Inc. Below is a table identifying these cases:

|    | **Case Title** |
|----|----------------|
| 1  | *Rene Garcia v. Set Forth, Inc.* (Case No. 1:24-cv-11688) |
| 2  | *Christopher Bradley v. Set Forth, Inc., et al.* (Case No. 1:24-cv-11691) |
| 3  | *Linda Carroll v. Set Forth, Inc.* (Case No. 1:24-cv-11726) |
| 4  | *Cory Hopkins v. Set Forth, Inc.* (Case No. 1:24-cv-11739) |
| 5  | *Mary Moses v. Set Forth, Inc., et al.* (Case No. 1:24-cv-11808) |
| 6  | *David Allen v. Set Forth, Inc., et al.* (Case No. 1:24-cv-11781) |
| 7  | *Martin Anderson v. Set Forth, Inc., et al.* (Case No. 1:24-cv-11788) |
| 8  | *Sharon Blue v. Set Forth, Inc.* (Case No. 1:24-cv-11792) |
| 9  | *Angela Garrett v. Set Forth, Inc.* (Case No. 1:24-cv-11744) |
| 10 | *Kim Girven v. Set Forth, Inc.* (Case No. 1:24-cv-11840) |
| 11 | *Myra Burgess v. Set Forth, Inc.* (Case No. 1:24-cv-11857) |
| 12 | *Erin Minor v. Set Forth, Inc.* (Case No. 1:24-cv-11861) |
| 13 | *Janice Adam v. Set Forth, Inc.* (Case No. 1:24-cv-11866) |
| 14 | *Courtney Parrish v. Set Forth, Inc.* (Case No. 1:24-cv-11867) |
| 15 | *John Waudby v. Set Forth, Inc.* (Case No. 1:24-cv-11886) |
| 16 | *Arthur Dekenipp v. Set Forth, Inc.* (Case No. 1:24-cv-11922) |
| 17 | *Bonnie Mason v. Set Forth, Inc.* (Case No. 1:24-cv-11943) |
| 18 | *Jill Martin v. Set Forth, Inc.* (Case No. 1:24-cv-11950) |
| 19 | *LaToya Gravely v. Set Forth, Inc.* (Case No. 1:24-cv-11957) |
| 20 | *Orlando Salas v. Set Forth, Inc.* (Case No. 1:24-cv-11974) |
| 21 | *Bertha Meza v. Set Forth, Inc.* (Case No. 1:24-cv-11987) |
| 22 | *George Halkias, et al. v. Set Forth, Inc.* (Case No. 1:24-cv-11993) |
| 23 | *Andrew Cheek v. Set Forth, Inc.* (Case No. 1:24-cv-12028) |
| 24 | *Jorge Newbery, et al. v. Set Forth, Inc., et al.* (Case No. 1:24-cv-12107) |
| 25 | *Joel Bellefeuille, Jr. v. Set Forth, Inc.* (Case No. 1:24-cv-12188) |
| 26 | *Bobbie McCluskey v. Set Forth, Inc.* (Case No. 1:24-cv-12203) |
| 27 | *Steven Ossler, et al. v. Set Forth, Inc., et al.* (Case No. 1:24-cv-12244) |
| 28 | *Juan Cruz v. Set Forth, Inc.* (Case No. 1:24-cv-12323) |
| 29 | *Renne Baca v. Set Forth, Inc.* (Case No. 1:24-cv-12497) |

On November 26, 2024, plaintiffs filed an unopposed motion to reassign all of these cases to Judge Martha Pacold. That motion remains pending. Defendants have moved to extend their responsive pleading deadlines and to stay all litigation until the motion to reassign and other preliminary procedural issues are resolved. Specifically, Defendants believe the Court should appoint lead plaintiffs' counsel to direct the litigation on the plaintiffs' side, and that the Court should require lead plaintiffs' counsel to file a consolidated putative class action complaint. Additionally, Defendants submit the Court should establish a briefing schedule for Defendants' anticipated motion to dismiss the consolidated class action complaint.

Further, the Court should require lead plaintiffs' counsel to provide sufficient identifying information concerning each named plaintiff to permit Defendants to identify them and

confirm they received a notification letter from Set Forth relating to the security incident. This could be satisfied by providing a copy of the notification letter each plaintiff received or the unique confirmation code reflect on each plaintiffs' notification letter. This information is needed for conflicts purposes and in order to avoid the need for Defendants to file a motion for a more definite statement. Set Forth has requested that information, but to date has received very little by way of responses.

All other activity should be stayed pending resolution of Defendants' motion to dismiss.

Defendants request a status conference with the Court at an early opportune time to discuss the foregoing.

Plaintiff's Position

Plaintiffs have filed a motion to reassign all similar cases related to the May 2024 data breach against Set Forth, Inc. and, once the cases have been reassigned, intend to move to consolidate and appoint interim class leadership. Plaintiff's counsel understands Defendant Set Forth is unopposed to the Motion to Consolidate and takes no position on forthcoming leadership, other than wanting some leadership appointed. As several additional cases have been added since Plaintiffs filed their original motion to reassign, Plaintiffs anticipate filing an amended motion to reassign in the next few days.

Plaintiff Garcia agrees that a stay pending consolidation is appropriate and that a briefing schedule should be established for post-consolidation actions, including Plaintiff's anticipated consolidated amended complaint, Defendant Set Forth's response, and Plaintiff's response to Defendant Set Forth's responsive pleading.

Plaintiff Garcia disagrees that discovery on the particulars of each Plaintiff, beyond those in the pleadings, is necessary at this time. Defendant Set Forth has all the information regarding members of the purported class, including anyone in its system and anyone to whom Set Forth sent out data breach notification letters. Defendant has what is needed to file any responsive pleading, which is all the information any Defendant has at the beginning of a case of this nature.

**D.    State the relief sought by any of the parties.**

Plaintiff's Position

Plaintiff seeks to have all cases involving the same cyber-security claims against Set Forth, Inc. for the May 2024 breach be consolidated and leadership appointed, including Plaintiff Garcia's counsel, that a briefing schedule for the following amended complaint and responsive motion practice be entered, and thereafter, a schedule for the remainder of the discovery and case management deadlines be entered.

Plaintiff Garcia, individually and as the proposed class representative seeks for the Court to certify a class of similar situated individuals impacted by Set Forth's May 2024 cyber-security, for Plaintiff Garcia to be appointed as the class representative and her counsel as Class counsel, injunctive relief as identified in the pleading, an award of damages,

attorneys' fees, pre/post judgment interest, court costs and any other relief to which Plaintiff Garcia and the proposed class are entitled.

<u>Defendant's Position</u>

Defendant denies liability to Plaintiff and anticipates seeking dismissal of the Complaint. Defendant further seeks any relief the Court decides is equitable and just.

2. **Jurisdiction: Explain why the Court has subject matter jurisdiction over the plaintiff(s)' claim(s).**

   A. **Identify all federal statutes on which federal question jurisdiction is based.**

   Not applicable.

   B. **If jurisdiction over any claims is based on diversity or supplemental jurisdiction:**

   (1) **State whether/why the amount in controversy exceeds the jurisdictional threshold or whether there is a dispute regarding the amount in controversy (and, if so, the basis of that dispute).**

   Plaintiff alleges this is a class action involving over 1.5 million individuals and the amount in controversy exceeds $5 million exclusive of interests and costs.

   (2) **Identify the state of citizenship of each named party. For unincorporated associations, LLC's, partnerships and other business entities that are not corporations, the state(s) in which any individual members of the business unit are citizens must be identified.**

   Plaintiff Garcia is an individual residing in New Jersey.

   Defendant is a privately held corporation incorporated in Delaware with its principal place of business in Illinois.

3. **Status of Service: Identify any defendants that have not been served.**

   Not applicable. Set Forth, Inc. was served on November 19, 2024.

4. **Consent to Proceed Before a United States Magistrate Judge: Confirm that counsel have advised the parties that they may proceed before a Magistrate Judge if they consent unanimously and advise whether there is, or is not, unanimous consent. Do <u>NOT</u> report whether individual parties have so consented.**

   The parties do not consent to proceed before a United States Magistrate Judge.

5. **Motions:**

   A. **Briefly describe any pending motions.**

There is a pending unopposed motion to reassign related actions (Dkt. No. 5). Plaintiff's motion seeks to reassign and ultimately consolidate the 29 civil actions related to the security incident at issue. An amended motion incorporating any omitted cases or newly filed related cases since the November 26, 2024 motion will be filed by Plaintiff. Thereafter, Plaintiff anticipates filing a motion to appoint leadership to assist in coordinating further litigation on behalf of the Plaintiffs.

**B.  State whether the defendant(s) anticipate responding to the complaint by filing an Answer or by means of motion.**

Defendant is continuing to investigate Plaintiff's allegations, but anticipates it will file a Rule 12 motion to dismiss the Complaint.

**6.  Status of Settlement Discussions:**

**A.  Indicate whether any settlement discussions have occurred;**

**B.  Describe the status of any settlement discussions; and**

**C.  Whether the parties request a settlement conference.**

No settlement discussions have occurred. The parties do not believe early settlement or resolution is appropriate at this time. The parties do not request a settlement conference.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th Day of December, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record and sent via electronic mail to the counsel for Defendants.

Dated: December 17, 2024