**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RENE GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:24-cv-11688 |
| v. | ) |
| | ) |
| SET FORTH, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTIFICATION OF AFFILIATES STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court for the North District of Illinois, the undersigned counsel for Defendant Set Forth, Inc. ("Set Forth") certifies that it is a non-governmental corporate party. Set Forth is not a publicly held or traded corporation and no publicly held company owns more than 5% of its stock. Further, Set Forth's parent corporation and sole shareholder is Aether Management Group, Inc., which is a Delaware corporation.

Dated:  December 17, 2024

Respectfully submitted,

By: */s/ Seth M. Erickson*
Seth M. Erickson
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe St., Suite 3900
Chicago, Illinois 60606
312-759-5930 office
seth.erickson@troutman.com

Counsel for Defendant Set Forth, Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of December 2024, I electronically filed the foregoing *Defendant Set Forth, Inc.'s Notification of Affiliates Statement* with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

                                       */s/ Seth M. Erickson*
                                       Seth M. Erickson