## IN THE UNITED STATES DISTRICT COURT
## FOR THE FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RENE GARCIA**,** individually and on behalf of all others situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:24-cv-11688<br>Honorable Martha M. Pacold |
| SET FORTH, INC., | ) ) | |
| Defendant. | ) ) ) | |
| CHRISTOPHER BRADLEY**,** individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:24-cv-11691 |
| SET FORTH, INC. and CENTREX SOFTWARE, INC., | ) ) ) | |
| Defendants. | ) ) ) | |
| LINDA CARROLL, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:24-cv-11726 |
| SET FORTH, INC., | ) ) | |
| Defendant. | ) ) | |
| CORY HOPKINS, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:24-cv-11739 |
| SET FORTH, INC., | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| ANGELA GARRETT, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11744 |
| v. | ) ) ) | |
| SET FORTH, INC., | ) ) ) | |
| Defendant. | ) ) | |
| DAVID ALLEN, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11781 |
| v. | ) ) ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC., | ) ) ) | |
| Defendants. | ) | |
| MARTIN ANDERSON, individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11788 |
| v. | ) ) ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC. | ) ) ) | |
| Defendants. | ) | |
| MARY MOSES, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No: 1:24-cv-11808 |
| v. | ) ) ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC. | ) ) ) | |
| Defendants. | ) | |
| KIM GIRVEN, individually and on behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) | |

|  | ) |  |
|---|---|---|
| v. | ) | Case No: 1:24-cv-11840 |
|  | ) |  |
| SET FORTH, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

| MYRA BURGESS, individually and on behalf of All Others Similarly Situated, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) | Case No: 1:24-cv-11857 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SET FORTH, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

| ERIN MINOR, individually and on behalf of All Others Similarly Situated, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) | Case No: 1:24-cv-11861 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SET FORTH, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

| JANICE ADAM, individually and on behalf of All Others Similarly Situated, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) | Case No: 1:24-cv-11866 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SET FORTH, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

| COURTNEY PARRISH, individually and on behalf of All Others Similarly Situated, | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) | Case No: 1:24-cv-11867 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SET FORTH, INC., | ) |  |

|  |  |  |
|---|---|---|
| Defendant. | ) | |
| | ) | |
| JOHN WAUDBY**,** individually and on behalf of All Others Similarly Situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11886 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ARTHUR DEKENIPP**,** individually and on behalf of All Others Similarly Situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11922 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| BONNIE MASON**,** individually and on behalf of All Others Similarly Situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11943 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JILL MARTIN**,** individually and on behalf of All Others Similarly Situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11950 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LATOYA GRAVELY**,** individually and on behalf of All Others Similarly Situated, | ) ) | |

|  | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No: 1:24-cv-11957 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| ORLANDO SALAS, individually and on behalf of All Others Similarly Situated, | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11974 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| BERTHA MEZA, individually and on behalf of All Others Similarly Situated, | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-11987 |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| GEORGE HALKIAS AND LAUREN VALLE, individually and on behalf of All Others Similarly Situated, | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 1:24-cv-11993 |
| | ) | |
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| ANDREW CHEEK, individually and on behalf of All Others Similarly Situated, | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:24-cv-12028 |

| | | |
|---|---|---|
| v. | ) | |
| | ) | |
| SET FORTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JORGE NEWBERY, and BRIAN JANNONE**,** individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 1:24-cv-12107 |
| | ) | |
| v. | ) | |
| | ) | |
| SET FORTH, INC. and CENTREX SOFTWARE, INC., | ) ) | |
| | ) | |
| Defendants. | | |
| BOBBIE MCCLUSKEY**,** individually and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:24-cv-12203 |
| | ) | |
| v. | ) | |
| | ) | |
| SET FORTH, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| SHARON BLUE**,** individually and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:24-cv-11792 |
| | ) | |
| v. | ) | |
| | ) | |
| SET FORTH, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JOEL BELLEFEUILLIE, JR.**,** individually and on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:24-cv-12188 |
| | ) | |
| v. | ) | |
| | ) | |
| SET FORTH, INC. | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| JUAN CRUZ**,** individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SET FORTH, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Case No: 1:24-cv-12323<br>)<br>)<br>)<br>)<br>) |
| STEVEN OSSLER**,** individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SET FORTH, INC. and CENTREX SOFTWARE, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Case No: 1:24-cv-12244<br>)<br>)<br>)<br>)<br>) |
| RENNE BACA**,** individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>SET FORTH, INC. and CENTREX SOFTWARE, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)  Case No: 1:24-cv-12497<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' SUPPLEMENTAL UNOPPOSED MOTION TO REASSIGN RELATED ACTIONS

Pursuant to N.D. Ill. L.R. 40.4(c), Plaintiff Rene Garcia and Plaintiffs in the related cases, *Bradley v. Set Forth, Inc. et al.*, No.1:24-cv-11691 (N.D. Ill.), *Carrol v. Set Forth, Inc.*, No. 1:24-cv-11726 (N.D. Ill.), *Hopkins v. Set Forth, Inc.*, No. 1:24-cv-11739 (N.D. Ill.), *Garrett v. Set Forth,*

*Inc.*, No. 1:24-cv-11744 (N.D. Ill.), *Allen v. Set Forth, Inc., et al.*, No. 1:24-cv-11781 (N.D. Ill.), *Anderson v. Set Forth, Inc., et al.*, No. 1:24-cv-11788 (N.D. Ill.), *Moses v. Set Forth, Inc. et al.*, No. 1:24-cv-11808 (N.D. Ill.), *Girven v. Set Forth, Inc.*, No. 1:24-cv-11840 (N.D. Ill.), *Burgess v. Set Forth, Inc.*, No. 1:24-cv-11857 (N.D. Ill.), *Minor v. Set Forth, Inc.*, No. 1:24-cv-11861 (N.D. Ill.), *Adam v. Set Forth, Inc.*, No. 1:24-cv-11866 (N.D. Ill.), *Parrish v. Set Forth, Inc.*, No. 1:24-cv-11867 (N.D. Ill.), *Waudby v. Set Forth, Inc.*, No. 1:24-cv-11886 (N.D. Ill.), *Dekenipp v. Set Forth, Inc.*, No. 1:24-cv-11922 (N.D. Ill.), *Mason v. Set Forth, Inc.*, No. 1:24-cv-11943 (N.D. Ill.), *Martin v. Set Forth, Inc.*, No. 1:24-cv-11950 (N.D. Ill.), *Gravely v. Set Forth, Inc.*, No. 1:24-cv-11957 (N.D. Ill.), *Salas v. Set Forth, Inc.*, No. 1:24-cv-11974 (N.D. Ill.), *Meza v. Set Forth, Inc.*, No. 1:24-cv-11987 (N.D. Ill.), *Halkias et al. v. Set Forth, Inc.*, No. 1:24-cv-11993 (N.D. Ill.), *Cheek v. Set Forth, Inc.*, No. 1:24-cv-12028 (N.D. Ill.), *Newbury et al. v. Set Forth, Inc. et al.*, No. 1:24-cv-12107 (N.D. Ill.), *McCluskey v. Set Forth, Inc.*, No. 1:24-cv-12203 (N.D. Ill.), *Blue v. Set Forth, Inc.* (1:24-cv-11792) (N.D. Ill.), *Bellefeuille, Jr. v. Set Forth, Inc.* (1:24-cv-12188) (N.D. Ill.), *Cruz v. Set Forth, Inc.* (1:24-cv-12323) (N.D. Ill.), *Ossler v. Set Forth, Inc., et al.* (1:24-cv-12244) (N.D. Ill.), and *Baca v. Set Forth, Inc.* (1:24-cv-12497) (N.D. Ill.) (collectively the "Related Actions"), respectfully request that the Court reassign these actions to Judge Pacold, who is presiding over the first-filed action, *Rene Garcia v. Set Forth, Inc.*, 1:24-cv-11688 (N.D. Ill.) (the "*Garcia* Action.").

Plaintiffs filed an Unopposed Motion to Reassign on November 26, 2024. Doc. 5. Since then, additional cases, namely *Blue v. Set Forth, Inc.* (1:24-cv-11792) (N.D. Ill.), *Bellefeuille, Jr. v. Set Forth, Inc.* (1:24-cv-12188) (N.D. Ill.), *Cruz v. Set Forth, Inc.* (1:24-cv-12323) (N.D. Ill.), *Ossler v. Set Forth, Inc., et al.* (1:24-cv-12244) (N.D. Ill.), and *Baca v. Set Forth, Inc.* (1:24-cv-12497) (N.D. Ill.), have been filed. These additional cases also arise out of the cybersecurity attack

affecting Set forth on May 21, 2024 and, for the same reasons as the previously-filed Motion to Reassign, should be reassigned to Judge Pacold as well.

For the reasons stated herein and in Doc. 5, Plaintiffs respectfully request that the Court enter an order reassigning the above-captioned actions to Judge Pacold, who is presiding over the first-filed case: *Garcia v. Set Forth, Inc.* No. 1:24-cv-11688 (N.D. Ill.).

Date: December 19, 2024                     Respectfully Submitted,

/s/ Josh Sanford
Josh Sanford (AR Bar No. 2001037)
Sanford Law Firm
josh@sanfordlawfirm.com
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: (501) 221-0088
Fax: (888) 787-2040

EKSM, LLP
Leigh S. Montgomery*
lmontgomery@eksm.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

*Attorneys for Plaintiff Garcia and the Proposed Class*

By: /s/ Raina C. Borrelli
Raina C. Borrelli
Samuel J. Strauss
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
(872) 263-1100
raina@straussborrelli.com
sam@straussborrelli.com
Firm ID: 99937

3

*Attorneys for Plaintiff Bradley and the Proposed Class*

*/s/ Gary M. Klinger*
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

*Attorney for Plaintiff Carroll and the Proposed Class*

*/s/ Kevin Laukaitis*
Kevin Laukaitis
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Courtney Weiner*
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street, NW, Suite 300
Washington, DC 20006
T: (202) 827-9980
cw@courtneyweinerlaw.com

*Attorney for Plaintiff Hopkins and the Proposed Class*

*/s/ Jeff Ostrow*
Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954.332.4200
ostrow@kolawyers.com

*Attorney for Plaintiff Garrett and the Proposed Class*

4

/s/ Mason A. Barney
Mason A. Barney
SIRI & GLIMSTAD LLP
745 5th Avenue, Suite 500
New York, NY 10151
Tel: (646) 357-1732
mbarney@sirillp.com

Daniel Srourian (pro hac vice to be filed)
SROURIAN LAW FIRM, P.C.
468 N. Camden Dr. Suite 200
Beverly Hills, CA 90210
Tel: (213) 474-3800
daniel@slfla.com

*Attorneys for Plaintiff Allen and the Proposed Class*

/s/Eric Lechtzin
Eric Lechtzin (Bar ID No. 62096)
Marc H. Edelson (pro hac vice forthcoming)
Liberato P. Verderame (pro hac vice forthcoming)
EDELSON LECHTZIN LLP
411 S. State Street, Suite N300
Newtown, PA 18940
T: (215) 867-2399
electzin@edelson-law.com
medelson@edelson-law.com
lverderame@edelson-law.com

*Attorneys for Plaintiff Anderson and the Proposed Class*

/s/ Carl V. Malmstrom
Carl V. Malmstrom
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
111 W. Jackson Blvd, Suite 1700
Chicago, Illinois 60604
t: 312-984-0000
malmstrom@whafh.com

*Attorney for Plaintiff Moses and the Proposed Class*

/s/ Gary M. Klinger
Gary M. Klinger

5

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
866.252.0878
gklinger@milberg.com

J. Gerard Stranch, IV*
Grayson Wells*
STRANCH, JENNINGS & GARVEY, PLLC 223
Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com gwells@stranchlaw.com

*Attorneys for Plaintiff Girven and the Proposed
Class*

*/s/ Gary M. Klinger*
Joseph M. Lyon
THE LYON FIRM
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: jlyon@thelyonfirm.com

Gary M. Klinger
MILBERG COLEMAN BRYSON  PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

*Attorneys for Plaintiff Burgess and the Proposed
Class*

*/s/ Katrina Carroll*
Katrina Carroll
katrina@lclllp.com
LYNCH CARPENTER LLP
111 W. Washington Street Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265

6

Beena M. McDonald*
bmm@chimicles.com
Samantha Barrett*
sb@chimicles.com
Mariah Heinzerling*
mh@chimicles.com
CHIMICLES SCHWARTZ KRINER &
DONALDSON-SMITH LLP
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

*Attorneys for Plaintiff Minor and the Proposed
Class*

*/s/ M. Anderson Berry*
M. Anderson Berry
Gregory Haroutunian*
Brandon P. Jack*
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

*Attorneys for Plaintiff Adam and the Proposed
Class*

*/s/ Andrew Shamis*
Andrew J. Shamis, Esq.
Leanna A. Loginov, Esq.
ashamis@shamisgentile.com
lloginov@shamisgentile.com
SHAMIS & GENTILE P.A.
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

*Attorneys for Plaintiff Parrish and the Proposed
Class*

7

/s/ Salena J. Chowdhury
Salena J. Chowdhury (IL Bar No. 6343694)
Gary E. Mason
Danielle L. Perry
Lisa A. White
MASON LLP
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: schowdhury@masonllp.com
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: lwhite@masonllp.com

*Attorneys for Plaintiff Waudby and the Proposed
Class*

/s/Andrea R. Gold
Andrea R. Gold (Bar No. 6282969)
David Lawler (pro hac vice forthcoming)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue, NW, Suite 1010
Washington, DC 20006
Phone: (202) 973-0900
agold@tzlegal.com
dlawler@tzlegal.com

Sabita J. Soneji, (pro hac vice forthcoming)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Phone: (510) 254-6808
ssoneji@tzlegal.com

*Attorneys for Plaintiff Dekenipp and the Proposed
Class*

/s/ Gary M. Klinger
Gary M. Klinger
MILBERG COLEMAN BRYSON  PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

8

Jean S. Martin*
Francesca K. Burne*
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 223-5505
jeanmartin@ForThePeople.com
fburne@ForThePeople.com

*Attorneys for Plaintiff Mason and the Proposed
Class*

/s/ Gary M. Klinger
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

Jonathan S. Mann (ASB-1083-A36M) (pro hac vice
forthcoming)
Austin B. Whitten (ASB-K13Y-7228) (pro hac vice
forthcoming)
PITTMAN, DUTTON, HELLUMS, BRADLEY &
MANN, P.C.
2001 Park Place North, Suite
1100 Birmingham, AL 35203
Phone: (205) 322-8880
jonm@pittmandutton.com
austinw@pittmandutton.com

*Attorneys for Plaintiff Martin and the Proposed
Class*

/s/ Gary M. Klinger
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

9

Charles E. Schaffer*
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com
Jeffrey S. Goldenberg*
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8291
jgoldenberg@gs-legal.com

Brett R. Cohen*
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550 bcohen@leedsbrownlaw.com

*Attorneys for Plaintiff Gravely and the Proposed
Class*

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
Megan E. Shannon
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com megan@feganscott.com

Thomas E. Loeser (pro hac vice forthcoming)
COTCHETT PITRE & MCCARTHY LLP
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577
tloeser@cpmlegal.com

James F. Clapp (pro hac vice forthcoming)
CLAPP & LAUINGER LLP 7
01 Palomar Airport Rd. Ste. 300
Carlsbad, CA 92011
Tel: (760) 209-6565 ext. 101
Fax: (760) 209-6565

10

jclapp@clapplegal.com

Edward J. Wynne (pro hac vice forthcoming)
WYNNE LAW FIRM
80 E. Sir Francis Drake Blvd., Ste. 3-G
Larkspur, CA 94939
Tel: (415) 461-6400
Fax: (415) 461-3900
ewynne@wynnelawfirm.com

*Attorneys for Plaintiff Salas and the Proposed Class*

*/s/ Zachary Arbitman*
Zachary Arbitman (Bar No. 314274)*
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK DODIG, LLP
1845 Walnut Street, floor 21
Philadelphia, PA 19103
Phone: 215.567.8300
zarbitman@feldmanshepherd.com

*Attorney for Plaintiff Meza and the Proposed Class*

*/s/ Gary M. Klinger*
Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Charles E. Schaffer*
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

Jeffrey S. Goldenberg*
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8291
jgoldenberg@gs-legal.com

11

Brett R. Cohen*
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550 bcohen@leedsbrownlaw.com

*Attorneys for Plaintiffs Halkias and Valle and the Proposed Class*

*/s/ Jonathan M. Jagher*
Jonathan M. Jagher
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
(610) 234-6486 jjagher@fklmlaw.com

Nicholas R. Lange
FREED KANNER LONDON & MILLEN LLC 100
Tri-State International, Suite 128
Lincolnshire, IL 60069
(224) 632-4500 nlange@fklmlaw.com

Amber L. Schubert (pro hac vice forthcoming)
SCHUBERT JONCKHEER & KOLBE LLP
2011 Union St., Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
aschubert@sjk.law

*Attorneys for Plaintiff Cheek and the Proposed Class*

*/s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr. (IL #6231944)
tom@attorneyzim.com
Sharon A. Harris
sharon@attorneyzim.com
Matthew C. De Re
matt@attorneyzim.com
Jeffrey D. Blake
jeff@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020

Fax: (312) 440-4180

Marc E. Dann
Brian D. Flick
DANNLAW 1
5000 Madison Avenue Lakewood, OH 44107
Phone: (216) 373-0539
Facsimile: (216) 373-0536
Email: notices@dannlaw.com

*Attorneys for Plaintiffs Newbury and Jannone and the Proposed Class*

*/s/ Gary M. Klinger*                    _
Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

James J. Pizzirusso*
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan*
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
snathan@hausfeld.com

*Attorneys for Plaintiff McCluskey and the Proposed Class*

Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Terence R. Coates (0085579)*
Jonathan T. Deters (0093976)*
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jdeters@msdlegal.com

*Attorneys for Plaintiff Blue and the Proposed Class*

Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (*pro hac vice*)
SAMUEL M. WARD (*pro hac vice*)
600 West Broadway, Suite 900
San Diego, CA 92101
sbasser@barrack.com
sward@barrack.com
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
ANDREW J. HEO*
Two Commerce Square 2001 Market Street, Suite
3300
Philadelphia, PA 19103
aheo@barrack.com
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Attorneys for Plaintiff Bellefeuille, Jr. and the
Proposed Class*

Daniel Zemel, Esq.
Zemel Law LLC
400 Sylavn Ave, Suite 200

14

Englewood Cliffs NJ 07632
T: 862-227-3106
dz@zemellawllc.com

*Attorney for Plaintiff Cruz and the Proposed Class*

Philip L. Fraietta, No. 6337165
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

Thiago M. Coelho*
thiago@wilshirelawfirm.com
Shahin Rezvani*
shahin.rezvani@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
9701 Wilshire Blvd., 12th Floor
Los Angeles, California 90212
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Chumahan B. Bowen*
chumahan.bowen@wilshirelawfirm.com
Jennifer M. Leinbach*
jleinbach@wilshirelawfirm.com
Reuben Aguirre*
reuben.aguirre@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Ossler and the Proposed
Class*

Gary M. Klinger (IL Bar No. 6303726)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

15

Kelly Hyman*
The Hyman Law Firm, P.A.
515 North Flager Drive Suite 350
West Palm Beach, Fl, 33401
T: (561) 538 - 9050
kellyhyman@thehymanlawfirm.com.

*Indicates Pro Hac Vice Forthcoming

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this XX day of November, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record and sent via electronic mail to the following counsel for Defendants:

Dated: November xx, 2024

16

_/s/_