# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Renee Garcia, et al., | ) | |
| | ) | Case No. 24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

## ORDER

    Jarrett L. Ellzey's motion for leave to appear pro hac vice on behalf of plaintiff Rene Garcia [16] is granted. Leigh S. Montgomery's motion for leave to appear pro hac vice on behalf of plaintiff Rene Garcia [17] is granted.

Date: December 20, 2024  /s/ Martha M. Pacold