# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rene Garcia

                Plaintiff,

v.                                      Case No.: 1:24−cv−11688

                                                     Honorable Martha M. Pacold

Set Forth, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2024:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's counsel in this case, No. 1:24−cv−11688, Garcia v. Set Forth, Inc., should serve notice of the 1/15/2025 hearing on all counsel in all cases that are the subject of the motions to reassign. Defendant's unopposed motion to stay this case [14] is granted; the case and all deadlines, including the responsive pleading deadline, are stayed pending the hearing. Defendant's earlier motion to stay, [12], is stricken as moot. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.