# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Rene Garcia
                  Plaintiff,

v.                                           Case No.: 1:24−cv−11688
                                                                Honorable Martha M. Pacold

Set Forth, Inc.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Any party who would like to argue the pending motions to reassign or participate in the hearing should be present in open court on 1/15/2025 at 9:30 a.m. CST. in Courtroom 2325. Any party interested in listening to the hearing via telephone can dial 650−479−3207 and enter access code 2315 996 7380#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Plaintiff's counsel in this case, No. 1:24−cv−11688, should serve notice of this order to all counsel in all cases that are the subject of the motions to reassign. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.