UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Rene Garcia
                Plaintiff,

v.                                               Case No.: 1:24−cv−11688
                                                        Honorable Martha M. Pacold

Set Forth, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 15, 2025:

        MINUTE entry before the Honorable Martha M. Pacold: In−person motion hearing held on 1/15/2025. (1) Plaintiffs' unopposed motion to reassign related actions and consolidate [5] and supplemental unopposed motion to reassign related actions [15] are granted. The court will reassign as related and consolidate for all purposes the following cases: 24−cv−11691, 24−cv−11726, 24−cv−11739, 24−cv−11744, 24−cv−11781, 24−cv−11788, 24−cv−11808, 24−cv−11840, 24−cv−11857, 24−cv−11861, 24−cv−11866, 24−cv−11867, 24−cv−11886, 24−cv−11922, 24−cv−11943, 24−cv−11950, 24−cv−11957, 24−cv−11974, 24−cv−11987, 24−cv−11993, 24−cv−12028, 24−cv−12107, 24−cv−12203, 24−cv−11792, 24−cv−12188, 24−cv−12323, 24−cv−12244, 24−cv−12497, 24−cv−13069. Plaintiffs in all the consolidated cases intend to file a single consolidated amended class action complaint. Thus, all the consolidated cases except the first filed case, 24−cv−11688, will be administratively closed without prejudice to the filing of the forthcoming consolidated amended class action complaint in case 24−cv−11688. The consolidated amended class action complaint in case 24−cv−11688 will supersede all complaints already filed in both case 24−cv−11688 and all the consolidated cases. Going forward, all filings will occur in case 24−cv−11688. (2) Any motion for appointment of lead class counsel is due by 2/5/2025. (3) The consolidated amended class action complaint will be due 60 days after the court rules on the issue of lead class counsel. (4) The parties are to confer and file a proposed schedule, including a proposed deadline to answer or otherwise respond to the consolidated amended complaint, within 14 days after the amended class action complaint is on file. Until the court enters a scheduling order in response to the parties' proposed schedule, the deadline to answer or otherwise respond to the consolidated amended complaint remains stayed. (5) If any party requests a status hearing at any time, they should reach out to the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.