UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE

Pursuant to the entry on January 15, 2025, by the Hon. Martha M. Pacold in case 24 CV 11688, *Garcia v. Set Forth, Inc.,* the cases listed below be consolidated, pursuant to Local Rule 40.4(b); therefore

It is hereby ordered that Judge Pacold shall preside over these consolidated proceedings and each case be reassigned from the assigned judges listed below to Judge Pacold and Magistrate Judge M. David Weisman as the designated magistrate judge, pursuant to Local Rule 40.4(b).

It is further ordered that the cases below be filed in 24 CV 11688, *Garcia v. Set Forth, Inc.,* until further order of the Hon. Martha M. Pacold.

| CASE | TITLE | JUDGE |
|---|---|---|
| 24 CV 11691 | *Bradley v. Set Forth, Inc. et al* | Harjani |
| 24 CV 11726 | *Carroll v. Set Forth, Inc.* | Tharp |
| 24 CV 11739 | *Hopkins v. Set Forth, Inc.* | Bucklo |
| 24 CV 11744 | *Garrett v. Set Forth, Inc* | Coleman |
| 24 CV 11781 | *Allen v. Set Forth, Inc. et al* | Valderrama |
| 24 CV 11788 | *Anderson v. Set Forth Inc. et al* | Harjani |
| 24 CV 11792 | *Blue v. SET FORTH, INC.* | Hunt |
| 24 CV 11808 | *Moses v. Set Forth, Inc. et al* | Blakey |
| 24 CV 11840 | *Girven v. Set Forth, Inc.* | Coleman |
| 24 CV 11857 | *Burgess v. Set Forth Inc* | Cummings |
| 24 CV 11861 | *Minor v. Set Forth Inc* | Blakey |
| 24 CV 11866 | *Adam v. Set Forth, Inc.* | Jenkins |
| 24 CV 11867 | *Parrish v. Set Forth, Inc.* | Jenkins |
| 24 CV 11886 | *Waudby v. Set Forth, Inc.* | Gettleman |
| 24 CV 11922 | *Dekenipp v. SET FORTH, INC.* | Gettleman |
| 24 CV 11943 | *Mason v. Set Forth, Inc.* | Jenkins |
| 24 CV 11950 | *Martin v. Set Forth, Inc.* | Blakey |
| 24 CV 11957 | *Gravely v. Set Forth, Inc.* | Kness |
| 24 CV 11974 | *Salas v. Set Forth, INC.* | Pacold |
| 24 CV 11987 | *Meza v. Set Forth, Inc.* | Kness |
| 24 CV 11993 | *Halkias et al v. Set Forth Inc.* | Wood |
| 24 CV 12028 | *Cheek v. Set Forth, Inc.* | Ellis |
| 24 CV 12107 | *Newbery et al v. Set Forth, Inc. et al* | Gottschall |
| 24 CV 12188 | *Bellefeuille v. Set Forth, Inc.* | Bucklo |
| 24 CV 12203 | *McCluskey v. SET FORTH, INC.* | Durkin |
| 24 CV 12244 | *Ossler v. Set Forth, Inc. et al* | Pacold |
| 24 CV 12323 | *Cruz v. Set Forth Inc.* | Kendall |
| 24 CV 12497 | *Baca v. Set Forth, Inc.* | Lefkow |
| 24 CV 13069 | *Jones v. Set Forth, Inc.* | Kendall |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 16th day of January, 2025