## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Rene Garcia, et al. | ) | |
| | ) | Case No.  24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

## ORDER

Steven M. Nathan's motion for leave to appear pro hac vice on behalf of plaintiff Bobbie McCluskey [27] is granted.  James J. Pizzirusso's motion for leave to appear pro hac vice on behalf of plaintiff Bobbie McCluskey [28] is granted.

Date:  January 29, 2025                               /s/ Martha M. Pacold