**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Garcia v. Set Forth, Inc.

Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Jorge Newbery and Brian Jannone

Attorney name (type or print): Thomas A. Zimmerman, Jr.

Firm: Zimmerman Law Offices, P.C.

Street address: 77 West Washington Street, Suite 1220

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6231944
(See item 3 in instructions)

Telephone Number: (312) 440-0020

Email Address: tom@attorneyzim.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No
Are you a member of the court's general bar? ☑ Yes ☐ No
Are you a member of the court's trial bar? ☑ Yes ☐ No
Are you appearing *pro hac vice*? ☐ Yes ☑ No
If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 30, 2025

Attorney signature: S/ Thomas A. Zimmerman, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023