# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Rene Garcia, et al. | ) | |
| | ) | Case No. 24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

## ORDER

Sabita J. Soneji's motion for leave to appear pro hac vice on behalf of plaintiff Arthur Dekenipp [30] is granted.

Date: January 30, 2025                    /s/ Martha M. Pacold