# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Rene Garcia, et al. | ) | |
| | ) | Case No.   24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

## ORDER

Edward J. Wynne's motion for leave to appear pro hac vice on behalf of plaintiff, Orlando Salas [33] is granted.

Date:  January 31, 2025                              /s/ Martha M. Pacold