# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Garcia v. Set Forth, Inc.　　　Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Andrew Cheek

Attorney name (type or print): Amber L. Schubert

Firm: Schubert Jonckheer & Kolbe LLP

Street address: 2001 Union St Ste 200

City/State/Zip: San Francisco, CA 94123

Bar ID Number: 278696 (California)　　　Telephone Number: +1.415.788.4220
(See item 3 in instructions)

Email Address: aschubert@sjk.law

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
　If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 4, 2025

Attorney signature: S/ Amber L. Schubert
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023