**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Rene Garcia, et al.                              )
                                                 )          Case No.   24 C 11688
                                                 )
                      v.                         )          Hon. Martha M. Pacold
                                                 )
Set Forth, Inc.                                  )

## ORDER

Ian J. Engdahl's motion for leave to appear pro hac vice on behalf of plaintiff, Bobbie
McCluskey [39] is granted.


Date:  February 5, 2025                                   /s/ Martha M. Pacold