# Exhibit 2





Beena McDonald is a partner at Chimicles Schwartz Kriner & Donaldson-Smith LLP ("Chimicles Firm") and brings more than 20 years of litigation experience, having tried numerous jury trials, bench trials, and arbitrations in both federal and state courts. Ms. McDonald has experience prosecuting a wide variety of class actions, including data privacy and security, product defect, securities litigation and ERISA cases with the Chimicles Firm, which is known for handling high impact cases that become synonymous with ground-breaking judicial decisions that are part of the enduring tapestry of consumer protection jurisprudence.

Having invaluable experience in all aspects of complex litigation, Ms. McDonald stands ready to join the ranks of diverse class action leaders. She is the daughter of Indian parents who immigrated to this country 60 years ago, and is the first born in her family in the United States and the first attorney in her family. Prior to joining the Chimicles Firm, Ms. McDonald served as a Special Assistant United States Attorney with the U.S. Attorney's Office for the Southern District of California, where she prosecuted high stakes federal corruption, firearms, drug importation, and illegal immigration cases through to jury trial or plea agreements. As in-house counsel for Allstate Insurance Company and as a senior attorney with the Defender Association of Philadelphia, Ms. McDonald tried dozens of civil and criminal jury trials, hundreds of misdemeanor bench trials and motions, and more than sixty arbitrations.

Ms. McDonald has been recognized as a Super Lawyer and is called upon and known for her trial skills and mentorship in trial academy programs. Specifically, Ms. McDonald is a Diverse Leaders' Academy Appointee ('22-'24) for the American Bar Association's Litigation Section, and

is a Co-Chair for the 2026 Litigation Section Annual Conference. She is also a Co-Chair of the ABA Litigation Section's Diverse Trial Lawyer Academy having co-created and co-led a 3-day trial program in Philadelphia, PA, in conjunction with Temple University Beasley School of Law. Ms. McDonald also serves as faculty for the Philadelphia Bar Association's Young Trial Lawyers' Academy. Ms. McDonald also serves in leadership roles in the Sedona Conference and the Philadelphia Chapter of the South Asian Bar Association. Importantly, Ms. McDonald especially strives to mentor attorneys new to the practice of law, especially young women, to ensure they are guided and supported through the large, complex litigations that are part of her practice.

Ms. McDonald has played an integral key role and provided substantial assistance in the prosecution of a multitude of complex data privacy class actions, a few examples of which include:

- *Woodall v. Octapharma Plasma, Inc.*, No. 3:24-cv-00424 (W.D.N.C.). Ms. McDonald has been appointed as a Member of the Executive Committee in this on-going action alleging claims based on a targeted cyberattack and data breach that occurred on April 17, 2024, affecting defendant's inadequately protected computer systems and network, resulting in the unauthorized access of plaintiffs' personally identifiable information and personal health information.

- *C.K. v. Ann & Robert H. Lurie Children's Hospital of Chicago*, No. 3:24-cv -424 (N.D. Ill.) There is a pending motion for Ms. McDonald to be appointed to the Executive Committee in this data breach litigation alleging the theft and sale by a cybercrime group of highly confidential children's hospital records including, among other things, medical condition, diagnosis and treatment records, belonging to approximately 800,000 victims.

- *Albrigo v. Young Consulting, LLC*, No. 1:24-cv-08059 (N.D. Ga.) Ms. McDonald is providing substantial assistance in this class action arising out of the recent targeted cyberattack and data breach that affecting inadequately protected computer systems and network, resulting in the unauthorized access to approximately 954,177 individuals personally identifiable information and personal health information.

- *Christofferson v. Creation Entertainment, Inc.*, No. 19STCV11000 (Sup. Ct. CA). In a consumer data breach class action where the Chimicles Firm was appointed as Co-Lead class counsel, Ms. McDonald represented the firm at a mediation before the Honorable Peter D. Lichtman (Ret.) of JAMS, and later presented plaintiffs' motion for preliminary approval of a settlement which created a $950,000 non-reversionary cash fund.

- *Gordon v. Chipotle Mexican Grille, Inc.*, No. 1:17-cv-01415- CMA (D. Colo.). Ms. McDonald was key to plaintiffs' Co-Lead team in this class action relating to a data breach suffered by Chipotle that allegedly exposed consumers' payment card data to hackers, in which a $1.6 million settlement was reached.

### ***The Chimicles Firm Data Breach and Privacy Experience***

The Chimicles Firm has also held leadership positions in many data breach and privacy cases, including: *Hackett v. MNGI Digestive* Health, No. 0:24-cv-02971-JRT-ECW (D. Minn.); *McQueen v. Primary Arms,* LLC, No. 2:24-cv-00725-KSM (E.D. PA); *Willis v. Ohio Lottery Commission*, No. 2024-00446JD (Ohio Court of Claims); *DiGregorio v. Brownells, Inc.*, No. 2024-03864-TT (CCP Chester Cty., PA); *Hasson v. Comcast Cable Communications*, No. 23-5039-JMY (E.D. PA); *Irvin v. Cabela's L.L.C., et al.*, No. 2023-01668 (CCP Lebanon Cty., PA); *DeLong v. Sportsman's Guide Inc.*, No. 2:23-cv-04356-JHS (E.D. PA); *Petris v. Sportsman's Warehouse, Inc., et al.*, No. 2:23-cv-1867 (W.D. PA); *In re MCG Health Data Security Issue Litig.*, No. 2:22-cv-849-RSM-DWC (D. Wash.); *Kostka v. Dickey's Barbecue Restaurants, Inc.*, No. 3:20-cv-03424-K (N.D. Tex.); *In re Rutter's Inc. Data Security Breach Litig.*, No. 1:20-cv-382-JEJ (M.D. Pa.);  *In re Wawa, Inc. Data Breach Litigation*,  No. 2:19-cv-06019 (E.D. Pa.); *Perdue v. Hy-Vee, Inc.*, No. 1:19-cv-01330 (C.D. Ill.)*; Smith, et al. v. ComplyRight, Inc.*, No. 1:18-cv-04990 (N.D. Ill.); *Bray, et al. v. GameStop Corp.*, No. 1:17-cv-01365 (D. Del.); *Stasi v. Inmediata Health Group Corp.*, No. 19-cv-2353-JM-LL (Sup. Ct. CA); and *In re Banner Health Data Breach Litigation*, No. 2:16-cv-02696-PHX-SRB (D. Ariz.).

The Chimicles Firm is self-funded and well-capitalized, and has no obligations to third-party litigation finance sources in this or any other matter. The Firm stands ready to use the full force of its 15 attorneys, 2 paralegals and multiple support staff to support this case as needed.[1]

---

[1] See also the Chimicles Firm website at www.chimicles.com



|  |  |
|---|---|
| **HAVERFORD,** | 361 West Lancaster Avenue<br>Haverford, PA 19041<br>Voice: 610-642-8500<br>Toll Free: 866-399-2487<br>Fax:  610-649-3633 |
| **WILMINGTON,** | 2711 Centerville Rd.<br>Suite 201<br>Wilmington, DE 19808<br>Voice: 302-656-2500<br>Fax: 302-656-9053 |

<u>OUR ATTORNEYS</u>

*Partners*

3     Nicholas E. Chimicles

6     Robert J. Kriner, Jr.

8     Steven A. Schwartz

12     Kimberly Donaldson Smith

15     Timothy N. Mathews

17     Scott M. Tucker

19     Beena M. McDonald

*Of Counsel & Senior Counsel*

23     Anthony Allen Geyelin

24     Alison G. Gushue

25     Garrett W. Wotkyns

*Associates*

26     Zachary P. Beatty

28     Alex M. Kashurba

30     Juliana Del Pesco

31     Marissa N. Pembroke

32     <u>PRACTICE AREAS</u>

36     <u>REPRESENTATIVE CASES</u>

# Our Attorneys-Partners

**Practice Areas:**

- Antitrust
- Automobile Defects and False Advertising
- Corporate Mismanagement & Shareholder Derivative Action
- Defective Products and Consumer Protection
- Mergers & Acquisitions
- Non-Listed REITs
- Other Complex Litigation
- Securities Fraud

**Education:**

- University of Virginia School of Law, J.D., 1973
- University of Virginia Law Review; co-author of a course and study guide entitled "Student's Course Outline on Securities Regulation," published by the University of Virginia School of Law
- University of Pennsylvania, B.A., 1970

**Memberships & Associations:**

- Supreme Court of Pennsylvania Disciplinary Board Hearing Committee Member, 2008-2014.
- Past President of the National Association of Securities and Commercial Law Attorneys based in Washington, D.C., 1999-2001
- Chairman of the Public Affairs Committee of the American Hellenic Institute, Washington, D.C.
- Member of the Boards of Directors of Opera Philadelphia, Pennsylvanians for Modern Courts, and the Public Interest Law Center of Philadelphia.

**Admissions:**

- Supreme Court of Pennsylvania
- United States Supreme Court
- Second Circuit Court of Appeals
- Third Circuit Court of Appeals

# NICHOLAS E. CHIMICLES



Mr. Chimicles has been lead counsel and lead trial counsel in major complex litigation, antitrust, securities fraud and breach of fiduciary duty suits for over 30 years. Representative Cases include:

- Mr. Chimicles together with partner Kimberly Donaldson-Smith litigated a consumer class action against Walmart involving claims of systemic overcharging for certain weighted goods and negotiated a $45 million settlement that has received nationwide media coverage. The settlement was given final approval in June 2024 by a federal judge in Tampa. *[Kukornis v. Walmart Inc.,* Case No. 8:22-cv-02402 (M.D. Fla.)]

- Mr. Chimicles led our Firm's team, including partners Kimberly Donaldson-Smith and Timothy Mathews, in representing the lead plaintiff in a securities class action, *SEPTA v. Orrstown Financial Services, Inc.* (M.D.Pa.), that had a $15 million settlement approved in May 2023. That settlement, which included a monetary contribution from the defendant bank's former outside auditor, represented a significant percentage of the recoverable damages. The case is also noteworthy for spawning a landmark Third Circuit decision that upheld the district judge's granting a motion to amend the complaint to rejoin the outside auditor and other defendants years after their initial dismissal, one of several reasons the district court's settlement approval order commended our Firm for its "relentless" efforts in the more than decade-old case.

- In three related cases involving the collection of improperly imposed telephone utility users taxes, Mr. Chimicles was co-lead counsel representing taxpayers in the Superior Court in Los Angeles, resulting in the creation of settlement funds totaling more than $120 million. *Ardon v. City of Los Angeles* ($92.5 million) (2016); *McWilliams v. City of Long Beach* ($16.6 million)(2018); and *Granados v. County of Los Angeles* ($16.9 million)(2018). The suits were settled after the Supreme Court of California unanimously upheld the rights of taxpayers to file class action refund claims under the California Government Code.

- *W2007 Grace Acquisition I, Inc., Preferred Stockholder Litigation,* Civ. No. 2:13-cv-2777, involved various violations of contractual, fiduciary and corporate statutory duties by defendants who engaged in various related-party transactions, wrongfully withheld dividends and financial information, and failed to timely hold an annual preferred stockholder meeting. This litigation resulted in a swift settlement valued at over $76 million after ten months of hard-fought litigation.

- *Lockabey v. American Honda Motor Co.,* Case No. 37-2010-87755 (Superior Ct., San Diego). A settlement valued at over $170 million

- Fourth Circuit Court of Appeals
- Sixth Circuit Court of Appeals
- Ninth Circuit Court of Appeals
- Tenth Circuit Court of Appeals
- Eleventh Circuit Court of Appeals
- Court of Appeals for the D.C. Circuit
- Eastern District of Pennsylvania
- Eastern District of Michigan
- Northern District of Illinois
- District of Colorado
- Eastern District of Wisconsin
- Court of Federal Claims
- Southern District of New York

**Honors:**

- Recipient of the American Hellenic Institute's Heritage Achievement & National Public Service Award (2019)
- Fellow of the American Bar Foundation (2017) - an honorary organization of lawyers, judges and scholars whose careers have demonstrated outstanding dedication to the welfare of their communities and to the highest principles of the legal profession.
- Prestigious 2016 Thaddeus Stevens Award of the Public Interest Law Center (Philadelphia) in recognition of his leadership and service to this organization.
- Ellis Island Medal of Honor in May 2004, in recognition of his professional achievements and history of charitable contributions to educational, cultural and religious organizations.
- Pennsylvania and Philadelphia SuperLawyers, 2006-present.
- AV® rated by Martindale-Hubbell

resolved a consumer action involving false advertising claims relating to the sale of Honda Civic Hybrid vehicles as well as claims relating to a software update to the integrated motor assist battery system of the HCH vehicles. As a lead counsel, Mr. Chimicles led a case that, in the court's view, was "difficult and risky" and provided "significant public value

- *City of St. Clair Shores General Employees Retirement System, et al. v. Inland Western Retail Real Estate Trust, Inc.*, Case No. 07 C 6174 (N.D. Ill.). A $90 million settlement was reached in 2010 in this class action challenging the accuracy of a proxy statement that sought (and received) stockholder approval of the merger of an external advisor and property managers by a multi-billion dollar real estate investment trust, Inland Western Retail Real Estate Trust, Inc. The settlement provided that the owners of the advisor/property manager entities (who are also officers and/or directors of Inland Western) had to return nearly 25% of the Inland Western stock they received in the merger.

- *In re Real Estate Associates Limited Partnerships Litigation*, No. CV 98-7035 DDP, was tried in the federal district court in Los Angeles before the Honorable Dean D. Pregerson. Mr. Chimicles was lead trial counsel for the Class of investors in this six-week jury trial of a securities fraud/breach of fiduciary duty case that resulted in a $185 million verdict in late 2002 in favor of the Class (comprising investors in the eight REAL Partnerships) and against the REALs' managing general partner, National Partnership Investments Company ("NAPICO") and the four individual officers and directors of NAPICO. The verdict included an award of $92.5 million in punitive damages against NAPICO. This total verdict of $185 million was among the "Top 10 Verdicts of 2002," as reported by the National Law Journal (verdictsearch.com). On post-trial motions, the Court upheld in all respects the jury's verdict on liability, upheld in full the jury's award of $92.5 million in compensatory damages, upheld the Class's entitlement to punitive damages (but reduced those damages to $2.6 million based on the application of California law to NAPICO's financial condition), and awarded an additional $25 million in pre-judgment interest. Based on the Court's decisions on the post-trial motions, the judgment entered in favor of the Class on April 28, 2003 totaled over $120 million.

- *CNL Hotels & Resorts, Inc. Securities Litigation*, Case No. 6:04-cv-1231 (M.D. Fla., Orl. Div. 2006). The case settled Sections 11 and 12 claims for $35 million in cash and Section 14 proxy claims by significantly reducing the merger consideration by nearly $225 million (from $300 million to $73 million) that CNL paid for internalizing its advisor/manager.

- *Prudential Limited Partnerships Litigation*, MDL 1005 (S.D.N.Y.). Mr. Chimicles was a member of the Executive Committee in this case where the Class recovered from Prudential and other defendants $130 million in settlements, that were approved in 1995. The Class comprised limited partners in dozens of public limited partnerships that were marketed by Prudential.

- *PaineWebber Limited Partnerships Litigation*, 94 Civ. 8547 (S.D.N.Y.). Mr. Chimicles was Chairman of the Plaintiffs' Executive Committee representing limited partners who had invested in more than 65 limited partnerships that PaineWebber organized and/or marketed. The litigation was settled for a total of $200 million, comprising $125 million in cash and $75 million in additional benefits resulting from restructurings and fee concessions and waivers.

- *In Re Phoenix Leasing Incorporated Limited Partnership Litigation*,

4

- *Continental Illinois Corporation Securities Litigation*, Civil Action No. 82 C 4712 (N.D. Ill.) involving a twenty-week jury trial in which Mr. Chimicles was lead trial counsel for the Class that concluded in July, 1987 (the Class ultimately recovered nearly $40 million).

# ROBERT J. KRINER, JR.

**Practice Areas:**

- Corporate Mismanagement & Shareholder Derivative Action

- Mergers & Acquisitions

**Education:**

- Delaware Law School of Widener University, J.D., 1988

- University of Delaware, B.S. Chemistry, 1983

**Memberships:**

- Delaware State Bar Association

**Admissions:**

- Supreme Court of Delaware

- District of Delaware



Class and Derivative Investor Actions

Mr. Kriner has prosecuted actions, including class and derivative actions, on behalf of stockholders, limited partners and other investors with claims relating to mergers and acquisitions, the enforcement of fiduciary duties, the election of directors, and the enforcement of statutory rights of investors such as the right to inspect books and records. *See Sample v. Morgan*, C.A. No. 1214-VCS (obtaining full recovery for shareholders diluted by an issuance of stock to management); *In re Genentech, Inc. Shareholders Litigation, Consolidated* C.A. No. 3911-VCS (leading to a nearly $4 billion increase in the price paid to the Genentech stockholders); *In re Kinder Morgan, Inc. Shareholders Litigation, Consolidated Case* No. 06-C-801 (action challenging the management led buyout of Kinder Morgan, settled for $200 million); *In re Bank of America Corporation Stockholder Derivative Litigation,* C.A. No. 4307-CS. (derivative action relating to BOA's acquisition of Merrill Lynch & Co. resulting in a settlement which included a $62.5 million payment to Bank of America); *In re Madison Square Garden Entertainment Corp. Stockholders Litigation, Consol.* C.A. No. 2021-0468-LWW (action challenging the acquisition of Dolan family-controlled MSG Networks Inc. by Dolan family-controlled Madison Square Garden Entertainment Corp., resulting in a $48.5 million cash settlement for the MSGN stockholder class); *In re FAST Acquisition Corp. S'holders Litig.*, C.A. No. 2022-0702-PAF (Del. Ch.) (action challenging the winding down of FAST (action involving a special purpose acquisition company) and management's decision to retain for itself a termination fee received from a previously terminated business combination, which settled for $12.5 million in cash); *Fannin v. UMTH Land Development L.P., C.A. No. 12541-PAF* (derivative and direct claims for breaches of fiduciary duty, breaches of contract and unjust enrichment relating to self-dealing and misrepresentations by controllers of a limited partnership, resulting in settlement of $7 million monetary relief and substantial governance reforms).

Mr. Kriner is currently prosecuting a derivative action in the Delaware Court of Chancery against senior officers and directors of Blue Bell Creameries USA Inc., seeking to recover massive economic damages sustained by the company and its stockholders as a result of the company-wide Listeria contamination of the company's production facilities in 2015. Mr. Kriner successfully obtained a full reversal of the Chancery Court's dismissal of the claims by the Delaware Supreme Court in a landmark ruling on *Caremark* fiduciary oversight claims under Delaware law. *Marchand v. Barnhill*, 212 A.3d 805 (Del. 2019). Following the reversal, a Special Litigation Committee of the Blue Bell Board took control of the claims, determined the claims should proceed and returned control of the case to the stockholder plaintiff. The trial is currently scheduled for November 2025 and will be the first trial of *Caremark* claims in the Delaware Chancery Court. *Marchand v.*

6

*Barnhill.* C.A. No. 0586-NAC. Mr. Kriner also is currently prosecuting a class action on behalf of limited partners of CDK Fund I, LP in the Delaware Court of Chancery, asserting that a purported hedge fund formed by Defendant Cody Kerns solicited limited partner investments and operated the fund based on false representations and secret self-dealing, resulting in massive losses to the limited partners and unjust personal gains to Cody Kerns and his co-conspirators. *Piteira et al. v. Cody Kerns, et al.* C.A. No. 0390-MTZ.

### ERISA

Mr. Kriner has also successfully prosecuted claims on behalf of participants in pension and welfare plans under the Employee Retirement Income Security Act of 1974 ("ERISA"), asserting breaches of fiduciary duty by the plan trustees that injured the plans and participants. *See Edward Asner v. SAG-AFTRA Health Fund*, No. 20-101914 (resulting in a $20.6 million settlement for performers and actors affected by changes to health plan); *Snitzer v. Board of Trustees of the American Federation of Musicians Pension Plan*, No. 1:17-cv-5361 (resulting in a $26.85 million cash settlement along with substantial governance reforms).

Mr. Kriner is currently prosecuting an ERISA action on behalf of the participants in the New York Teamsters Pension Plan, asserting breaches of fiduciary duty against the plan trustees. *Carlisle v. The Board of Trustees of the American Federation of the New York State Teamsters Conference Pension and Retirement Fund et al*, C.A. No 8:21-cv-00455.

### Other Matters

Mr. Kriner has also successfully prosecuted claims on behalf of University of Delaware students who paid for but did not receive school services during the COVID-19 pandemic, resulting in a $6.3 million settlement that provided approximately $200 per student in direct cash payments. *Ninivaggi et al v. University of Delaware*, C.A. No. 1:20-cv-01478.

Mr. Kriner is currently prosecuting consumer claims in the United States District Court for the District of Delaware relating to travel insurance, *Maggi v. International Travel Network, LLC*, C.A. No. 1:24-cv-00009-CFC, and a Bitcoin mining Ponzi scheme, *Dettmering et al v. VBit Technologies Corp.* et al, C.A. No.1:22-cv-01482.

**Practice Areas:**

- Antitrust
- Corporate Mismanagement & Shareholder Derivative Action
- Defective Products and Consumer Protection
- Other Complex Litigation
- Securities Fraud

**Education:**

- Duke University School of Law, J.D., 1987
  - Law & Contemporary Problems Journal, Senior Editor
- University of Pennsylvania, B.A., 1984 - *cum laude*

**Memberships & Associations:**

- National Association of Shareholder and Consumer Attorneys (NASCAT) Executive Committee Member
- American Bar Association
- Pennsylvania Bar Association

**Admissions:**

- United States Supreme Court
- Pennsylvania Supreme Court
- Second Circuit Court of Appeals
- Third Circuit Court of Appeals
- Sixth Circuit Court of Appeals
- Seventh Circuit Court of Appeals
- Eighth Circuit Court of Appeals
- Ninth Circuit Court of Appeals
- Eastern District of Pennsylvania
- Western District of Pennsylvania
- Eastern District of Michigan

**Honors:**

- National Trial Lawyers Top 100
- AV Rating from Martindale Hubbell
- Pennsylvania Super Lawyer, 2006-Present
- America's Top 100 High Stakes Litigator

# Steven A. Schwartz



STEVEN A. SCHWARTZ has prosecuted complex class actions in a wide variety of contexts. Notably, Mr. Schwartz has been successful in obtaining several settlements and judgments where class members received a full recovery on their damages. Representative cases include:

- *In re Philips Recalled CPAP, Bi-Level PAP, And Mechanical Ventilator Products Litigation*, MDL No. 3014 (W.D. Pa.). The Court appointed Mr. Schwartz as Plaintiffs' Co-Lead Counsel in this multi district litigation alleging claims for economic losses, medical monitoring and personal injury in connection with Philips' recall of millions of CPAPs, BiPAPs and ventilators that contained polyester-based polyurethane foam that degrades into particles and emits volatile toxic compounds. The Court approved proposed class settlements of class members' economic loss and medical monitoring claims, and the parties reached a private settlement of personal injury claims that, collectively, will require the Philips defendants to pay approximately $1.7 billion to settle the Litigation.

- *Edward Asner v. SAG-AFTRA Health Fund*, No. 20-10914 (C.D. Cal.). Mr. Schwartz serves as Co-Lead Class Counsel in this ERISA case, which challenges the SAG-AFTRA Health Plan Trustees' decision to merge the SAG and AFTRA health plans, their related failures to implement the merger and properly manage the Plan's deteriorating financial condition, their imprudent negotiation of the 2019 and 2020 Commercials, Netflix and TV/Theatrical contracts, and the subsequent decision to eliminate health benefits for senior actors. The parties reached a proposed settlement for $20.6 million along with substantial non-monetary benefits. *See* https://youtu.be/4LgRxJnxI8o featuring prominent actors supporting the lawsuit.

- *In re Macbook Keyboard Litigation*, No. 5:18-cv-02813 -EJD (N. D. Cal.). Schwartz served as Co-Lead Class Counsel in this case alleging that the ultra-thin "butterfly keyboard in Apple MacBooks were defective. Shortly before trial, the case settled for $50 million. The settlement was recognized as the Number 1 Consumer Fraud Settlement in California for 2022 by TopVerdict.com.

- *Snitzer v. Board of Trustees of the American Federation of Musicians Pension Plan*, No. 1:17-cv-5361 (S.D.N.Y.). Mr. Schwartz served as Plaintiffs' Lead Counsel in this case which alleged that the Trustees of the AFM Pension Plan made a series of imprudent, overly-aggressive bets by investing an excessive percentage of plan assets in risky asset classes such ss emerging markets equities and private equity far beyond the percentage of such investment by other Taft-Hartley pension plans. The cases settled shortly before trial for $26.85 million plus substantial governance reforms including appointment of a Neutral Independent Fiduciary. The Trustee independent neutral trustee. The $26.85 million cash recovery represented the vast majority of provable damages that likely could have been won at trial and between about 65% to 75% of the Trustees' available insurance policy limits to pay any final judgment achieved through

continued litigation.

- *In re Cigna-American Specialty Health Administrative Fee Litigation*, No. 2:16-cv-03967-NIQA (E. D. Pa.). Mr. Schwartz served as co-lead counsel in this national class action alleging that defendant Cigna and its subcontractor, ASH, violated the written terms of ERISA medical benefit by treating ASH's administrative fees as medical expenses to artificially inflate the amount of "benefits" owed by plans and the cost-sharing obligations of plan participants and beneficiaries. The Court approved the $8.25 million settlement in which class members were automatically mailed checks representing a full or near-full recovery of the actual amount they paid for the administrative fees. ECF 101 at 4, 23-24.

- *Rodman v. Safeway Inc.*, No. 11-3003-JST (N.D. Cal.). Mr. Schwartz served as Plaintiffs' Lead Trial Counsel and presented all of the district court and appellate arguments in this national class action regarding grocery delivery overcharges. He was successful in obtaining a national class certification and a series of summary judgment decisions as to liability and damages resulting in a $42 million judgment, which represents a full recovery of class members' damages plus interest. The $42 million judgment was entered shortly after a scheduled trial was postponed due to Safeway's discovery misconduct, which resulted in the district court imposing a $688,000 sanction against Safeway. The Ninth Circuit affirmed the $42 million judgment. 2017 U.S. App. LEXIS 14397 (9th Aug. 4, 2017).

- *In re Apple iPhone/iPod Warranty Litig.*, 3:10-1610-RS (N.D. Cal.). Mr. Schwartz served as co-lead counsel in this national class action in which Apple agreed to a $53 million non-reversionary, cash settlement to resolve claims that it had improperly denied warranty coverage for malfunctioning iPhones due to alleged liquid damage. Class members were automatically mailed settlement checks for more than 117% of the average replacement costs of their iPhones, net of attorneys' fees, which **represented an average payment of about $241.**

- *In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, No. 06 C 7023, (N.D. Ill.) & Case 1:09-wp-65003-CAB (N. D. Ohio) (MDL No. 2001). Schwartz served as co-lead class counsel in this case which related to defective central control units ("CCUs") in front load washers manufactured by Whirlpool and sold by Sears. After extensive litigation, including two trips to the Seventh Circuit and a trip to the United States Supreme Court challenging the certification of the plaintiff class, he negotiated a settlement shortly before trial that the district court held, after a contested proceeding approval proceeding, provided a "full-value, dollar-for-dollar recovery" that was "as good, if not a better, [a] recovery for Class Members than could have been achieved at trial." 2016 U.S. Dist. LEXIS 25290 at *35 (N.D. Ill. Feb. 29, 2016).

- *Chambers v. Whirlpool Corp., et al.*, *Case No.*11-1773 FMO (C.D. Cal.). Mr. Schwartz served as co-lead counsel in this national class action involving alleged defects resulting in fires in Whirlpool, Kenmore, and KitchenAid dishwashers. The district court approved a settlement which he negotiated that provides wide-ranging relief to owners of approximately 24 million implicated dishwashers, including a full recovery of out-of-pocket damages for costs to repair or replace dishwashers that suffered Overheating Events. In approving the settlement, Judge Olguin of the Central District of California described Mr. Schwartz as "among the most capable and **experienced lawyers in the country in [consumer class**

9

actions]." 214 F. Supp. 3d 877, 902 (C.D. Cal. 2016).

- *Wong v. T-Mobile,* 05-cv-73922-NGE-VMM (E.D. Mich.). In this billing overcharge case, Mr. Schwartz served as co-lead class counsel and negotiated a settlement where T-Mobile automatically mailed class members checks representing a 100% net recovery of the overcharges and with all counsel fees paid by T-Mobile in addition to the class members' 100% recovery.

- *In re Certainteed Corp. Roofing Shingle Products Liability Litig.*, No, 07-md-1817-LP (E.D. Pa.). In this MDL case related to defective roof shingles, Mr. Schwartz served as Chair of Plaintiffs' Discovery Committee and worked under the leadership of co-lead class counsel. The parties reached a settlement that provided class members with a substantial recovery of their out-of-pocket damages and that the district court valued at between $687 to $815 million.

- *Shared Medical Systems 1998 Incentive Compensation Plan Litig.*, Term 2003, No. 0885 (Phila. C.C.P.). In this case on behalf of Siemens employees, after securing national class certification and summary judgment as to liability, on the eve of trial, Mr. Schwartz negotiated a net recovery for class members of the full amount of the incentive compensation sought (over $10 million) plus counsel fees and expenses. At the final settlement approval hearing, Judge Bernstein remarked that the settlement "should restore anyone's faith in class action[s]. . . ." Mr. Schwartz served as co-lead counsel in this case and handled all of the arguments and court hearings.

- *In re Pennsylvania Baycol: Third-Party Payor Litig.*, Sept. Term 2001, No. 001874 (Phila. C.C.P.) ("Baycol"). Mr. Schwartz served as co-lead class counsel in this case brought by health and welfare funds and insurers to recover damages caused by Bayer's withdrawal of the cholesterol drug Baycol. After extensive litigation, the court certified a nationwide class and granted plaintiffs' motion for summary judgment as to liability, and on the eve of trial, he negotiated a settlement providing class members with a net recovery that approximated the maximum damages (including pre-judgment interest) that class members suffered. That settlement represented three times the net recovery of Bayer's voluntary claims process (which AETNA and CIGNA had negotiated and was accepted by many large insurers who opted out of the class early in the litigation)

- *Wolens v. American Airlines, Inc.* Schwartz served as plaintiffs' co-lead counsel in this case involving American Airlines' retroactive increase in the number of frequent flyer miles needed to claim travel awards. In a landmark decision, the United States Supreme Court held that plaintiffs' claims were not preempted by the Federal Aviation Act. 513 U.S. 219 (1995). After eleven years of litigation, American Airlines agreed to provide class members with mileage certificates that approximated the full extent of their alleged damages, which the Court, with the assistance of a court-appointed expert and after a contested proceeding, valued at between $95.6 million and $141.6 million.

- *In Re ML Coin Fund Litigation,* (Superior Court of the State of California for the County of Los Angeles). Mr. Schwartz served as plaintiffs' co-lead counsel and successfully obtained a settlement from defendant Merrill Lynch in excess of $35 million on behalf of limited partners, which represented a 100% net recovery of their initial investments (at the time of the settlement the partnership assets were virtually worthless due to fraud committed by Merrill's co-general partner Bruce McNall, who was convicted of bank fraud).

- *Nelson v. Nationwide*, July Term 1997, No. 00453 (Phila. C.C.P.). Mr. Schwartz served as lead counsel on behalf of a certified class. After securing judgment as to liability in the trial court (34 Pa. D. & C. 4th 1 (1998)), and defeating Nationwide's Appeal before the Pennsylvania Superior Court, 924 PHL 1998 (Dec. 2, 1998), he negotiated a settlement whereby Nationwide agreed to pay class members approximately 130% of their bills.

# Kimberly Donaldson Smith

**Practice Areas:**

- Securities Fraud
- Non-Listed REITs
- Corporate Mismanagement & Shareholder Derivative Action
- Mergers & Acquisitions

**Education:**

- Villanova University School of Law, J.D., 1999 - *cum laude*
- Boston University, B.A. Political Science, 1996

**Memberships & Associations:**

- Pennsylvania Bar Association
- Villanova Law School Alumni Association

**Admissions:**

- Pennsylvania Supreme Court
- New Jersey Supreme Court
- Third Circuit Court of Appeals
- District of New Jersey
- Eastern District of Pennsylvania

**Honors:**

- Pennsylvania SuperLawyer: 2013– Present
- Named Pennsylvania Rising Star by Super Lawyers: 2006-2012
- Sutton Who's Who in American Law



Kimberly Donaldson Smith is a partner in the Firm's Haverford office. Kimberly has been counseling clients and prosecuting cases on complex issues involving securities, business transactions and other class actions for over two decades.

Kimberly concentrates her practice in sophisticated consumer and securities class action litigation in federal courts throughout the country, and in shareholder derivative and direct actions brought under state fiduciary and corporate laws litigated in federal and state courts nationwide.

Cases in which Kimberly is and was instrumental in litigating and in achieving outstanding settlements for consumers and investors include the following:

- *Kukorinis v. Walmart Inc.*, Case No. 8:22-cv-02402-VMC (M.D. Fla.) (On June 28, 2024, Judge Covington granted final approval of the proposed $45 million settlement of this consumer class action against Walmart involving allegations of systemic overcharging for certain weighted goods.)

- *Hughes, et al. v. UGI Storage Company*, No. 0714-CV-2014 (Tioga Co., Pa.) (Representing individual and a proposed class of property owners who allege that their subterranean oil and gas rights were subject to an unlawful taking by UGI, which operates several underground gas storage facilities in Tioga County, PA).

- *In re HomeAdvisor, Inc. Litigation*, Case No: 1:16-cv-01849-PAB-KLM (D. Colo.) (Representing home service professionals who allege unfair and fraudulent business practices by Defendants in violation of the Lanham Act and various states' consumer protection and unfair competition laws).

- *Orrstown Financial Services, Inc., et al., Securities Litig.*, No. 12-cv-00793 (M.D. Pa.)($15 million settlement secured on behalf of Orrstown investors, which included a monetary contribution from the defendant bank's former outside auditor and represented a significant percentage of the shareholders recoverable damages. The case is also noteworthy for spawning a landmark Third Circuit decision that upheld the district judge's granting a motion to amend the complaint to rejoin the outside auditor and other defendants years after their initial dismissal, one of several reasons the district court's settlement approval order commended CSKD for its "relentless" efforts in the more than decade-old case.)

- *Ferrer et al v. CareFirst, Inc., et al*, Case No. 16-cv-02162 (D. D.C.) ( Landmark action and settlement securing monetary recovery and reimbursements for lactation support and counseling services, an ACA-mandated preventive benefit).

- *Westmoreland County v. Inventure Foods*, No. CV2016-002718 (Super. Ct. Ariz.) (Settlement achieved that recovered over 35% of investors' damages).

- *Milliken v. American Realty Capital Hospitality Advisors, LLC et al.*, Case No. 18-cv-1757 (U.S. District Court, S.D.N.Y) (Derivative settlement of over $15 million)

- *Gamburg, et al., v. Hines Real Estate Investment Trust, Inc., et al.*, Case No. 24C16004496 (Cir. Ct. Baltimore City (Derivative and class settlement securing a cash payment representing recovery of over 20% of contested fees paid to affiliates.

- *Trumbo et al. v. The Inland Group, et al.* (Circuit Court of Cook County, IL Case No. 13-CH-07790) (Derivative settlement of $11.1 million).

- *Roth v. The Phoenix Companies, Inc. and U.S. Bank National Association, in its capacity as Indenture Trustee, Index No. 650634/2016 (N.Y. Sup. Ct.)* (Secured settlement on behalf of bondholders in connection with a 2015 going-private merger. Within seven days of the Firm filing a complaint seeking injunctive relief, the Firm secured material benefits for Bondholders, including, most significantly, ongoing access to material financial and corporate information which increased the value of the Bonds by $17.5 million and secured ongoing liquidity for the Bonds. In approving the settlement, the Court stated that "I think the plaintiffs were successful in getting everything they could have gotten …. I think it's a great settlement.")

- *W2007 Grace Acquisition I, Inc., Preferred Stockholder Litigation,* Civ. No. 2:13-cv-2777 (W.D. Tenn.) (Settled state law securities and common law claims against the company failing to provide preferred stockholders with critical financial information and liquidity after the company went private. After ten months of hard fought-litigation, the Firm secured a settlement, which was approved on December 4, 2015, that secured $76 million in cash consideration and liquidity for the preferred stockholders.);

- *In re Empire State Realty Trust, Inc. Investor Litigation*, Case 650607/2012, NY Supreme Court (Secured a $55,000,000 cash settlement fund and $100 million tax savings for the Empire investors).

- *CNL Hotels & Resorts Inc. Federal Securities Litigation*, Case No. 04-cv-1231 (M.D. Fla.) (Secured a $35,000,000 cash settlement fund and a $225 million savings for the CNL shareholders);

- *Inland Western Retail Real Estate Trust, Inc., et al. Litigation*, Case 07 C 6174 (U.S.D.C. N.D. Ill) (Secured a $90 million savings for the Inland shareholders subjected to a self-dealing transaction); and

- *Wells REIT Securities Litigation*, Case 1:07-cv-00862/1:07-cv-02660 (U.S.D.C. N.D. GA)(Secured a $7 million cash settlement fund for the Wells REIT investors).

- *In re DVI, Inc. Sec. Litig.*, 2:03-CV-05336-LDD (USDC E.D. Pa.) (Secured a $23 million recovery from multiple defendants during the 10-year, hard-fought litigation).

- *Shelter Properties II Limited Partnership, National Property Investors III, US Realty Partners Limited Partnership, Shelter Properties IV Limited Partnership, Fox Strategic Housing Income Partners Investor Litigation*, Case Number: 2011CV5225 (Dist. Ct. CO)(Settlement of breach of fiduciary duty claims that substantially increased – on average, across the five partnerships, an increase in excess of 100% of - the Merger Consideration paid to the investors.)

Notably, Kimberly was an integral member of the trial team that successfully litigated the ***In re Real Estate Associates Limited Partnership Litigation***, No. CV 98-7035 DDP (CD. Cal.) through a six-week jury trial that resulted in a landmark $184 million plaintiffs' verdict, which is one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act of 1995. The Real Estate Associates judgment was settled for $83 million, which represented full recovery for the Class (and an amount in excess of the damages calculated by Plaintiffs' expert).

Kimberly is a Board Member (as of June 2024) of Pennsylvanians for Modern Courts (PMC). PMC, a nonpartisan nonprofit, works to educate all Pennsylvanians about our courts and how to navigate them with confidence, provide resources to make that possible for all residents of the Commonwealth, and advocate for judicial reforms that promote inclusion and access to justice.  Currently a Keystone Member, for many years Kimberly served as an active member and Board member of The Saturday Club, a non-profit women's volunteer and philanthropic organization established in 1886, supporting and executing on the Club's mission of improving the lives of women, children and families in the greater Philadelphia region.

Since 2006, Kimberly has been recognized by Law & Politics and the publishers of Philadelphia Magazine as a Pennsylvania Super Lawyer or Rising Star, as listed in the Super Lawyers' publications.

# Timothy N. Mathews

**Practice Areas:**

- Antitrust
- Corporate Mismanagement
- Consumer Fraud & Deceptive Products
- Securities Fraud Litigation

**Education:**

- Rutgers School of Law-Camden, J.D., 2003 - *with High Honors*
- Rutgers University-Camden, B.A., 2000 - *with Highest Honors*

**Memberships & Associations:**

- National Association of Shareholder and Consumer Attorneys (NASCAT) Amicus Committee Member
- Rutgers Journal of Law & Religion – Lead Marketing Editor (2002-2003)

**Admissions:**

- Pennsylvania
- New Jersey
- Eastern District of Pennsylvania
- District of New Jersey
- United States Court of Appeals for the First Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Eleventh Circuit

**Honors:**

- 2019-2021 Lawdragon 500 Leading Plaintiff Lawyer
- Super Lawyers 2019-2023
- Pennsylvania Super Lawyers Rising Star 2008, 2010, 2013-2014
- Rutgers Law Legal Writing Award 2003



Tim Mathews is a partner in the firm's Haverford office.  He has been described as "among the most capable and experienced lawyers in the country" in consumer class action litigation.  *Chambers v. Whirlpool*, 214 F. Supp 3d 877 (C.D.Cal. 2016).  He is also an experienced appellate attorney in the United States Courts of Appeals for the Third, Fourth, Ninth, and Eleventh Circuits, as well as the Supreme Court of California.  Representative cases in which Mr. Mathews has held a lead role include:

- *SEPTA v. Orrstown Financial Services, Inc., et al.* (M.D. Pa) - $15 million settlement in a securities fraud action after successfully briefing and arguing a landmark appeal in the United States Court of Appeals for the Third Circuit (*SEPTA v. Orrstown Fin. Servs.*, 12 F.4th 337, 342 (3d Cir. 2021));

- *Suarez v. Nissan North America* (M.D.Tenn.) – over $50 million settlement providing reimbursements, free repairs, and extended warranty for Nissan Altima headlamps;

- *Rodman v. Safeway, Inc.* (N.D.Cal.) – $42 million judgment against Safeway, Inc., representing 100% of damages plus interest for grocery delivery overcharges;

- *Ardon v. City of Los Angeles* (Superior Court, County of Los Angeles) – $92.5 million tax refund settlement with the City of Los Angeles after winning landmark decision in the Supreme Court of California securing the rights of taxpayers to file class-wide tax refund claims under the CA Government Code;

- *McWilliams v. City of Long Beach* (Superior Court, County of Los Angeles) - $16.6 million telephone tax refund settlement;

- *Granados v. County of Los Angeles* - $16.9 million telephone tax refund settlement;

- *In re 24 Hour Fitness Prepaid Memberships. Litig.* (N.D.Cal.) - Full-relief settlement providing over $8 million in refunds and an estimated minimum of $16 million in future rate reductions, for class of consumers who purchased prepaid gym memberships;

- *Chambers v. Whirlpool Corp.* (C.D.Cal.) – Settlement providing 100% of repair costs and other benefits for up to 24 million dishwashers that have an alleged propensity to catch fire due to a control board defect;

- *Livingston v. Trane U.S. Inc.* (D.N.J.) – multimillion-dollar settlement providing repair reimbursements, extended warranty coverage, and free service for owners of defective air conditioners;

- *In re Apple iPhone Warranty Litig.* (N.D.Cal.) – $53 million settlement in case alleging improper iPhone warranty denials; class members received on average 118% of their damages;

- *In re Colonial Bancgroup, Inc.*– Settlements totaling $18.4 million for shareholders in securities lawsuit involving one of the largest U.S. bank failures of all time;

- *International Fibercom* (D.Ariz.) – Represented plaintiff in insurance coverage actions against D&O carriers arising out of securities fraud claims; achieved a near-full recovery for the plaintiff; and

- *In re Mutual Funds Investment Litigation*, MDL 1586 (D.Md.) – Lead Fund Derivative Counsel in the multidistrict litigation arising out of the market timing and late trading scandal of 2003, which involved seventeen mutual fund families and hundreds of parties, and resulted in over $250 million in settlements.

Mr. Mathews graduated from Rutgers School of Law-Camden with high honors, where he served as Lead Marketing Editor for the Rutgers Journal of Law & Religion, served as a teaching assistant for the Legal Research and Writing Program, received the 1L legal Writing Award, and received a Dean's Merit Scholarship and the Hamerling Merit Scholarship.  He received his B.A. from Rutgers University-Camden in 2000 with highest honors, where he was inducted into the Athenaeum honor society.

Mr. Mathews also serves as Co-Chair of the Planning Commission for the township of Lower Merion.  His pro bono work has included representation of the Holmesburg Fish and Game Protective Association in Philadelphia.  He also served on the Amicus Committee for the National Association of Shareholder and Consumer Attorneys (NASCAT) for over ten years.

# Scott M. Tucker



**Practice areas:**

- Corporate Mismanagement and Shareholder Derivative Actions
- Mergers and Acquisitions

**Education:**

- SUNY Cortland, B.S., 2002, *cum laude*
- Syracuse University College of Law, 2006, J.D., *cum laude*
- Whitman School of Management at Syracuse University, 2006, M.B.A

**Admissions:**

- Supreme Court of Delaware
- Supreme Court of Connecticut
- District of Colorado
- District of Delaware
- Third Circuit Court of Appeals

**Honors:**

- Named a 2016, 2017, 2018, and 2019 Delaware "Rising Star"
- Martindale Hubbell-Distinguished rated
- 2015–2017 Secretary of the Board of Bar Examiners of the Supreme Court of the State of Delaware
- 2013 – 2015 Assistant Secretary of the Board of Bar Examiners of the Supreme Court of the State of Delaware
- 2010 – 2013 Associate Member of the Board of Bar Examiners of the Supreme Court of the State of Delaware
- Member, Richard S. Rodney Inn of Court

Scott M. Tucker is a partner in the Firm's Wilmington office. Mr. Tucker is a member of the Firm's Mergers & Acquisitions and Corporate Mismanagement and Shareholder Derivative Action practice areas. Since joining the Firm, Mr. Tucker has participated in the prosecution of many successful actions led by Chimicles Schwartz Kriner & Donaldson-Smith LLP.

Mr. Tucker is currently prosecuting the following cases:

- *Marchand v. Barnhill* C.A. No. 0586-NAC, a derivative action in the Delaware Court of Chancery against senior officers and directors of Blue Bell Creameries USA Inc., seeking to recover the significant economic damages sustained by the Company and its stockholders resulting from the Listeria contamination of the Company's production facilities in 2015.

- *Piteira et al. v. Cody Kerns, et al.* C.A. No. 0390-MTZ, a class action brought on behalf of limited partners of CDK Fund I, LP in the Delaware Court of Chancery, asserting that a purported hedge fund formed by Defendant Cody Kerns solicited limited partner investments and operated the fund based on false representations and secret self- dealing, resulting in massive losses to the limited partners and unjust personal gains to Cody Kerns and his co-conspirators.

- *Maggi v. International Travel Network, LLC*, C.A. No. 1:24-cv-00009-CFC, a class action brought in the United States District Court for the District of Delaware asserting claims on behalf of purchasers of trip protection coverage from the International Travel Network dba ASAP Tickets who purchased trip coverage and were refused reimbursement for a covered cancellation.

- *Dettmering et al v. VBit Technologies Corp. et al*, C.A. No.1:22-cv-01482, a class action lawsuit filed in the United States District Court for the District of Delaware on behalf of investors who were misled into investing in a Bitcoin mining operation that turned out to be a Ponzi scheme.

- *Onusz v. West Realm Shires Inc.*, et al., No. 22-50513-JTD (Bankr. D. Del.), this FTX Adversary Class Action was brought on behalf of all FTX Customers that have been unable to withdraw, access or use their funds and digital assets held at FTX. The case stems from the actions (or inactions) of a closely-knit group of young executives who ran FTX, once the second largest "cryptocurrency" exchange in the world, and who failed to implement the necessary safeguards to protect customer assets.

- *In re HomeAdvisor, Inc. Litigation*, Case No: 1:16-cv-01849-PAB-KLM (D. Colo.), representing home service professionals who allege unfair and fraudulent business practices by Defendants in violation of common law and various states' consumer protection and unfair competition laws.

- *In re FAST Acquisition Corp. S'holders Litig.*, C.A. No. 2022-0702-PAF (Del. Ch.) (action challenging the winding down of FAST (a special purpose acquisition company ("SPAC")) and managements' decision to retain for itself a termination fee received from a previously terminated business combination. The action settled for $12.5 million in cash)

- *In re Madison Square Garden Entertainment Corp. Stockholders Litigation*, Consol. C.A. No. 2021-0468-LWW (Del. Ch.) (action

challenging a related party transaction between MSG Networks Inc. and Madison Square Garden Entertainment Corp., which settled for $48.5 million in cash)

- *In re Sanchez Derivative Litigation*, C.A. No. 9132-VCG (Del. Ch.) (action challenging a related party transaction between Sanchez Energy Inc. and Sanchez Resources, LLC a privately held company, which settled for roughly $30 million in cash and assets)

- *City of Roseville Employees' Retirement System, et al. v. Ellison, et al.*, C.A. No. 6900-VCP (Del. Ch.) (action challenging the acquisition by Oracle Corporation of Pillar Data Systems, Inc., a company majority-owned and controlled by Larry Ellison, the Chief Executive Officer and controlling shareholder of Oracle, which led to a settlement valued at $440 million, one of the larger derivative settlements in the history of the Court of Chancery.

- *In re Genentech, Inc. Shareholder Litigation*, C.A. No. 3911-VCS (Del. Ch.) (action challenging the attempt by Genentech's controlling stockholder to take Genentech private which resulted in a $4 billion increase in the offer).

- *In re J.Crew Group, Inc., Shareholders Litigation* C.A. No. 6043-CS (Del. Ch.) (action that challenged the fairness of a going private acquisition of J.Crew by TPG and members of J.Crew's management which resulted in a settlement fund of $16 million and structural changes to the go-shop process, including an extension of the go-shop process, elimination of the buyer's informational and matching rights and requirement that the transaction be approved by a majority of the unaffiliated shareholders).

- *In re Kinder Morgan, Inc. Shareholders Litigation*, Consol. C.A. No. 06-C-801 (Kan.) (action challenging the management led buyout of Kinder Morgan Inc., which settled for $200 million).

Mr. Tucker is a Member of the Richard S. Rodney Inn of Court. While attending law school, Mr. Tucker was a member of the Securities Arbitration Clinic and received a Corporate Counsel Certificate from the Center for Law and Business Enterprise.

**Practice Areas:**

- Consumer Protection and Defective Products
- Data Breach
- ERISA
- Securities Fraud
- Corporate Mismanagement and Shareholder Derivative Action
- Other Complex Litigation

**Education:**

- Widener University Delaware Law School, J.D., 1998
- Pennsylvania State University, B.A., 1995

**Memberships and Associations:**

- The Sedona Conference, Working Group 1
  - Drafting Committee on Discovery in Multidistrict Litigation
- American Bar Association
  - Co-Chair, 2026 Section Annual Conference
  - Co-Chair, Diverse Trial Lawyers Academy
  - Co-Chair, Virtual Programming Board
  - Diverse Leaders Academy 2022-2024
  - Class and Derivative Suits Committee
- American Association of Justice
- Philadelphia Bar Association
  - Federal Courts Committee
  - Women in the Profession Committee
- South Asian Bar Association

**Admissions:**

- Pennsylvania
- District of Columbia
- Third Circuit Court of Appeals
- Eastern District of Pennsylvania
- Western District of Pennsylvania
- Middle District of Pennsylvania
- Eastern District of Michigan

**Speaking Engagements and Publications:**

- The Sedona Conference, WG1 Drafting Committee on Unique eDiscovery Challenges in Multidistrict Litigation
- ABA Litigation Section Annual 2023, The Great Tuna Debate
- CLEF Annual 2023, What's New in Defendants' Playbook

# Beena M. McDonald



Beena Mallya McDonald is Partner in the Firm's Haverford office. She brings more than 20 years of litigation experience as a federal and state trial attorney, having first-chaired numerous civil and criminal jury trials, hundreds of bench trials, and innumerable arbitrations, motions, and depositions. She has also successfully argued before the Judicial Panel on Multidistrict Litigation for centralization of large-scale nationwide class actions.

Beena focuses her practice on a complex litigation including consumer protection, data privacy and security, ERISA, and securities fraud cases. She manages cases that demand significant motion practice, massive e-discovery, and numerous depositions of Fortune 500 corporate 30(b)(6) witnesses and fiduciaries, product design and development engineers, marketing heads, investment company executives, and liability and damages experts. She also serves as part of the firm's Client Business Development group, responsible for overseeing client portfolio monitoring, evaluation, and litigation, and maintaining client relationships.

Prior to joining the Firm, Beena served as a Special Assistant United States Attorney with the U.S. Attorney's Office for the Southern District of California, where she prosecuted high stakes federal corruption, firearms, drug importation, and illegal immigration cases. Upon initially receiving her law degree, she rose through the ranks to become a senior attorney at the Defender Association of Philadelphia. She also served as Lead Counsel in cases throughout the Philadelphia area while in-house at Allstate Insurance Company. Her extensive trial experience is also bolstered by her business management experience working for a Fortune 200 company, allowing her to bring this business acumen to her current practice representing defrauded consumers and investors.

Beena has been recognized as a Super Lawyer and is called upon and known for her trial skills and mentorship in trial academy programs. Specifically, Ms. McDonald is a Diverse Leaders' Academy Appointee ('22 -'24) for the American Bar Association's Litigation Section, and is a Co-Chair for the 2026 Litigation Section Annual Conference. She is also a Co-Chair of the ABA Litigation Section's Diverse Trial Lawyer Academy having co-created and co-led a 3-day trial program in Philadelphia, PA, in conjunction with Temple University Beasley School of Law. Ms. McDonald also serves as faculty for the Philadelphia Bar Association's Young Trial Lawyers' Academy. Ms. McDonald also serves in leadership roles in the Sedona Conference and the Philadelphia Chapter of the South Asian Bar Association. Importantly, Ms. McDonald especially strives to mentor attorneys new to the practice of law, especially young women, to ensure they are guided and supported through the large, complex litigations that are part of her practice.

As the daughter of Indian parents who immigrated to this country 60 years ago, Beena is the first born in her family in the United States and the first attorney in her family. She is a proud, single Mom to twin teenage boys, and while not working, is often seen on the sidelines as a soccer, lacrosse and basketball Mom.

19

- *In re Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation* (MDL No. 3014) (W.D. Pa.) (successfully argued before the Judicial Panel on Multidistrict Litigation for centralization of more than 100 class action and personal injury cases to the Western District of Pennsylvania, arising out of Philips' recall of certain Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices, due to the potential that its polyester-based polyurethane (PE-PUR) sound abatement foam may degrade into particles or off-gas volatile organic compounds that may then be ingested or inhaled by the user, causing injury The Court granted final approval of a settlement of economic loss claims that require the Philips defendants to pay over $479 million to class members. In addition, CSKD and the other Co-Lead Counsel reached a $1.1 billion proposed settlement for the personal injury and medical monitoring claims.);

- *Woodall v. Octapharma Plasma, Inc.*, No. 3:24-cv-424 (W.D.N.C.) (appointed to the Executive Committee in this data breach litigation alleging that a targeted cyberattack and data breach occurred on April 17, 2024, caused by Octapharma Plasma, Inc.'s inadequately protected computer systems, which resulted in unauthorized access to the personally-identifiable ("PII") and protected health information ("PHI") of thousands of individuals.;

- *C.K. v. Ann & Robert H. Lurie Children's Hospital of Chicago*, No. 3:24-cv-424 (N.D. Ill.) (motion to be appointed to the Executive Committee in this data breach litigation alleging the theft and sale by a cybercrime group of highly confidential children's hospital records including, among other things, medical condition, diagnosis and treatment records, belonging to approximately 800,000 victims.);

- *In re MacBook Keyboard Litig.*, No: 5:18-cv-02813-EJD (N.D. Cal.) (served as Co-Lead Class Counsel in a class action lawsuit alleging that Apple sold MacBook, MacBook Pro, and MacBook Air butterfly keyboard laptops from 2015 – 2020 with a known defect of allowing dust and debris to disrupt the keyboard use. Shortly before trial, the case settled for $50 million. The Settlement was recognized as the Number 1 Consumer Fraud Settlement in California for 2022 by TopVerdict.com.);

- *In re Chevy Bolt EV Battery Litigation*, No. 2:21-cv-13256-TGB-CI (E.D. Mich.) (argued before the Judicial Panel on Multidistrict Litigation, that was ultimately centralized in the Eastern District of Michigan, in this class action against General Motors LLC and various LG entities alleging that the Chevy Bolt EV is defective, causing its electric battery to overheat when charged to full or nearly full capacity, which has resulted in devastating fires and created an unreasonable safety risk to these vehicle owners. The operative complaint covers all Model Year 2020 – 2022 Chevy Bolts EVs and asserts that the defendants, as claimed by both GM and LG, were "strategic partners" in researching, developing, and manufacturing the Bolt EV and its critical components, including the defective electric battery cells and pack);

- *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.) (class action lawsuit alleging that smartphones manufactured by Google and Huawei contain defects that cause the phones to "bootloop" and experience sudden battery drain; after overcoming a motion to dismiss, a $9.75 million settlement was reached, which Judge Beth Labson Freeman described as "substantial" and an "excellent resolution of the case.");

- *Weeks v. Google LLC*, No. 5:18-cv-00801-NC (N.D. Cal.) (consumer class action against Google relating to Pixel smartphones, alleging that Google sold these phones with a known microphone defect; after defeating a motion to dismiss, a $7.25 million settlement was reached, which Magistrate Judge Nathanael M. Cousins described as being an "excellent result.");

- *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415- CMA (D. Colo.) (class action relating to a data breach suffered by Chipotle that allegedly exposed consumers' payment card data to hackers, in which a $1.6 million settlement was reached);

- *Christofferson v. Creation Entertainment, Inc.*, No. 19STCV11000 (Sup. Ct. CA). (class action relating to a data breach suffered by Creation Entertainment that allegedly exposed consumers' payment card data to hackers, in which a $950,000 settlement was reached);

- *Turner v. Sony Interactive Entertainment LLC*, No. 4:21-cv-02454-DMR (N.D. Cal.) (class action lawsuit alleging that Sony's PlayStation 5 DualSense Controller suffers from a "drift defect" that results in character or gameplay moving on the screen without user command or manual operation of the controller thereby compromising its core functionality);

- *Davis v. Washington University*, No. 4:17-cv-01641-RLW (E.D. Missouri) (ERISA class action lawsuit alleging breach of fiduciary duties in managing the Washington University in St. Louis Retirement Plan – one of the largest university retirement plans in the country with $5.8 billion in assets and more than 27,000 participants – causing it to incur unreasonable and excessive recordkeeping fees; Judge White approved a $7.5 million settlement on behalf of the class);

- *Spitzley v. Mercedes-Benz U.S. Int'l, Inc.*, 7:21-cv-00074-RDP (N.D. Ala.) (ERISA class action lawsuit alleging breach of fiduciary duties in managing the Mercedes-Benz International Retirement and Savings Plan – a $934 million plan with more than 4,400 participants – causing it to incur unreasonable and excessive fees for retirement plan services);

- *Mator v. Wesco Distribution, Inc.*, No. 2:21-cv-00403-MJH (W.D. Pa.) (ERISA class action lawsuit alleging breach of fiduciary duties by imprudently allowing the Wesco Distribution, Inc. Retirement Savings Plan – a $837 million plan with more than 8,200 participants – to pay unreasonable recordkeeping and administrative expenses and retain higher-cost share classes of funds when lower-cost funds were available);

- *Hummel v. East Penn Mfg. Co., Inc.*, No. 5:21-cv-01652 (E.D. Pa.) - (ERISA class action lawsuit alleging breach of fiduciary duties in managing the East Penn Manufacturing Co., Inc. Profit Sharing & 401(k) Savings Plan – with $279 million in assets and over 10,000 participants – by imprudently failing to monitor recordkeeping fees and determine the reasonableness of those fees);

- *Cunningham v. USI Ins. Services LLC*, No. 7:21-cv-01819-NSR (S.D.N.Y.) (ERISA class action lawsuit alleging breach of fiduciary duties in managing the USI 401(k) Plan – a $848 million plan with over 9,800 participants – by paying unreasonable and excessive retirement plan services fees);

- *Westmoreland County v. Inventure Foods*, No. CV2016-002718 (Super Ct. Ariz.) (state securities shareholder class action filed against Inventure Foods., Inc., after identifying that the company's stock price had

suffered a precipitous decline due to troubles at a manufacturing facility, including a major food recall. After mediation, a preliminary settlement was reached that recovers over 35% of damages for investors.); and

- *Orrstown Financial Services, Inc., et al., Securities Litig.*, No. 12-cv-00793 (USDC M.D. Pa.) (federal securities class action lawsuit by large transportation authority institutional investor client, named sole lead plaintiff, challenging false and misleading statements made by Orrstown to investors about its internal controls and financial condition; the court has preliminarily approved a $15 million settlement).

# Our Attorneys Of Counsel & Senior Counsel

**Practice Areas:**

- Antitrust
- Automotive Defects and False Advertising
- Defective Products and Consumer Protection
- Other Complex Litigation

**Education:**

- Villanova Law School, J.D. - *cum laude*
- ◊ *Villanova Law Review*, Associate Editor
- ◊ *Villanova Moot Court Board*
- ◊ Obert Corporation Law Prize
- University of Virginia, B.A., English literature

**Memberships & Associations:**

- Pennsylvania Bar Association
- Passé´ International

**Admissions:**

- Pennsylvania
- Eastern District of Pennsylvania
- Federal Circuit

# Anthony Allen Geyelin



Tony is Of Counsel to the firm at the Haverford office, where since 2001 he has used his extensive private and public sector corporate and regulatory experience to assist the firm in the effective representation of its many clients. Tony has previously worked as an associate in the business department of a major Philadelphia law firm; served as Chief Counsel and then Acting Insurance Commissioner with the Pennsylvania Insurance Department in Harrisburg; and represented publicly traded insurance companies based in Pennsylvania and Georgia as their senior vice president, general counsel and corporate secretary.

Tony has represented the firm's clients in multiple significant litigations, including the DynCorp False Claim Act, Home Advisor, Orrstown, Anadarko (Chesapeake Energy), Ford Sync, Whirlpool Fire, Clear Channel, Carrier Air Conditioner, Cipro Antitrust, Phoenix Leasing and Reliance Insurance Company Insolvency Matters.

Outside of the office Tony's pro bono, professional and charitable activities have included volunteering as a Federal Public Defender; serving as a member and officer of White-Williams Scholars, the Schuylkill Canal Association, and the First Monday Business Club of Philadelphia organizations; and as a member of the National Association of Insurance Commissioners and the Radnor Township (PA) Planning Commission.

# Alison Gabe Gushue

**Practice Areas:**

- Automobile Defects and False Advertising
- Defective Products and Consumer Protection
- Other Complex Litigation
- Securities Fraud

**Education:**

- Villanova University School of Law, J.D., 2006
  - Villanova Environmental Law Journal – managing editor of student works (2006), staff writer (2005)
- University of California, Los Angeles, B.A., 2003 – *cum laude*

**Membership & Associations:**

- Member, Philadelphia Bar Association

**Admissions:**

- Pennsylvania
- New Jersey
- Eastern District of Pennsylvania
- District of New Jersey
- District of Colorado

**Honors:**

- Pennsylvania Super Lawyers 2019-present
- Pennsylvania Super Lawyers Rising Star 2013-2016



Alison G. Gushue is Of-Counsel at the Firm's Haverford Office. Her practice is devoted to litigation, with an emphasis on consumer fraud, securities, and derivative cases. Ms. Gushue also provides assistance to the Firm's Institutional Client Services Group.

Prior to joining the firm, Ms. Gushue was counsel to the Pennsylvania Securities Commission in the Division of Corporation Finance. In this capacity, she was responsible for reviewing securities registration filings for compliance with state securities laws and for working with issuers and issuers' counsel to bring noncompliant filings into compliance.

Together with the Partners, Ms. Gushue has provided substantial assistance in the prosecution of the following cases:

- *Lockabey et al. v. American Honda Motor Co., Inc.*, Case No. 37-2010-00087755-CU-BT (San Diego Super. Ct.) (settlement valued by court at $170 million for a class of 460,000 purchasers and lessees of Honda Civic Hybrids to resolve claims that the vehicle was advertised with fuel economy representations it could not achieve under real-world driving conditions, and that a software update to the IMA system further decreased fuel economy and performance)

- *In re DVI Inc. Securities Litigation*, Case No. 2:03-cv-05336-LDD (over $17m in settlements recovered for the shareholder class in lawsuit alleging that the company's officers and directors, in conjunction with its external auditors and outside counsel, violated the federal securities laws)

- *In re Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, No. 06-cv-7023 (N.D. Ill.) & Case No. 09-wp-65003-CAB (N.D. Ohio) (MDL No. 2001)(settlement providing a "full-value, dollar-for-dollar recovery" that was "as good, if not a better, recovery for Class Members than could have been achieved at trial" in a lawsuit relating to defective central control units in front-load washers manufactured by Whirlpool and sold by Sears.) 2016 U.S. Dist. LEXIS 20290 at *35 (N.D. Ill. Feb. 29, 2016)

- *Orrstown Financial Services, Inc., et al., Securities Litig.*, No. 12-cv-00793 (M. D. Pa.) (pending federal securities lawsuit challenging false and misleading statements made by Orrstown Bank to investors about its internal controls and financial condition);

Ms. Gushue has also provided pro bono legal services to nonprofit organizations in Philadelphia such as the Philadelphia Bankruptcy Assistance Project, the Public Interest Law Center of Philadelphia, and the Community Legal Services of Philadelphia..

# Garrett W. Wotkyns

**Education:**

- University of Chicago Law School, Chicago, IL; J.D., June 1999
  - Staff member, University of Chicago Law Review; "Streetlaw" volunteer teacher
- Rice University, Houston TX, B.A., *magna cum laude,* in History and English, May 1996
  - President's Honor Roll; Phi Beta Kappa

**Speaking Engagements:**

- Cambridge Institute, 10th Annual Antitrust Litigation Forum, 2019
- American Conference Institute, 16th National Forum on ERISA Litigation, 2018
- American Conference Institute, 15th National Forum on ERISA Litigation, 2017
- Cambridge Institute, 8th Annual Antitrust Litigation Forum, 2017
- Bridgeport CLE, Consumer Class Action Litigation Conference, 2017
- State Bar of Arizona, Annual Convention, 2017
- Bridgeport CLE, Consumer Class Action Litigation Conference, 2016
- Practising Law Institute, 17th Annual Consumer Financial Services Institute, 2012
- Practising Law Institute, 16th Annual Consumer Financial Services Institute, 2011

**Publications:**

- "Bank Lawsuits Against Securities Broker-Dealers and the 'Sophisticated Investor' Defense," The Arizona Banker, 2011

- "Silvas and Subprime Class Actions: Another Brick in the Federal Preemption Wall," ABA Class Action and Derivative Suit Newsletter, 2008



Garrett Wotkyns is Of-Counsel at the Firm's Scottsdale, AZ office. He has litigated complex class actions, opt-out cases for corporate plaintiffs and commercial arbitrations across a variety of contexts. Representative cases include:

- *Metropolitan Bank Group Inc. v. SunTrust Robinson Humphrey:* originated and led opt-out FINRA action representing regional bank against its broker-dealer concerning brokered sale of noncumulative Lehman preferred bonds; settled for confidential amount.

- *Diebold v. Northern Trust and Louisiana Firefighters' Retirement System (LFRS) v. Northern Trust*: originated and helped lead two companion class actions, one on behalf of ERISA-governed retirement plans and investors, and the other on behalf of public employee plans and investors and other non-ERISA investors, alleging that defendants Northern Trust Investments and the Northern Trust Company breached their fiduciary duties to plaintiffs by imprudently investing Plaintiffs' retirement savings in connection with Northern Trust's securities lending program. A combined settlement of $60 million dollars was achieved.

- *In Re JPMorgan Stable Value Fund ERISA Litigation*: originated and helped lead ERISA class action on behalf of class of retirement investors in JPMorgan's Stable Value Fund. The case concerned the performance of several JPMorgan stable value funds that held mortgage-backed securities during the financial crisis. A settlement of $75 million was achieved.

- *Baylor College of Medicine v. Citigroup*: originated and helped lead opt-out FINRA action representing medical college against its broker-dealer concerning LIBOR-pegged interest rate swaps and auction rate bond issuances; settled for confidential amount.

- *Conlon v. Northern Trust*: originated and helped lead ERISA class action on behalf of class of retirement investors concerning alleged self-dealing and disloyalty in selection of target date funds for use in Defendants' employee 401(k) plan. A settlement of $6.9 million was achieved.

# Our Attorneys-Associates

**Practice Areas:**

- Securities Fraud

- Corporate Mismanagement and Shareholder Derivative Action

- Defective Products and Consumer Protection

- Other Complex Litigation

**Education:**

- Michigan State University College of Law, J.D. *summa cum laude*, 2017
    - Michigan State Law Review – managing editor (2016-2017), staff editor (2015-2016)

- York College of Pennsylvania, B.A. *magna cum laude*, 2013

**Admissions:**

- Pennsylvania

- Eastern District of Pennsylvania

- United States Court of Appeals for the Ninth Circuit

**Honors:**

- 2019-2021 Rising Star, Pennsylvania Super Lawyers

# Zachary P. Beatty



Zachary P. Beatty is an associate in the Firm's Haverford office. He focuses his practice on complex litigation including securities fraud, shareholder derivative suits, and consumer protection class actions.

Zachary received his law degree from Michigan State University College of Law in 2017. While in law school, Zachary served as a managing editor for the Michigan State Law Review. His law school career was marked by several academic honors including earning Jurisprudence Awards for receiving the highest grades in his Corporate Finance, Business Enterprises, Constitutional Law II, and Advocacy classes. Zachary clerked for a small central Pennsylvania law firm and clerked for the Honorable Carol K. McGinley in the Lehigh County Court of Common Pleas. He also clerked for the Firm's Haverford office. Zachary graduated from York College of Pennsylvania where he majored in history.

Zach has assisted in prosecuting the following matters, among others:

- *Oddo v. Arcoaire Air Conditioning & Heating*, No. 8:15-cv-01985-CAS-E (C.D. Cal.) (consumer class action against Carrier Corporation arising out of the sale of air conditioners that contained an unapproved rust inhibitor in the compressor, which causes widespread failures of thermostatic expansion valves. The plaintiffs allege that the unapproved rust inhibitor was present in virtually all Carrier-manufactured air conditioners from December 2013 through August 2014);

- *Livingston v. Trane U.S. Inc.*, No. 2:17-cv-06480-ES-MAH (D.N.J.) (consumer class action against Trane U.S. Inc. arising out of the sale of air conditioners that contained an unapproved rust inhibitor in the compressor, which causes widespread failures of thermostatic expansion valves);

- *In re MyFord Touch Consumer Litig.*, No. C-13-3072 EMC (N.D. Cal.) (consumer class action against Ford alleging flaws, bugs, and failures in certain Ford automobile infotainment systems. CSK&D is co-lead counsel in this certified class action);

- *Weeks v. Google LLC*, No. 5:18-cv-00801-NC (N.D. Cal.) (consumer class action against Google relating to Pixel smartphones alleging that Google sold these phones with a known defect);

- *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.) (class action lawsuit alleging that smartphones manufactured by Google and Huawei contain defects that cause the phones to "bootloop" and experience sudden battery drain; CSK&D has been

appointed interim co-lead class counsel;

- *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415- CMA (D. Colo.) (class action relating to a data breach suffered by Chipotle that allegedly exposed consumers' payment card data to hackers, in which case CSK&D has been appointed interim co-lead counsel); and

- *Chambers v. Whirlpool Corp.*, No. 11-1773-0FMO (C.D. Cal.) (a national class action involving alleged defects resulting in fires in Whirlpool, Kenmore, and KitchenAid dishwashers. The district court approved a settlement which he negotiated that provides wide-ranging relief to owners of approximately 24 million implicated dishwashers, including a full recovery of out-of-pocket damages for costs to repair or replace dishwashers that suffered Overheating Events).

# Alex M. Kashurba

**Practice Areas:**

- Defective Products and Consumer Protection
- Data Breach
- Securities Fraud Class Actions
- Other Complex Litigation

**Education:**

- University of Michigan Law School, J.D. cum laude, 2014
- The College of William & Mary, B.A. cum laude, 2011

**Admissions:**

- Pennsylvania
- New Jersey
- Western District of Pennsylvania
- Eastern District of Pennsylvania
- Middle District of Pennsylvania
- District of New Jersey
- Central District of Illinois
- Eastern District of Michigan
- District of Colorado

**Honors:**

- 2021 & 2022 Rising Star, Pennsylvania Super Lawyers



Alex M. Kashurba is an associate in the Firm's Haverford office. He focuses his practice on complex litigation including securities, consumer protection, and data privacy class actions.

Alex received his law degree from the University of Michigan Law School. While in law school, he interned for the United States Attorney's Office for the Eastern District of Pennsylvania as well as the Office of General Counsel for the United States House of Representatives. Prior to joining the Firm, Alex served as a law clerk in the United States District Court for the Western District of Pennsylvania, including for the Honorable Kim R. Gibson and the Honorable Nora Barry Fischer. Alex graduated from The College of William & Mary where he majored in Government.

Alex has assisted in prosecuting the following matters, among others:

- *In re Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation* (MDL No. 3014) (W.D. Pa.) (MDL of more than 100 class action and personal injury cases consolidated in the Western District of Pennsylvania, arising out of Philips' recall of certain Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices, due to the potential that its polyester-based polyurethane (PE-PUR) sound abatement foam may degrade into particles or off-gas volatile organic compounds that may then be ingested or inhaled by the user, causing injury) The Court granted final approval of a settlement of economic loss claims that require the Philips defendants to pay over $479 million to class members. In addition, CSKD and the other Co-Lead Counsel reached a $1.1 billion proposed settlement for the personal injury and medical monitoring claims);

- *Suarez v. Nissan North America*, No. 3:21-cv-00393 (M.D. Tenn.) (appointed lead class counsel in a consumer class action alleging defective headlamps in Nissan Altima vehicles, a settlement valued at over $50 million that provided reimbursements, free repairs, and an extended warranty received final approval from the Court);

- *Udeen, et al. v. Subaru of America, Inc.*, No. 1:18-cv-17334-RBK-JS (D.N.J.) (final approval granted of a settlement valued at $6.25 million in this consumer class action involving defective infotainment systems in certain Subaru automobiles);

- *In re: MacBook Keyboard Litig.*, No: 5:18-cv-02813-EJD (N.D. Cal.) (class action lawsuit alleging that Apple sold 2015 and later MacBook and 2016 and later MacBook Pro laptops with a known defect plaguing the butterfly keyboards, and allowing dust and other debris to disrupt keyboard use; CSK&D is appointed interim co-lead counsel);

- *In re Nexus 6P Prods. Liab. Litig.*, No. 5:17-cv-02185-BLF (N.D. Cal.)

(final approval of a $9.75 million settlement granted in this class action lawsuit which alleged that Google smartphones contained a defect that caused "bootlooping" and sudden battery drain; CSK&D served as co-lead class counsel);

- *Weeks, et al. v. Google LLC*,  5:18-cv-00801-NC (N.D. Cal.) (final approval of a $7.25 million settlement granted in this consumer class action alleging that Google sold first-generation Pixel smartphones with a known microphone defect; CSK&DS was appointed co-lead class counsel);

- *Gordon, et al. v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415-CMA (D. Colo.) (final approval granted in class action relating to a data breach that allegedly exposed consumers' payment card data to hackers; CSK&D served as co-lead class counsel).

# Juliana Del Pesco

**Education:**

- University of Pennsylvania Carey Law School, LL.M., 2018
- Pontificia Universidade Catolica, Sao Paulo, Brazil, Specialization in Contract Law, 2011
- Universidade Presbiteriana Mackenzie, Brazil, JD equivalent, 2009

**Admissions:**

- Pennsylvania, 2019
- Brazil, Sao Paulo, 2010



Juliana Del Pesco is an associate attorney in the Firm's Delaware office. She focuses her practice on corporate and fiduciary duty litigation.

Juliana received her LL.M. degree from the University of Pennsylvania Carey Law School in 2018. While in law school, Juliana served as an interpreter at the Transnational Legal Clinic. She also has a JD equivalent from the Universidade Presbiteriana Mackenzie, Brazil, in 2009. Prior to joining the firm Juliana worked at one of Brazil's most prestigious firms, where she represented clients in complex litigation cases and cases involving contract disputes, class action lawsuits, consumer law, product liability, and environmental law. She also provided legal opinions addressing the applicability of Brazilian law to foreign clients.

# Marissa N. Pembroke



Marissa is an associate attorney in the firm's Haverford Office. She focuses her practice on representing consumers in class actions for claims involving false advertising, consumer fraud, and defective products.

Marissa received her law degree from Rutgers University School of Law – Camden. During law school, Marissa was a mediator and helped settle disputes between landlords and tenants in Camden County. She was also an advocate for domestic abuse victims and helped victims obtain restraining orders. Marissa clerked for a small law firm in South Jersey where she advised municipalities on various zoning and employment matters. She also clerked for a boutique firm in Philadelphia that specializes in business litigation. During her last year at law school, Marissa was an editor for the Journal of Law and Religion. Her article was selected for publication in 2021. She received her undergraduate degree from Jefferson University in 2016.

Marissa has assisted in prosecuting the following matters, among others:

- *In re Phillips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation* (MDL No. 3014) (W.D. Pa.) (MDL of more than 100 class action and personal injury cases consolidated in the Western District of Pennsylvania, arising out of Philips' recall of certain Continuous Positive Airway Pressure (CPAP), Bi-Level Positive Airway Pressure (Bi-Level PAP), and mechanical ventilator devices, due to the potential that its polyester-based polyurethane (PE-PUR) sound abatement foam may degrade into particles oroff-gas volatile organic compounds that may then be ingested or inhaled by the user, causing injury).

As a Philadelphia native, Marissa enjoys exploring the Philadelphia area's food scene and attending sporting events. She also spends her spare time exercising and traveling..

# Practice Areas

**Health & Welfare Fund Assets**

*CSK&D Protects Clients' Health & Welfare Fund Assets Through Monitoring Services & Vigorously Pursuing Health & Welfare Litigation.*

At no cost to the client, CSK&D seeks to protect its clients' health & welfare fund assets against fraud and other wrongdoing by monitoring the health & welfare fund's drug purchases, Pharmacy benefit Managers and other health service providers. In addition, CSK&D investigates potential claims and, on a fully-contingent basis, pursues legal action for the client on meritorious claims involving the clients' heath & welfare funds. These claims could include: the recovery of excessive charges due to misconduct by health service providers; antitrust claims to recover excessive prescription drug charges and other costs due to corporate collusion and misconduct; and, cost-recovery claims where welfare funds have paid for health care treatment resulting from defective or dangerous drugs or medical devices.

**Monitoring Financial Investments**

*CSK&D Protects Clients' Financial Investments Through Securities Fraud Monitoring Services.*

Backed by extensive experience, knowledge of the law and successes in this field, CSK&D utilizes various information systems and resources (including forensic accountants, financial analysts, seasoned investigators, as well as technology and data collection specialists, who can cut to the core of complex financial and commercial documents and transactions) to provide our institutional clients with a means to actively protect the assets in their equity portfolios. As part of this no-cost service, for each equity portfolio, CSK&D monitors relevant financial and market data, pricing, trading, news and the portfolio's losses. CSK&D investigates and evaluates potential securities fraud claims and, after full consultation with the client and at the client's direction, CSK&D will, on a fully-contingent basis, pursue legal action for the client on meritorious securities fraud claims.

**Corporate Transactional**

*CSK&D Protects Shareholders' Interest by Holding Directors Accountable for Breaches of Fiduciary Duties*

Directors and officers of corporations are obligated by law to exercise good faith, loyalty, due care and complete candor in managing the business of the corporation. Their duty of loyalty to the corporation and its shareholders requires that they act in the best interests of the corporation at all times. Directors who breach any of these "fiduciary" duties are accountable to the stockholders and to the corporation itself for the harm caused by the breach. A substantial part of the practice of Chimicles Schwartz Kriner & Donaldson-Smith LLP involves representing shareholders in bringing suits for breach of fiduciary duty by corporate directors.

# Practice Areas

**Securities Fraud**

*CSK&D Protects and Recovers Clients' Assets Through the Vigorous Pursuit of Securities Fraud Litigation.*

CSK&D has been responsible for recovering over $1 billion for institutional and individual investors who have been victims of securities fraud. The prosecution of securities fraud often involves allegations that a publicly traded corporation and its affiliates and/or agents disseminated materially false and misleading statements to investors about the company's financial condition, thereby artificially inflating the price of that stock. Often, once the truth is revealed, those who invested at a time when the company's stock was artificially inflated incur a significant drop in the value of their stock. CSK&D's securities practice group comprises seasoned attorneys with extensive trial experience who have successfully litigated cases against some of the nation's largest corporations. This group is strengthened by its use of forensic accountants, financial analysts, and seasoned investigators.

**Antitrust and Unfair Competition**

*CSK&D Enforces Clients' Rights Against Those Who Violated Antitrust Laws.*

CSK&D successfully prosecutes an array of anticompetitive conduct, including price fixing, tying agreements, illegal boycotts and monopolization, anticompetitive reverse payment accords, and other conduct that improperly delays the market entry of less expensive generic drugs . As counsel in major litigation over anticompetitive conduct by the makers of brand-name prescription drugs, CSK&D has helped clients recover significant amounts of price overcharges for blockbuster drugs such as BuSpar, Coumadin, Cardizem, Flonase , Relafen, and Paxil, Toprol-XL, and TriCor.

**Real Estate Investment Trusts**

*CSK&D is a Trail Blazer in Protecting Clients' Investments in Non-Listed Equities.*

CSK&D represents limited partners and purchaser of stock in limited partnerships and real estate investment trusts (non-listed REITs) which are publicly-registered but not traded on a national stock exchange. These entities operate outside the realm of a public market that responds to market conditions and analysts' scrutiny, so the investors must rely entirely on the accuracy and completeness of the financial and other disclosures provided by the company about its business, its finances, and the value of its securities. CSK&D prosecutes: (a) securities law violations in the sale of the units or stock; (b) abusive management practices including self-dealing transactions and the payment of excessive fees; (c) unfair transactions involving sales of the entities' assets; and (d) buy-outs of the investors' interests.

# Practice Areas

**Shareholder Derivative Action**

*CSK&D is a Leading Advocate for Prosecuting and Protecting Shareholder Rights through Derivative Lawsuits and Class Actions.*

CSK&D is at the forefront of persuading courts to recognize that actions taken by directors (or other fiduciaries) of corporations or associations must be in the best interests of the shareholders. Such persons have duties to the investors (and the corporation) to act in good faith and with loyalty, due care and complete candor. Where there is an indication that a director's actions are influenced by self-interest or considerations other than what is best for the shareholders, the director lacks the independence required of a fiduciary and, as a consequence, that director's decisions cannot be honored. A landmark decision by the Supreme Court of Delaware underscored the sanctity of this principal and represented a major victory for CSK&D's clients.

**Corporate Mismanagement**

*CSK&D is a Principal Advocate for Sound Corporate Governance and Accountability.*

CSK&D supports the critical role its investor clients serve as shareholders of publicly held companies. Settlements do not provide exclusively monetary benefits to our clients. In certain instances, they may include long term reforms by a corporate entity for the purpose of advancing the interests of the shareholders and protecting them from future wrongdoing by corporate officers and directors. On behalf of our clients, we take corporate directors' obligations seriously. It's a matter of justice. That's why CSK&D strives not to only obtain maximum financial recoveries, but also to effect fundamental changes in the way companies operate so that wrongdoing will not reoccur.

**Defective Products and Consumer Protection**

*CSK&D Protects Consumers from Defective Products and Deceptive Conduct.*

CSK&D frequently represents consumers who have been injured by false advertising, or by the sale of defective goods or services. The firm has achieved significant recoveries for its clients in such cases, particularly in those involving defectively designed automobiles and other consumer products. CSK&D has also successfully prosecuted actions against banks and other large institutions for engaging in allegedly deceptive conduct.

# Practice Areas

**Data Breaches**

*CSK&D Protects Consumers Affected by Data Breaches*

CSK&D has significant experience in prosecuting class action lawsuits on behalf of consumers who have been victimized by massive payment card data breaches. Large-scale payment data breaches have been on the rise over the past couple years. These breaches occur when cybercriminals gain unauthorized access to a company's payment systems or computer servers. When they occur, consumers are forced to take significant precautionary measures such as cancelling other cards and accounts, obtaining replacement cards (often for a fee), purchasing credit monitoring and identity theft, and spending large amounts of time reviewing accounts and statements for incidences of fraud.

CSK&D has held leadership positions in many data breach and privacy cases, including *Hackett v. MNGI Digestive* Health, No. 0:24-cv-02971-JRT-ECW (D. Minn.); *Berry v. Ann & Robert H. Lurie Children's Hospital of* Chicago, No. 1:24-cv-06086 (N.D. Ill.); *McQueen v. Primary Arms,* LLC, No. 2:24-cv-00725-KSM (E.D. PA); *Willis v. Ohio Lottery Commission*, No. 2024-00446JD (Ohio Court of Claims); *Woodall v. Octopharma Plasma, Inc.*, No. 3:24-cv-424-MOC (W.D. NC); *DiGregorio v. Brownells, Inc.*, No. 2024-03864-TT (CCP Chester Cty., PA); *Hasson v. Comcast Cable Communications*, No. 23-5039-JMY (E.D. PA); *Irvin v. Cabela's L.L.C., et al.*, No. 2023-01668 (CCP Lebanon Cty., PA); *DeLong v. Sportsman's Guide Inc.*, No. 2:23-cv-04356-JHS (E.D. PA); *Petris v. Sportsman's Warehouse, Inc., et al.*, No. 2:23-cv-1867 (W.D. PA); *In re MCG Health Data Security Issue Litig.*, No. 2:22-cv-849-RSM-DWC (D. Wash.); *Kostka v. Dickey's Barbecue Restaurants, Inc.*, No. 3:20-cv-03424-K (N.D. Tex.); *In re Rutter's Inc. Data Security Breach Litig.*, No. 1:20-cv-382-JEJ (M.D. Pa.); *In re Wawa, Inc. Data Breach Litigation*, No. 2:19-cv-06019 (E.D. Pa.); *Perdue v. Hy-Vee, Inc.*, No. 1:19-cv-01330 (C.D. Ill.)*; Smith, et al. v. ComplyRight, Inc.*, No. 1:18-cv-04990 (N.D. Ill.); *Gordon, et al. v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415-CMA (D. Colo.); *Bray, et al. v. GameStop Corp.*, No. 1:17-cv-01365 (D. Del.); *Christofferson v. Creation Entertainment, Inc.*, No. 19STCV11000 (Sup. Ct. CA); *Stasi v. Inmediata Health Group Corp.*, No. 19-cv-2353-JM-LL (Sup. Ct. CA); and *In re Banner Health Data Breach Litigation*, No. 2:16-cv-02696-PHX-SRB (D. Ariz.).