IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENE GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SET FORTH, INC.,<br><br>Defendant. | Consolidated Case No: 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

**MOTION FOR LEAVE TO FILE EXCESS PAGES**
**REGARDING MAJORITY PLAINTIFFS' APPLICATION FOR LEADERSHIP**

Plaintiffs Garcia, Bradley, Hopkins, Garrett, Carroll, Moses, Blue, Anderson, Allen, Parrish, Girven, Burgess, Adan, Waudby, Dekenipp, Mason, Martin, Gravely, Meza, Halkias, Valle, Cheek, Newbery, Jannone, Ossler, McCluskey, Bellefeuille, Baca, and Jones[1] (collectively, "Majority Plaintiffs") respectfully move the Court for leave to file a brief in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1") in respect to Majority Plaintiffs' Application for Leadership.

In support of this motion, Majority Plaintiffs state the following:

---

[1] These Plaintiffs represent the following consolidated actions: 1:24-CV-11688, 1:24-CV-11691, 1:24-CV-11739, 1:24-CV-11744, 1:24-CV-11726, 1:24-CV-11808, 1:24-CV-11792, 1:24-CV-11788, 1:24-CV-11781, 1:24-CV-11867, 1:24-CV-11840, 1:24-CV-11857, 1:24-CV-11866, 1:24-CV-11886, 1:24-CV-11922, 1:24-CV-11943, 1:24-CV-11950, 1:24-CV-11957, 1:24-CV-11987, 1:24-CV-11993, 1:24-CV-12028, 1:24-CV-12107, 1:24-CV-12244, 1:24-CV-1220, 1:24-CV-12188, 1:24-CV-12497, 1:24-cv-13069.

1

1.  Majority Plaintiffs are filing contemporaneously with this motion their Motion and Memorandum in support of Application for Leadership.

2.  Majority Plaintiffs respectfully request leave to file an overlength motion and supporting memorandum of no more than twenty (20) pages.

3.  An enlargement of the page limitation is requested to allow Majority Plaintiffs to fully present the factual basis for leadership appointment and set forth case law supporting the proposed appointment.

WHEREFORE, Majority Plaintiffs respectfully request that the Court enter an Order granting this motion with leave to file *instanter* a leadership application of no more than twenty (20) pages.

Dated:  February 5, 2025  Respectfully submitted,

**PROPOSED INTERIM CO-LEAD COUNSEL:**

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*/s/ Raina Borrelli*
Raina Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

/s/ *Sabita J. Soneji*
Sabita J. Soneji*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW
Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*ssonji@tzlegal.com*

**PROPOSED EXECUTIVE COMMITTEE:**

/s/ *Leigh S. Montgomery*
Leigh S. Montgomery (*pro hac vice*)
**EKSM, LLP**
4200 Montrose, Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

/s/ *Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954.332.4200
ostrow@kolawyers.com

/s/ *Terrence R. Coates*
Terence R. Coates
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com

/s/ *J. Gerard Stranch, IV*
J. Gerard Stranch, IV*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

*/s/ Lori G. Feldman*
**GEORGE FELDMAN McDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Tel: (917) 983-9321
lfeldman@4-justice.com

*/s/ M. Anderson Berry*
M. Anderson Berry
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
aberry@justice4you.com

*/s/ Amber L. Schubert*
Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2011 Union St., Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
aschubert@sjk.law

*/s/ Charles E. Schaffer*
Charles E. Schaffer
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
cschaffer@lfsblaw.com

*/s/ Ian J. Engdahl*
Ian J. Engdahl
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Tel.: (202) 540-7200
iengdahl@hausfeld.com

4

*/s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr. (IL #6231944)
tom@attorneyzim.com
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020
Fax: (312) 440-4180

**Plaintiffs' Steering Committee:**

*/s/ Daniel Srourian*
Daniel Srourian
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, California 90210
Telephone:    (213) 474-3800
Facsimile:     (213) 471-4160
Email:            daniel@slfla.com

*/s/ Leanna A. Loginov*
Leanna A. Loginov, Esq.
lloginov@shamisgentile.com
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

*/s/ Kevin Cox*
Kevin Cox
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
Email: kcox@thelyonfirm.com

*/s/ Jonathan S. Mann*

Jonathan S. Mann
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100 Birmingham, AL 35203
Phone: (205) 322-8880
jonm@pittmandutton.com

5

*/s/ Zachary Arbitman*
Zachary Arbitman (Bar No. 314274)
**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG, LLP**
1845 Walnut Street, floor 21
Philadelphia, PA 19103
Phone: 215.567.8300
zarbitman@feldmanshepherd.com

*/s/ Stephen R. Basser*
Stephen R. Basser
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sbasser@barrack.com

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**Wilshire Law Firm, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
T: (213) 381-9988
F: (213) 381-9989
E: *thiago@wilshirelawfirm.com*

*/s/ Francesca K. Burne*
Francesca K. Burne
**MORGAN & MORGAN  COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 223-5505
fburne@ForThePeople.com

*/s/ Carl . Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd, Suite 1700
Chicago, Illinois 60604
t: 312-984-0000
malmstrom@whafh.com

>*/s/ Eric Lechtzin*
>Marc H. Edelson
>**EDELSON LECHTZIN LLP**
>411 S. State Street, Suite N300
>Newtown, PA 18940
>T: (215) 867-2399
>medelson@edelson-law.com
>
>*/s/ Elizabeth Chavez*
>Elizabeth C. Chavez (#6323726)
>**FOOTE CHAVEZ LAW, LLC** 1541 E. Fabyan
>Parkway, Suite 101
>Geneva, IL 60134
>Telephone: (630) 228-9091
>Facsimile: (630) 232-7452
>ecc@fmcolaw.com
>
>*/s/ Danielle L. Perry*
>Danielle L. Perry
>**MASON LLP**
>5335 Wisconsin Avenue, NW, Suite 640
>Washington, DC 20015
>Tel: (202) 429-2290
>dperry@masonllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Gary M. Klinger*
>Gary M. Klinger
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
>227 W. Monroe Street, Suite 2100
>Chicago, IL 60606
>Telephone: (866) 252-0878
>gklinger@milberg.com

7