# EXHIBIT B

*"The attorneys ... displayed truly exceptional levels of skill and tenacity."*

*- Judge of the U.S. District Court*

# COTCHETT PITRE & McCARTHY LLP

## ATTORNEYS AT LAW

## ADVOCATES FOR JUSTICE

**SAN FRANCISCO BAY AREA | LOS ANGELES AREA
NEW YORK | SEATTLE**

WWW.CPMLEGAL.COM

# OUR FIRM

Cotchett, Pitre & McCarthy, LLP ("CPM") based on the San Francisco Peninsula for over 50 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in the San Francisco Bay Area, Los Angeles, Seattle, and New York, the core of the firm is its people and their dedication to principles of law, their work ethic, and their commitment to justice. We are trial lawyers dedicated to achieving justice.



**Joe Cotchett**





**Frank Pitre**



> "The Cotchett firm has few peers that equal their ability in litigation.
> Their commitment to the cause of justice and their ethical standards stand apart. They are people who give back to the community and give lawyers a good name."
>
> —*Judge of the Superior Court (Retired)*

## OUR PRACTICE AREAS

CPM represents clients in a wide range of practice areas, including:

- Antitrust & Global Competition
- Aviation / Helicopter Accidents
- Commercial Litigation
- Consumer Protection Class Actions
- Defective Products / Mass Torts
- Elder Abuse
- Employment Law
- Environmental Law
- False Claims / Whistleblower Law
- Municipal & Public Entity Litigation
- Privacy & Intellectual Property
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Securities / Financial Fraud
- Shareholder Rights/Corporate Governance

**"This court has had the distinct pleasure of having the parties in this case represented by some of the finest attorneys not only in this state but in the country." Cotchett, Pitre & McCarthy has "well reputed experience in [consumer fraud] litigation."**

—*Judge of the U.S. District Court*

## OUR OFFICES



**San Francisco Bay Area**



**Los Angeles Area**



**New York**



**Seattle**

4

## CPM'S EXPERIENCE IN TECHNOLOGY-RELATED CASES

### Noteworthy Results Against Big Tech

CPM has a breadth of experience litigating against technology companies in complex class actions. Below is a selection of cases:

*In re Apple Inc. Device Performance Litigation*
**United States District Court, Northern District of California**
CPM is Co-Lead Counsel representing a nationwide class of Apple customers who allege Apple issued software updates that slowed the performance of certain iPhones. In May of 2020, the Northern District of California granted preliminary approval of a settlement valued at up to $500 million. The district entered Judgment on March 23, 2021

*In re AT&T Customer Data Security Breach Litigation*
**United States District Court, Northern District of Texas**
CPM is a member of the Plaintiffs' Steering Committee (PSC) in this multidistrict litigation stemming from a massive data breach affecting over 75 million current and former customers.

*In re Google Play Consumer Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves on the Steering Committee and represents consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. In September 2023 Consumer Plaintiffs and Google reached an agreement in principle to settle the case after months of mediation. The agreement in principle specifies that ***Google will pay approximately $700 million to reimburse consumers for their allegedly inflated app purchases***.

*In re T-Mobile 2022 Customer Data Security Breach Litigation*
**United States District Court, Western District of Missouri**
CPM is a member of the Plaintiffs' Steering Committee (PSC) in this multidistrict litigation stemming from a massive data breach in November 2022 that occurred on the heels of a prior massive data breach at T-Mobile in 2021.

*In re Consumer Vehicle Driving Data Tracking Litigation*
**United States District Court, Northern District of Georgia**
CPM is a member of the Plaintiffs' Steering Committee in this multidistrict litigation involving GM and its subsidiary OnStar secretly tracking GM drivers' driving habits, including location, time, quick starts and stops, and other metrics, and then selling this data to Credit Reporting Agencies where it was ultimately used to increase insurance rates and deny coverage.

*In re Robinhood Outage Litigation*
**United States District Court, Northern District of California**
CPM is Co-Lead Counsel representing a nationwide putative class of consumers who were

impacted by major outages of Robinhood's stock trading platform during key fluctuations in the stock market. The plaintiffs allege that Robinhood was negligent in the development and maintenance of the Robinhood application, and that the company failed to implement an adequate business continuity plan as required by financial regulators.

### *In re Zoom Video Communications, Inc. Privacy Litigation*
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel representing individuals in an action against Zoom alleging negligence, breach of implied contract, and violations of the California Consumer Privacy Act, the Consumer Legal Remedies Act, and the Unfair Competition Law based on Zoom's alleged unfair, unlawful, and deceptive business practices related to its data security. The action seeks damages and equitable relief based on Zoom's alleged unlawful sharing of users' personal information with third parties, including Facebook, Inc., without adequate notice to or authorization from users. The action also alleges that Zoom failed to safeguard its users' confidential and sensitive information, and its failure to provide adequate security, as promised, to avoid breach and infiltration (*e.g.* "Zoombombing") of users' videoconferences.

### *In re: Lenovo Adware Litigation*
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel in the Lenovo Adware Litigation related to surreptitiously installed malware on Lenovo computers. The complaint alleges that the adware violates privacy laws by intercepting users' behavioral data, including browsing history and electronic communications.

### *In re: Hewlett-Packard Inkjet Printer Litigation*
**United States District Court, Northern District of California**
CPM represented consumers who have been deceived by inaccurate low-on-ink warnings on Hewlett-Packard Inkjet Printers. The low-on-ink warnings appear even when there is a substantial amount of ink remaining in the ink cartridges, thereby misleading consumers into unnecessarily buying expensive ink cartridges.

### *Rich v. Hewlett-Packard*
**United States District Court, Northern District of California**
CPM represented consumers in a class action lawsuit against Hewlett-Packard, which has designed its printers to use color ink even when printing in black and white. Hewlett-Packard does not disclose this design to consumers, who are forced to buy expensive color ink cartridges even when they only print simple black and white documents.

**Noteworthy Results for Consumers and Businesses**

CPM represents plaintiffs in the following antitrust class actions and has secured noteworthy results for consumers and businesses:

*Anastasiya Komarova v. MBNA America Bank, N.A.; National Credit Acceptance, Inc.*
**San Francisco Superior Court**
In a rare jury trial against a credit card collection agency, a San Francisco jury ruled in favor of a young woman who was the victim of an abusive campaign to force her to repay a debt she never incurred.

*In re Automotive Parts Antitrust Litigation*
**United States District Court, Eastern District of Michigan**
CPM serves as co-lead counsel for end-payor plaintiffs against a number of automotive parts suppliers for allegedly engaging in massive conspiracies to fix the prices, rig the bids, and allocate the markets of various automotive parts sold to automobile manufacturers, next sold to automobile dealerships, and then sold to consumers and businesses. ***To date, CPM and its co-lead counsel have recovered over $1.2 billion for the indirect purchaser classes.***

*In re Broiler Chicken Antitrust Litigation*
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for commercial and institutional indirect purchasers against broiler chicken suppliers for allegedly engaging in a conspiracy to fix, raise, maintain, and stabilize the prices of broiler chickens by coordinating output and limiting production with the intended and expected result of increasing the prices of broiler chickens. ***To date, CPM and its co-lead counsel have recovered over $104 million for the classes.***

*In re Capacitors Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves as lead counsel for indirect purchasers of electrolytic and film capacitors against capacitor suppliers for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of electrolytic and film capacitors, respectively. ***CPM recovered $80.4 million for the classes.***

*In re Cattle and Beef Antitrust Litigation*
**United States District Court, District of Minnesota**
CPM serves as co-lead counsel for direct purchaser plaintiffs against beef processing and packing defendants for allegedly engaging in a conspiracy to constrain beef supplies in the United States, thereby artificially inflating domestic beef prices. ***To date, CPM and its co-lead counsel have recovered $52.5 million for the class.***

*In re Telescopes Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves as co-leads counsel for classes of consumers and businesses against telescope manufacturers for allegedly engaging in massive conspiracies to fix the prices and allocate the

markets of telescopes and telescope products. ***CPM and its co-lead counsel recovered $32 million for the class.***

***Credit Counseling Industry Suit names Chase, Money Management International and Others***
**USDC, Central District of California**
CPM filed a consumer fraud case against JP Morgan Chase & Co., Chase Manhattan Bank USA, Money Management International (also known as Consumer Credit Counseling Service) and Money Management By Mail, Inc. for fraudulent "debt counseling" and debt collections in the subprime credit industry.

***In re Domestic Airline Travel Antitrust Litigation***
**United States District Court, District of Columbia**
CPM serve as co-lead counsel for purchasers of air transportation against American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc. for allegedly engaging in a conspiracy to restrict capacity and thereby raise prices for air passenger transportation services. ***To date, CPM and its co-lead counsel have recovered $60 million for the class.***

***In re Farm-Raised Salmon and Salmon Products Litigation***
**United States District Court, Southern District of Florida**
CPM serves as a member of an informal Executive Committee and represents a class of indirect salmon buyers against Norwegian salmon-farming companies for allegedly coordinating price hikes of salmon and salmon products. ***Counsel for indirect purchaser plaintiffs recovered $33 million for the classes***.

***In re Freight Forwarders Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as co-lead counsel for purchasers of freight forwarding services from freight forwarders who allegedly engaged in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of freight forwarding services. ***CPM and its co-lead counsel recovered approximately $450 million for the class.***

***Hidden Wireless Telephone Fees***
**San Mateo County Superior Court**
CPM filed a class action lawsuit against AT&T Wireless, Sprint and Cingular Wireless for illegally charging subscribers for services, including "local number portability" fees, even though the services are not available.

***In re Lithium Batteries Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for indirect purchasers of lithium-ion batteries against lithium-ion battery suppliers for allegedly engaging in a conspiracy to fix the prices of these products. ***CPM and its co-lead counsel recovered $113 million for the classes.***

*In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Prod. Liab. Lit.*
**USDC, Eastern District of Virginia**
CPM served as Co-Lead Counsel in the Lumber Liquidators case filed in the Eastern District of Virginia. The class action was filed against Lumber Liquidators alleging that their Chinese-manufactured laminate wood flooring products emit unsafe and dangerous levels of formaldehyde. ***CPM and its co-lead counsel recovered $10.8 million for the classes.***

*In re Resistors Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as lead counsel for indirect purchasers of linear resistors against resistor suppliers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of linear resistors. ***CPM recovered $33.4 million for the classes.***

*In re Transpacific Passenger Air Transportation Antitrust Litigation*
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of air transportation against 13 Asian and Oceanic airlines for allegedly engaging in a conspiracy to fix the prices of discount fares and fuel surcharges on long-haul passenger flights for transpacific routes. ***CPM and its co-lead counsel recovered over $148 million for the classes***.

**Noteworthy Cases Not Yet Tried or Settled Presently Being Handled**

*In re Deere & Company Repair Services Antitrust Litigation*
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for a class of persons and entities who purchased repair services for Deere agricultural equipment with onboard computers known as electronic control units for monopolizing and restraining the market for repair and maintenance services of such equipment.

*In re Geisinger Health and Evangelical Community Hospital Healthcare Workers Antitrust Litigation*
**United States District Court, Middle District of Pennsylvania**
CPM serves as co-lead counsel for a class of healthcare workers against their employers, two health systems, for allegedly entering a no-poach agreement to reduce competition for healthcare workers and, as a result, suppressing job mobility and wages below the levels that would have prevailed but for the agreement. The court denied the defendants' motion to dismiss in November 2021.

*Mach, et al. v. Yardi Systems, Inc., et al.*
**Superior Court of the State of California, County of Alameda**
CPM serves as co-lead counsel on behalf of a class of plaintiffs in California against multifamily residential property owners, operators and managers that allegedly colluded and conspired to artificially inflate the rental prices of their units above competitive levels, and to reduce the occupancy of such units below competitive levels through their usage of a centralized pricing software algorithm called "RENTmaximizer," created by Yardi Systems, Inc.

*Yick v. Bank of America*
**United States District Court, Southern District of California**
CPM is interim Co-lead counsel in this multidistrict litigation related to Bank of America's failure to protect the personal information of EDD cardholders and improper freezing of cardholder accounts. In June 2021, prior to consolidation, the district court granted plaintiffs' motion for preliminary injunction and provisional class certification, providing immediate protections for Californians' unemployment benefits.

**Executive Committee or Steering Committee Experience**

CPM represented plaintiffs in the following antitrust class actions in which it served as a member of the Executive Committee or Steering Committee:

*In re Cathode Ray Tube (CRT) Antitrust Litigation* **(N.D. Cal.)**
CPM serves as a member of the Executive Committee and represents direct purchasers against CRT manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of CRTs. **To date, counsel for direct purchaser plaintiffs has recovered over $212 million for the class.**

*In re Crop Inputs Antitrust Litigation* **(E.D. Missouri)**
CPM serves as a member of the Executive Committee and represents a class of consumers and businesses that purchased crop inputs against crop input suppliers that allegedly established a secretive distribution process that keeps crop inputs prices inflated at supracompetitive levels and, in furtherance of their conspiracy, denies farmers access to relevant market information.

*In re Copaxone Antitrust Litigation* **(D. N.J.)**
CPM serves as a member of an informal Executive Committee and represents a class of third-party payors against Teva for willfully maintaining its monopoly power in the market for prescription drug Copaxone using restrictive or exclusionary conduct.

*In re Generic Pharmaceuticals Pricing Antitrust Litigation* **(E.D. Pa.)**
CPM and Adam J. Zapala serve as a member of the Steering Committee and represent end-payor plaintiffs of generic drugs against dozens of generic drug manufacturers for alleged engaging in conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of dozens of generic drugs.

*In re Oral Phenylephrine Marketing and Sales Practice Litigation* **(E.D.N.Y.)**
CPM serves on the Plaintiffs' Steering Committee and represents purchasers of over-the-counter, phenylephrine-containing products to relieve nasal congestion sold by Defendants that allegedly do not relieve nasal congestion, yet were continued to be marketed as effective decongestants.

*In re Parking Heaters Antitrust Litigation* **(E.D.N.Y.)**
CPM served as liaison counsel for indirect purchaser plaintiffs of air and coolant parking heaters in the aftermarket for commercial vehicles against parking heater manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the

prices of parking heaters. ***Counsel for indirect purchaser plaintiffs recovered $7.7 million for the classes.***

***In re Citric Acid Antitrust Litigation* (N.D. Cal.)**
CPM served as co-lead counsel in an antitrust class action against the five largest sellers of citric acid in the United States, Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V., for alleged conspiring to fix the prices of citric acid at artificially high levels. The court certified the class in October 1996. ***CPM and its co-lead counsel recovered approximately $86.5 million for the class.***

***In re Dynamic Random Access Memory (DRAM) Antitrust Litigation* (N.D. Cal.)**
CPM served as chair of the Discovery Committee and represented direct purchasers against DRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered over $325 million for the class.***

***In re International Air Transportation Surcharge Antitrust Litigation* (N.D. Cal.)**
CPM served as co-lead counsel for purchasers of purchasers of air transportation against Virgin Atlantic Airways Ltd. and British Airways for allegedly engaging in a conspiracy to impose fuel surcharges on long-haul passenger flights for transatlantic routes. ***CPM and its co-lead counsel recovered over $204 million for the class.***

***In re Methionine Antitrust Litigation* (N.D. Cal.)**
CPM served as co-lead counsel in this antitrust class action against several methionine manufacturers for allegedly engaging in a conspiracy to fix the prices and allocate the markets of methionine. ***CPM recovered $107 million for the class***.

***In re Optical Disk Drive (ODD) Antitrust Litigation* (N.D. Cal.)**
CPM served as a member of the Executive Committee and represented direct purchasers against ODD manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered $74.75 million for the class.***

***In re Static Random Access Memory (SRAM) Antitrust Litigation* (N.D. Cal.)**
CPM served as lead counsel for direct purchasers of SRAM against SRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of SRAM chips. ***CPM recovered $77 million for the class.***

***In re Sodium Gluconate Antitrust Litigation* (N.D. Cal.)**
CPM served as lead counsel in an antitrust class action against manufacturers of sodium gluconate, an industrial cleaning agent, for allegedly fixing the prices thereof. The court certified the class. ***CPM recovered $4,801,600 for the class***

***In re Webkinz Antitrust Litigation* (N.D. Cal.)**
CPM served as lead counsel for small business retailers who purchased Webkinz plush line toy

from Ganz Inc. ("Ganz") on the condition that they also order a minimum $1,000 of products from Ganz's "core line" of products. *CPM recovered $2.5 million for the class.*

***Kopies, Inc., et al. v. Eastman Kodak Co.* (N.D. Cal.)**
CPM served as co-lead counsel for copier service firms against manufacturers of parts for alleged illegal tying of products and services. *CPM and its co-lead counsel recovered $45 million for the plaintiffs.*

***Natural Gas Antitrust Cases I, II, III, & IV* (Sup. Ct. Cal., S.D. Sup. Ct)**
CPM represented 11 public entities and others for the alleged reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis. *CPM successfully prosecuted and recovered $124 million in settlements*.

## OUR PEOPLE
## CONSUMER ATTORNEYS AT CPM SEATTLE

### KARIN B. SWOPE



**Education**
- Columbia Law School, J.D., Harlan Fiske Stone Scholar
- Amherst College, B.A., *magna cum laude*, Phi Beta Kappa

**Admissions**
- Washington

**Karin Swope** is the Co-Managing Partner of Cotchett, Pitre & McCarthy, LLP's Seattle office, where she represents clients in antitrust and consumer protection litigation, securities litigation, privacy litigation and intellectual property counseling. Karin has represented clients for over 30 years in proceedings in state and federal courts across the country, as well as before the USPTO. She helped consumers fight against unfair and deceptive practices and has helped to change consumer protection law in the process. She has been appointed as co-lead counsel and to steering committees in antitrust and consumer cases.

She has extensive experience litigating highly complex antitrust, consumer fraud and other class actions before federal district courts across the country. She has litigated against big tech companies, including serving as lead counsel or on the executive committees in the *Apple Device Performance Litigation* No. 18-MD-2827 (N.D. Cal.) (which resulted in a settlement of up to $500 million), *Google RTB Consumer Privacy Litigation* No. 21-CV-02155 (N.D. Cal.) and *In re Zoom Video Communications, Inc. Privacy Litigation* No. 20-cv-02155 (N.D. Cal). She has prosecuted highly complex actions in *Google Play Consumer Antitrust Litigation*, No. 20-cv-05761, (N.D. Cal.); *In re Bank of America Unemployment Benefits Litigation* No. 21-md-2992 (S.D. Cal.), and *Yardi Rental Antitrust Litigation,* No. 24-CV-063117 (CA Sup. Ct. Alameda Cnty).

She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation, among others. She has also represented unemployment insurance benefit recipients in the MDL Bank of America Unemployment Benefits Litigation. She has represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty. Representative cases include *In re Slack Securities Litigation* and *John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust v. Williams et al.*

Since 2008, Karin has served as an Adjunct Professor at Seattle University School of law, where she has taught the Intellectual Property Art Law Clinic. She has previously served as President of Executive Committee of the Intellectual Property Section of the Washington State Bar Association and is a member of the Western Washington Federal Bar Association Local Rules Committee. She has presented and/or co-chaired numerous CLE's on topics ranging from E-Discovery practices to Intellectual Property. Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit.

## **THOMAS E. LOESER**



**Education**
- Duke University School of Law, J.D., magna cum laude, Order of the Coif, Articles Editor Law and Contemporary Problems, 1999
- University of Washington, M.B.A., cum laude, Betta Gamma Sigma, 1994
- Middlebury College, B.A., Physics with Minor in Italian, 1988

**Admissions**
- California
- District of Columbia
- Washington

Tom Loeser is the Co-Managing Partner of Cotchett, Pitre & McCarthy, LLP's Seattle office and a 25-year technology lawyer with hard-science and high-technology bona fides. His technology career includes coding for the Treasury at Microsoft and product and financial analysis at the Hewlett-Packard Company. His legal career began in Silicon Valley as a technology lawyer at Wilson Sonsini. In 2002, Mr. Loeser was appointed an Assistant United States Attorney in Los Angeles where he spent his first two years prosecuting all manner of federal crimes. Owing to his expertise in technology and computing, he then joined the elite Cyber and Intellectual Property Crimes Section. This role required months of training in the investigation and prosecution of hacking, computer intrusion, illicit digital communications, malware, and data breach cases. The training was cutting edge, requiring Top Secret clearances, and it was ongoing throughout Mr. Loeser's government service. Mr. Loeser resolved hundreds of criminal cases – including federal conspiracy, hacking, intellectual property and data theft cases – and brought over a dozen federal cases to trial and through appeal.

Mr. Loeser's practice has included the prosecution and resolution of dozens of complex actions against the titans of industry, including national banks, insurers, builders, title companies, carmakers, mortgage lenders, trucking companies, and nationwide retailers. Mr. Loeser specializes in the prosecution of cases that are not just complex because of the legal and procedural issues involved, but also because of the technological sophistication of the products, services or bad acts underlying the legal claims.

Mr. Loeser has worked extensively on many of the largest consumer class cases in U.S. history. These include legion auto defect cases such as the $10 billion *Volkswagen "Clean Diesel"* MDL and the related $1.3 billion *Volkswagen Franchise Dealer* Litigation. Mr. Loeser has worked on dozens of data breach and privacy cases including the monopolization case against Meta for its

abusive collection of consumer data, where he deposed many past and present members of Meta's C-Suite. Mr. Loeser has had leadership roles in many technology-related cases, including the massive 2022 T-Mobile data breach case, the recent AT&T data breach affecting 75 million past and present customers and multidistrict litigation against GM for secretly tracking driving behavior and selling the data to credit reporting agencies and insurers. Mr. Loeser's role in these cases touched on all aspects of litigation, including leadership, strategy, discovery, depositions, legal briefing and settlement.

Mr. Loeser's work has garnered praise from the plaintiffs' class action bar, who regularly ask him to speak at class action conferences, and from judges, including Judge Beth Labson Freeman in San Jose who at final approval of a consumer case against Tesla remarked on the record:

> "It's not simple, you make it look easy, and that's the art of what you do, Mr. Loeser, and the Court certainly appreciates the good work in this case, and in recognition of the many cases that your firm has handled over the years."

*Dean Sheikh et al. v. Tesla, Inc. Final Approval of Settlement Hearing, the Honorable Beth Labson Freman, United States District Judge for the Northern District of California San Jose Division.*

## **VARA G. LYONS**



**Education**
- The George Washington University Law School, J.D.
- Washington University in St. Louis, B.A.

**Admissions**
- New York
- Mississippi
- Washington (pending)

**Vara Lyons** is a senior associate in the Seattle office of Cotchett Pitre & McCarthy LLP. Her practices include Consumer Protection Class Actions, False Claims/Whistleblower Law, Shareholder Rights/Corporate Governance, Antitrust & Global Competition, Environmental Law, Privacy & Intellectual Property, and Securities/Financial Fraud.

Vara is a dedicated litigator whose career has focused on fighting for underrepresented and marginalized populations. She is a graduate of Washington University in St. Louis and The George Washington University Law School. During law school, Vara was a member of the American Intellectual Property Law Association Journal and served as a legal fellow for Senator Claire McCaskill (MO) and the National Archives. Vara began her legal career as an Assistant District Attorney in Brooklyn, NY, where she served in the specialized Human Trafficking Unit and prosecuted high-level felonies throughout the borough. Vara then spent two years in private practice working on behalf of sexual abuse victims through litigation under New York's Child Victims Act, Title IX, and federal trafficking statutes.

Vara moved home to her native state of Mississippi in 2021 to serve as policy counsel for the ACLU of Mississippi during the Dobbs litigation, where she fought for advances in reproductive justice and voting rights legislation. During her time at the ACLU, Vara authored a seminal policy paper on maternal health and made numerous international and local media appearances, including interviews with The Financial Times and the BBC. Vara was a featured speaker at the 2023 Mississippi Psychological Association Conference, where she presented on the intersection of mental health and reproductive rights.

## **ELLEN J. WEN**



**Education**
- University of Washington School of Law, J.D.
- Colorado College, B.A.

**Admissions**
- Washington

**Ellen Wen** is an Associate at Cotchett Pitre & McCarthy, LLP. Her practices include Consumer Protection Class actions, False Claims/Whistleblower Law, Shareholder Rights/Corporate Governance, Antitrust & Global Competition, Environmental Law, Privacy & Intellectual Property, and Securities/Financial Fraud.

Ellen is currently working on Antitrust, data breach, consumer fraud and privacy cases, including *In re Bank of America Unemployment Benefits Litigation* No. 21-md-2992 (S.D. Cal.) and *Google RTB Consumer Privacy Litigation* No. 21-CV-02155 (N.D. Cal.).

Ellen received her J.D. From the University of Washington School of Law. During law school she helped represent people who have been abused or harmed by the police or other public officials in civil rights actions as a member of the Civil Rights and Justice Clinic. Ellen also served as the Editor-in-Chief and Chief of Diversity and Inclusion of the Washington Journal of Social and Environmental Justice and served a judicial extern for Judge Tana Lin at the Western District of Washington and Justice Mary Yu at the Washington State Supreme Court.

Outside of the office, Ellen is a board member of the Chong Wa Benevolent Association where she collaborates with community leaders to promote Chinese culture and general welfare in the community. Ellen is a dual citizen of the United States and Taiwan and speaks Mandarin Chinese.