**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Rene Garcia v. Set Forth, Inc.    Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Latoya Gravely   (1:24-cv-11957)
Plaintiff George Halkias   (1:24-cv-11993)
Plaintiff Lauren Valle     (1:24-cv-11993)

Attorney name (type or print):  Charles E. Schaffer

Firm:    Levin Sedran & Berman LLP

Street address:     510 Walnut St., Suite 500

City/State/Zip:    Philadelphia, PA 19106

Bar ID Number:  PA Bar 76259          Telephone Number:   (215)592-1500
(See item 3 in instructions)

Email Address: cschaffer@lfsblaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                    If appointed counsel, are you a
                                                    ☐ Federal Defender
                                                    ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/07/2025

Attorney signature:     S/ Charles E. Schaffer
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023