**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Garcia v. Set Forth, Inc.     Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Centrex Software, Inc.

Attorney name (type or print):  Adam A. Hutchinson

Firm:    Severson & Werson, P.C.

Street address:     19100 Von Karman Ave., Suite 700

City/State/Zip:    Irvine, CA  92612

Bar ID Number:  190992     Telephone Number:    949-442-7110
(See item 3 in instructions)

Email Address: aah@severson.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.    ☐  Retained Counsel

☐  Appointed Counsel
If appointed counsel, are you a

☐  Federal Defender

☐  CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 13, 2025

Attorney signature:    S/ Adam A. Hutchinson
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023