**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Garcia v. Set Forth, Inc.        Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Orlando Salas

Attorney name (type or print): James F. Clapp

Firm: Clapp & Lauinger, LLP

Street address: 701 Palomar Airport Road, Suite 300

City/State/Zip: Carlsbad, CA 92011

Bar ID Number: 145814-CA        Telephone Number: (760) 209-6565
(See item 3 in instructions)

Email Address: jclapp@clapplegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/13/25

Attorney signature:    S/ James F. Clapp
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023