**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Garcia, et al. v. Set Forth, Inc.    Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Courtney Parrish

Attorney name (type or print):  Leanna Loginov

Firm:    Shamis and Gentile, P.A.

Street address:    14 NE 1st Avenue, Suite 705

City/State/Zip:    Miami, FL 33132

Bar ID Number:  NJ State Bar No.: 389742022        Telephone Number:    305-479-2299
(See item 3 in instructions)

Email Address: Lloginov@shamisgentile.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | X No |
| Are you a member of the court's general bar? | ☐ Yes | X No |
| Are you a member of the court's trial bar? | ☐ Yes | X No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | X No |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 18, 2025

Attorney signature:    /S/ Leanna Loginov_____
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023