**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Garcia, et al. v. Set Forth, Inc.

Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Sharon Blue and the Proposed Class

Attorney name (type or print): Jonathan T. Deters

Firm: Markovits Stock & De Marco, LLC

Street address: 119 East Court Street, Suite 530

City/State/Zip: Cincinnati, Ohio 45202

Bar ID Number: 0093976 (Ohio Reg. No.) (See item 3 in instructions)

Telephone Number: (513) 651-3700

Email Address: jdeters@msdlegal.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 21, 2025

Attorney signature: S/ Jonathan T Deters
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023