# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: RENEE GARCIA — Plantiff(s)

VS.

SET FORTH, INC. — Defendant(s)

Case Number: 1:24-cv-11688    Judge: Martha M. Pacold

I, Beena M. McDonald, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of Plaintiff Erin Minor by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attached List | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | N/A | |
| | | |
| | | |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | | |
|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ☐ | No ✔ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No ✔ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ☐ | No ✔ |
| **denied admission to the bar of any court?** | Yes ☐ | No ✔ |
| **held in contempt of court?** | Yes ☐ | No ✔ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

2/25/2025

S/ Beena M. McDonald

Date — Electronic Signature of Applicant

| Applicant's Name | Last Name: McDonald | First Name: Beena | Middle Name/Initial: M |
|---|---|---|---|
| Applicant's Law Firm | Chimicles Schwartz Kriner & Donaldson-Smith LLP | | |
| Applicant's Address | Street Address: 361 W. Lancaster Avenue | | Room/Suite Number: |
| | City: Haverford | State: PA | ZIP Code: 19041 — Work Phone Number and Email: 610-642-8500, bmm@chimicles.com |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

## **COURT ADMISSIONS - BEENA M. MCDONALD**

| **COURT** | **DATE OF ADMISSION** | **IN GOOD STANDING?** |
|---|---|---|
| Pennsylvania Supreme Court (PA I.D. No. 83315) Clerk's Office, 468 City Hall Philadelphia, PA 19107 215-560-6370 | 4/15/1999 | Yes |
| District of Columbia Bar 901 4th Street, NW Washington, DC 20001 202-626-3475 | 12/8/2003 | Yes |
| Eastern District of Pennsylvania Clerk's Office U.S. Courthouse 601 Market Street, Room 2609 Philadelphia, PA 19106-1797 215-597-7704 | 4/13/2001 | Yes |
| Middle District of Pennsylvania Clerk's Office William J. Nealon Federal Bldg. & U.S. Courthouse 235 N. Washington Avenue Scranton, PA 18503 570-207-5600 | 12/3/2021 | Yes |
| Western District of Pennsylvania Clerk's Office, U.S. Courthouse 700 Grant Street Pittsburgh, PA 15219 866-266-2983 | 12/3/2021 | Yes |
| Eastern District of Michigan Clerk's Office Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd. Room 564 Detroit, MI 48226 313-234-5005 | 3/19/2021 | Yes |
| United States District Court for the District of Colorado Clerk's Office Alfred A. Arraj United States Courthouse, Room A105 901 19th Street Denver, CO 80294 303-844-3433 | 11/6/2023 | Yes |

| | | |
|---|---|---|
| Third Circuit Court of Appeals<br>Clerk's Office<br>21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790<br>215-597-2995 | 9/2/2022 | Yes |