IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENE GARCIA, *et al*., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SET FORTH INC.,<br><br>Defendant. | Case No. 1:24-CV-11688 |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

The undersigned, one of the attorneys representing Plaintiffs in the above-captioned matter, has changed firms. Counsel's new contact information is as follows:

> Katrina Carroll
> CARROLL SHAMBERG LLC
> 111 W. Washington Street
> Suite 1240
> Chicago, IL 60602
> Email: katrina@csclassactions.com
> Phone: 872-215-6205
> Mobile: 847-848-1384

Respectfully submitted,

_/s/ Katrina Carroll_
KATRINA CARROLL

## CERTIFICATE OF SERVICE

     I hereby certify that on March 4, 2025, the foregoing Notice of Change of Firm Affiliation was filed electronically and that notification of this filing will be sent to all parties via the Court's CM/ECF system.

Date:  March 4, 2025

                                               Katrina Carroll