IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Rene Garcia, et al. | ) | |
| | ) | Case No.  24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

# ORDER

Beena M. McDonald's motion for leave to appear pro hac vice on behalf of plaintiff, Erin Minor [57] is granted.

Date: March 4, 2025                                   /s/ Martha M. Pacold