IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RENE GARCIA, ET AL.,**  *Plaintiffs,*  v.  **SET FORTH, INC.,**  *Defendants.*  This Document Relates To: *McCluskey v. Set Forth, Inc.*, Case No: 1:24-cv-12203 | Case No. 1:24-cv-11688  HON. MARTHA M. PACOLD |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK AND ALL PARTIES OF RECORD:**

The Court and all parties of record are hereby notified that James J. Pizzirusso, and HAUSFELD LLP, counsel in the above captioned case on behalf of Plaintiff Bobbie McCluskey, has changed his District of Columbia address. Telephone and facsimile numbers and email address remain unchanged.

All future service, pleadings, memoranda, correspondence, orders, etc., should be sent to the new District of Columbia address:

**James J. Pizzirusso**
**HAUSFELD LLP**
**1200 17th Street, N.W., Suite 600**
**Washington, DC 20036**

I have updated my personal profile information in the PACER/ECF system.

Dated: April 17, 2025                            */s/ James J. Pizzirusso*
                                                                          James J. Pizzirusso
                                                                          HAUSFELD LLP
                                                                          1200 17th Street, NW, Suite 600
                                                                          Washington, DC 20036
                                                                          Phone: (202) 540-7200
                                                                          Facsimile: (202) 540-7201
                                                                          Email: jpizzirusso@hausfeld.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2025, I electronically filed the foregoing Notice of Change of Address using the Court's CM/ECF system which will send notification of such filing to all counsel of record at the email addresses registered in the CM/ECF system.

Dated: April 17, 2025　　　　　　　　　　　　　　　*/s/ James J. Pizzirusso*
　　　　　　　　　　　　　　　　　　　　　　　　　James J. Pizzirusso