IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RENE GARCIA, ET AL.,** | |
| *Plaintiffs,* | |
| v. | Case No. 1:24-cv-11688 |
| **SET FORTH, INC.,** | |
| *Defendants.* | HON. MARTHA M. PACOLD |
| This Document Relates To: *McCluskey v. Set Forth, Inc.*, Case No: 1:24-cv-12203 | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK AND ALL PARTIES OF RECORD:**

The Court and all parties of record are hereby notified that Ian J. Engdahl, and HAUSFELD LLP, counsel in the above captioned case on behalf of Plaintiff Bobbie McCluskey, has changed his District of Columbia address. Telephone and facsimile numbers and email address remain unchanged.

All future service, pleadings, memoranda, correspondence, orders, etc., should be sent to the new District of Columbia address:

**Ian J. Engdahl**
**HAUSFELD LLP**
**1200 17th Street, N.W., Suite 600**
**Washington, DC 20036**

I have updated my personal profile information in the PACER/ECF system.

Dated: April 17, 2025  /s/ *Ian J. Engdahl*
Ian J. Engdahl
HAUSFELD LLP
1200 17th Street, NW, Suite 600
Washington, DC 20036
Phone: (202) 540-7200
Facsimile: (202) 540-7201
Email: iengdahl@hausfeld.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, I electronically filed the foregoing Notice of Change of Address using the Court's CM/ECF system which will send notification of such filing to all counsel of record at the email addresses registered in the CM/ECF system.

Dated: April 17, 2025 　　　　　　　　　　　　　　 */s/ Ian J. Engdahl*
　　　　　　　　　　　　　　　　　　　　　　　　　　Ian J. Engdahl