# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RENE GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-11688 |
| v. ) | |
| ) | Hon. Martha M. Pacold |
| SET FORTH, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES Defendant Centrex Software, Inc. ("Centrex"), pursuant to Local Rule 83.17, and hereby moves this Court for leave to withdraw the appearance of its current counsel of record, attorneys Joseph Guzzetta and Adam Hutchinson of Stinson LLP (f/k/a Severson & Werson, P.C.), and substitute the following attorneys from Troutman Pepper Locke LLP as counsel for Centrex: Ronald Raether, Jr., Joshua Davey, Timothy St. George, and Seth Erickson. In support of the motion, Centrex respectfully states as follows:

1. Centrex was named as a defendant along with co-defendant Set Forth, Inc., in seven class actions (the "Cenrex Class Actions").[1]

2. The Centrex Class Actions were consolidated into the above-captioned captioned action along with other class actions filed against Set Forth, Inc. ECF Nos. 25-26. Centrex retained attorneys at Stinson LLP as its defense counsel, and filed appearances pursuant to LR 83.16. ECF Nos. 50-51. Set Foth, Inc., retained attorneys at Troutman Pepper Locke LLP as its defense counsel. ECF Nos. 6, 7, 10, 22, and 23.

---

[1] *Allen v. Set Forth, Inc.*, et al., No. 1:24-cv-11781 (N.D. Ill.); *Anderson v. Set Forth, Inc., et al.*, No. 1:24-cv-11788 (N.D. Ill.); *Baca v. Set Forth, Inc.*, No. 1:24-cv-12497 (N.D. Ill.); *Bradley v. Set Forth, Inc. et al.*, No.1:24-cv-11691 (N.D. Ill.); *Moses v. Set Forth, Inc. et al.*, No. 1:24-cv-11808 (N.D. Ill.); *Newbury et al. v. Set Forth, Inc. et al.*, No. 1:24-cv-12107 (N.D. Ill.); *Ossler v. Set Forth, Inc. et al*, No. 1:24-cv-12244 (N.D. Ill.).

3. Centrex has requested that its defense be handled by Troutman Pepper Locke LLP, and with the consent of all defendants, Troutman Pepper Locke LLP has agreed to represent Centrex in this action.

4. The substitution of Troutman Pepper Locke LLP as counsel for Centrex will not affect the current case schedule.

WHEREFORE Centrex requests that attorneys Joseph Guzzetta and Adam Hutchinson of Stinson LLP be granted leave to withdraw as counsel and that attorneys Ronald Raether, Jr., Joshua Davey, Timothy St. George, and Seth Erickson of Troutman Pepper Locke LLP be granted leave to substitute in as counsel for Centrex.

Dated: September 3, 2025

Respectfully submitted,

/s/ Adam Hutchinson
  Adam A. Hutchinson
  Joseph Guzzetta
  STINSON LLP
  19100 Von Karman Ave., #700
  Irvine, CA 92612
  Direct: 949.225.7958
  *adam.hutchinson@stinson.com*
  *joe.guzzetta@stinson.com*

/s/ Seth M. Erickson
Ronald I. Raether, Jr.
Troutman Pepper Locke LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Direct: 949-622-2722
*Ronald.Raether@troutman.com*

Joshua Daniel Davey
Troutman Pepper Locke LLP
301 S. College Street, Ste 34th Floor
Charlotte, NC 28202
Direct: 704-916-1503
*Joshua.Davey@troutman.com*

Timothy J. St. George
Troutman Pepper Locke LLP
Va 1001 Haxall Point Richmond
Richmond, VA 23219
Direct: 804-697-1254
*Timothy.Stgeorge@troutman.com*

Seth Martin Erickson
Troutman Pepper Locke LLP
111 South Wacker Drive, Ste 4100
Chicago, IL 60606

2

Direct: 312-759-5930
*Seth.Erickson@troutman.com*

3

318858290