**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Rene Garcia, et al. | ) | |
| | ) | Case No.   24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

**ORDER**

Defendant's Centrex Software, Inc.'s motion [65] to substitute counsel is granted. Attorneys Ronald Raether, Jr., Joshua Davey, Timothy St. George, and Seth Erickson of Troutman Pepper Locke LLP should expeditiously file their appearances on the docket. Attorneys Joseph Guzzetta and Adam Hutchinson are terminated.

Date:  September 5, 2025                             /s/ Martha M. Pacold