

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name   James F. Clapp

Firm   Clapp Legal APC

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

Law firm name changed from Clapp & Lauinger LLP to Clapp Legal APC, no other changes.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:24-cv-11688 | Garcia v. Set Forth, Inc. | Hon. Martha M. Pacold |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ James F. Clapp                          9/05/25
_____      _____
Signature of Attorney                       Date

Rev. 07032025