**PROOF OF SERVICE**
*Garcia v. Set Forth, Inc.*
Case 1:24-cv-11688

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 701 Palomar Airport Road, Suite 300, Carlsbad, California 92011.

On September 5, 2025, I served true copies of the following document(s) described as **NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME (LAW FIRM NAME)** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth on the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 5, 2025, at Carlsbad, California.

Teri L. Zaayer

1

PROOF OF SERVICE

*Garcia v. Set Forth, Inc.*
Case 1:24-cv-11688

The following are those who are currently on the list to receive e-mail notices for this case.

- **Zachary P Arbitman**
  zarbitman@feldmanshepherd.com,cbaruth@feldmanshepherd.com
- **Raina C Borrelli**
  raina@straussborrelli.com,sam@straussborrelli.com,bresch@straussborrelli.com,rachelp@ecf.courtdrive.com,nicolew@straussborrelli.com,rachel@straussborrelli.com,mwang@straussborrelli.com,ymichel@straussborrelli.com,cchen@straussborrelli.com,docketing@straussborrelli.com,filing@straussborrelli.com,minr@straussborrelli.com
- **James F. Clapp**
  jclapp@clapplegal.com,tzaayer@clapplegal.com
- **Terence R. Coates**
  tcoates@msdlegal.com,apaver@msdlegal.com,5362404420@filings.docketbird.com,smcfarland@msdlegal.com,mmuniz@msdlegal.com,bmathews@msdlegal.com
- **Brett Robert Cohen**
  bcohen@leedsbrownlaw.com,brett-cohen-7957@ecf.pacerpro.com
- **Joshua Daniel Davey**
  joshua.davey@troutman.com,debbie.currie@troutman.com
- **Jonathan Tehan Deters**
  jdeters@msdlegal.com,apaver@msdlegal.com,8411509420@filings.docketbird.com,smcfarland@msdlegal.com,mmuniz@msdlegal.com,bmathews@msdlegal.com
- **Jarrett Lee Ellzey , Jr**
  jarrett@ellzeylaw.com
- **Ian J. Engdahl**
  iengdahl@hausfeld.com,3606535420@filings.docketbird.com
- **Seth Martin Erickson**
  seth.erickson@troutman.com,shelia.williams@troutmansanders.com
- **Elizabeth A. Fegan**
  beth@feganscott.com,1111388420@filings.docketbird.com,info@feganscott.com
- **Lori Gwen Feldman**
  LFeldman@4-justice.com,eservice@4-justice.com,4586296420@filings.docketbird.com
- **Jeffrey Goldenberg**
  jgoldenberg@gs-legal.com,svaaler@gs-legal.com,jmcilvain@gs-legal.com,cpence@gs-legal.com
- **Thomas E Loeser**
  tloeser@cpmlegal.com,lgould@cpmlegal.com,tfaulds@cpmlegal.com,jacosta@cpmlegal.com
- **Leanna Loginov**
  lloginov@shamisgentile.com
- **Carl V. Malmstrom**
  malmstrom@whafh.com
- **Beena M. McDonald**
  bmm@chimicles.com
- **Leigh S. Montgomery**
  lmontgomery@eksm.com

2

PROOF OF SERVICE

- **Steven M. Nathan**
  snathan@hausfeld.com,hausfeld-ecfs_notice@juralaw.net,rrodriguez@hausfeld.com
- **James J Pizzirusso**
  jpizzirusso@hausfeld.com,jmitchell@hausfeld.com,erobinson@hausfeldllp.com,hausfeld-ecfs_notice@juralaw.net
- **Ronald I. Raether , Jr**
  ronald.raether@troutman.com,odette.jefferson@troutman.com
- **Joshua Jon Sanford**
  ecfnotices@sanfordlawfirm.com,tracy@sanfordlawfirm.com,sean@sanfordlawfirm.com,sanfordlawfirm@recap.email,josh@sanfordlawfirm.com
- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,rsummers@lfsblaw.com
- **Amber Love Schubert**
  aschubert@sjk.law,paralegal@sjk.law,ecf@sjk.law
- **Megan Shannon**
  megan@feganscott.com
- **Sabita Jyotindra Soneji**
  ssoneji@tzlegal.com,sabita-soneji-0458@ecf.pacerpro.com,lzhu@tzlegal.com,ecfnotifications@tzlegal.com
- **Timothy J. St. George**
  timothy.stgeorge@troutmansanders.com
- **Liberato P Verderame**
  lverderame@edelson-law.com
- **Edward J. Wynne**
  ewynne@wynnelawfirm.com,hhall@wynnelawfirm.com
- **Thomas A. Zimmerman , Jr**
  tom@attorneyzim.com,judy@attorneyzim.com,firm@attorneyzim.com

PROOF OF SERVICE