**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rene Garcia, et al.
                        Plaintiff,

v.                                                 Case No.: 1:24−cv−11688
                                                              Honorable Martha M. Pacold

Set Forth, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The Motion for Leave to File Excess Pages Regarding Majority Plaintiffs' Application for Leadership, [43], is granted. Majority Plaintiffs' Motion and Memorandum in Support of Application for Leadership, [44], is granted. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the following attorneys are appointed Interim Class Counsel for the consolidated action: Interim Co−Lead Counsel: Gary M. Klinger of Milberg Bryson Phillips Grossman PLLC, Raina C. Borrelli of Strauss Borrelli PLLC, and Sabita J. Soneji of Tycko Zavareei LLP; Plaintiffs' Executive Committee Members: Leigh Montgomery of EKSM, LLP, Jeff Ostrow of Kopelowitz Ostrow, Terry Coates of Markovits, Stock & DeMarco, LLC, Gerard Stranch of Stranch Jennings & Garvey, PLLC, Lori Feldman of George Feldman McDonald, Anderson Berry of The Arnold Law Firm, Amber Schubert of Schubert Jonckheer & Kolbe, Charles Schaffer of Levin Sedran & Berman, Ian J. Engdahl of Hausfeld LLP, and Tom Zimmerman of Zimmerman Law Offices; Plaintiffs' Steering Committee Members: Daniel Srourian of Srourian Law Firm P.C., Leanna Loginov of Shamis & Gentile, Kevin Cox of the Lyon Firm, Jon Mann of Pittman Dutton Hellums Bradley & Mann, Zac Arbitman of Feldman Shepherd, Steve Basser of Barrack, Rodos & Bacine, Thiago Coehlo of the Wilshire Law Firm, Francesca Burne of Morgan & Morgan, Carl Malmstrom of Wolf Haldenstein Adler Freeman & Herz LLP, Marc Edelson of Edelson Lechtzin LLP, Elizabeth Chavez of Foote Chavez Law LLC, and Danielle Perry of Mason LLP. The structure may be adjusted as necessary as the case progresses. Plaintiff Minor's Application for Appointment of Katrina Carroll and Beena McDonald as Co−Lead Counsel [42] and Plaintiff Orlando Salas's Motion for Appointment of Elizabeth A. Fegan and Thomas E. Loeser as Interim Co−Lead Counsel [46] are denied. Parties should file by 9/17/2025 a status report with proposed next steps and any request for a status hearing. The telephone motion hearing set for 9/10/2025 is stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.