IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENE GARCIA, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>SET FORTH, INC. and CENTREX SOFTWARE, INC.,<br><br>        Defendant. | Consolidated Case No: 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to the Court's September 10, 2025, Order, Plaintiffs in this consolidated action, Defendant Set Forth, Inc., and Defendant Centrex Software, Inc., hereby submit this joint status report and request for a status hearing.

The Parties propose the following next steps and schedule in this matter with respect to the pleadings, consistent with the Court's January 15, 2025 order (ECF 25):

1. Plaintiffs shall file a Consolidated Class Action Complaint by November 9, 2025.

2. The parties will confer and file a proposed schedule, including a proposed deadline to answer or otherwise respond to the Consolidated Class Action Complaint and a proposal on further case scheduling, within 14 days after the Consolidated Class Action Complaint is filed.

3. Until the court enters a scheduling order in response to the parties' proposed schedule, the deadline to answer or otherwise respond to the Consolidated Class Action Complaint remains stayed.

Dated: September 15, 2025　　　　　　　　Respectfully submitted,

| | |
|---|---|
| **INTERIM CO-LEAD COUNSEL:** | **COUNSEL FOR DEFENDANT SET FORTH:** |

*/s/ Raina C. Borrelli*
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBER COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*/s/ Sabita J. Soneji*
Sabita J. Soneji (Pro Hac Vice)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

*/s/ Seth M. Erickson*
Seth Martin Erickson
**TROUTMAN PEPPER LOCKE LLP**
111 South Wacker Dr., Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
Seth.Erickson@troutman.com

Ronald I. Raether, Jr. (*Pro Hac Vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.Stgeorge@troutman.com

**COUNSEL FOR DEFENDANT CENTREX:**

*/s/ Seth M. Erickson*
Seth Martin Erickson
**TROUTMAN PEPPER LOCKE LLP**
111 South Wacker Dr., Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
Seth.Erickson@troutman.com

Ronald I. Raether, Jr. (*Pro Hac Vice*)

**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.Stgeorge@troutman.com

## CERTIFICATE OF SERVICE

     I, Raina C. Borrelli, hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 15th day of September, 2025.

                                              STRAUSS BORRELLI PLLC

                                              By: */s/ Raina C. Borrelli*
                                                    Raina C. Borrelli
                                                    STRAUSS BORRELLI PLLC
                                                    One Magnificent Mile
                                                    980 N. Michigan Ave., Suite 1610
                                                    Chicago, IL 60611
                                                    Telephone: (872) 263-1100
                                                    Facsimile: (872) 263-1109
                                                    raina@straussborrelli.com