**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Rene Garcia, et al. | ) | |
| | ) | Case No.   24 C 11688 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Set Forth, Inc. | ) | |

# ORDER

    Francesca K. Burne's motion for leave to appear pro hac vice on behalf of plaintiff Bonnie Mason, [75], is granted.

Date: September 16, 2025                    <u>/s/ Martha M. Pacold</u>