# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rene Garcia, et al.

                    Plaintiff,

v.                                                    Case No.: 1:24−cv−11688
                                                       Honorable Martha M. Pacold

Set Forth, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

       MINUTE entry before the Honorable Martha M. Pacold: The parties' proposed schedule from the joint status report, [74], and consistent with the court's January 15, 2025 order, [25], is entered as follows: 1. Plaintiffs shall file a Consolidated Class Action Complaint by November 10, 2025. 2. The parties will confer and file a proposed schedule, including a proposed deadline to answer or otherwise respond to the Consolidated Class Action Complaint and a proposal on further case scheduling, within 14 days after the Consolidated Class Action Complaint is filed. 3. Until the court enters a scheduling order in response to the parties' proposed schedule, the deadline to answer or otherwise respond to the Consolidated Class Action Complaint remains stayed. If the parties request a status hearing, they should notify the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.