# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Rene Garcia, et al. ) | |
| ) | Case No. 24 C 11688 |
| ) | |
| v. ) | Hon. Martha M. Pacold |
| ) | |
| Set Forth, Inc. ) | |

## ORDER

    Nicole Maruzzi's motion for leave to appear pro hac vice on behalf of plaintiff Bertha Meza, [77], is granted. George Aloysius Donnelly, IV's motion for leave to appear pro hac vice on behalf of plaintiff Bertha Meza, [78], is granted.

Date: September 17, 2025                    /s/ Martha M. Pacold