**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Garcia, et al. v. Set Forth, Inc., et al.   Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:   Plaintiff

Attorney name (type or print): Jonathan Mann

Firm: Pittman, Dutton, Hellums, Bradley & Mann, P.C.

Street address: 2001 Park Place North, Suite 1100

City/State/Zip: Birmingham, Alabama 35203

Bar ID Number: ASB-1083-A36M     Telephone Number: 205-322-8880
(See item 3 in instructions)

Email Address: jonm@pittmandutton.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 30, 2025

Attorney signature:   S/ Jon Mann
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023