IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENE GARCIA, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) SET FORTH, INC., ) ) Defendant. ) ) | Consolidated Case No: 1:24-cv-11688 Honorable Martha M. Pacold |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Orlando Salas, Named Plaintiff in Case No. 1:24-cv-11974 consolidated under the above captioned matter, voluntarily dismisses his claims against Defendant Set Forth, Inc., without prejudice.

Dated: October 2, 2025

Respectfully submitted,

By: */s/ Megan E. Shannon*
Elizabeth A. Fegan
Megan E. Shannon
**FEGAN SCOTT LLC**
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com
megan@feganscott.com

Thomas E. Loeser (*pro hac vice*)
**COTCHETT PITRE & MCCARTHY LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577
tloeser@cpmlegal.com

James F. Clapp (pro hac vice forthcoming)
**CLAPP & LAUINGER LLP**
701 Palomar Airport Rd. Ste. 300
Carlsbad, CA 92011
Tel: (760) 209-6565 ext. 101
Fax: (760) 209-6565
jclapp@clapplegal.com

Edward J. Wynne (pro hac vice forthcoming)
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Ste. 3-G
Larkspur, CA 94939
Tel: (415) 461-6400
Fax: (415) 461-3900
ewynne@wynnelawfirm.com

*Counsel for Plaintiff Orlando Salas*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 2, 2025, 2025, she caused the foregoing to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

*/s/ Megan E. Shannon*
Megan E. Shannon
