— **EXHIBIT J** —



**FORTH**
P.O. Box 989728
West Sacramento, CA 95798-9728

Janice Adam

Enrollment Code:
To Enroll, Scan the QR Code Below.

Or Visit:
https://response.idx.us/forth

November 8, 2024

## NOTICE OF DATA SECURITY INCIDENT

Dear Janice Adam,

Set Forth, Inc. ("Forth") is writing to let you know about a recent data security incident that may have impacted some of your information. We take the privacy and security of your information seriously, and sincerely apologize for any concern or inconvenience this may cause you. This letter contains information about steps you can take to protect your information, and resources we are making available to help you.

**Who is Forth?**

Forth provides cloud-based customer relationship management (CRM) solutions. Forth allows businesses to collect and share consumer information, with their permission, between its users.

**What Happened?**

In May 2024, Forth identified suspicious activity on the network. We immediately implemented our incident response protocols, took steps to secure the network, and engaged independent computer forensic experts to assist us in conducting an investigation.

Unfortunately, the investigation determined that business documents (such as loan applications, credit reports, and bank statements) that may have contained personal information belonging to you, your spouse, a co-applicant, or a dependent may have been accessed during the incident. While there is no evidence that your specific information was misused, we want to make you aware of this incident out of an abundance of caution.

**What Information Was Involved?**

From our review, it appears that the name, address, and/or social security number of you, your spouse, a co-applicant, or a dependent may have been affected.

**What We Are Doing:**

We want to assure you that Forth is taking steps to minimize the risk of this happening in the future. Since the incident, Forth has hardened its web application firewalls, completed additional third-party penetration testing, added additional full-time resources for security specific code reviews and anomalous system user/activity behavior, and enhanced other existing security controls.