IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENE GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SET FORTH, INC. et al.,<br><br>Defendant. | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

## JOINT SCHEDULING PROPOSAL

Pursuant to the Court's September 17, 2025 Order (ECF No. 79), Plaintiffs, Defendant Set Forth, Inc., and Defendant Centrex Software, Inc., hereby submit this Joint Scheduling Proposal.

On November 18, 2025, the Parties met and conferred and agreed to the following briefing schedule:

1. Defendants shall file any motions in response to Plaintiff's Consolidated Class Action Complaint by January 26, 2026.

2. Plaintiffs shall file their Opposition to any such motions by March 12, 2026.

3. Defendants shall file their Reply to any such motions by April 16, 2026.

The parties request that the foregoing schedule be adopted by the Court.


Dated: November 20, 2025

*/s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile

Dated: November 20, 2025

*/s/ Seth M. Erickson*
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100
Chicago, IL 60606

1

980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*/s/ Gary M. Klinger*
MILBER COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*/s/ Sabita J. Soneji*
Sabita J. Soneji (pro hac vice)
TYCKO & ZAVAREEI LLP
1970 Broadway
Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

**Counsel for Plaintiffs and the Proposed Class**

Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.Stgeorge@troutman.com

**Counsel for Defendant Set Forth, Inc.**

*/s/ Seth M. Erickson*
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503

Joshua.Davey@troutman.com

Timothy J. St. George
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.Stgeorge@troutman.com

***Counsel for Defendant Centrex Software, Inc.***

**CERTIFICATE OF SERVICE**

      I, Raina C. Borrelli, hereby certify that on November 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 20th day of November, 2025.

                              STRAUSS BORRELLI PLLC

                              By: */s/ Raina C. Borrelli*
                                    Raina C. Borrelli
                                    raina@straussborrelli.com
                                    STRAUSS BORRELLI PLLC
                                    One Magnificent Mile
                                    980 N Michigan Avenue, Suite 1610
                                    Chicago IL, 60611
                                    Telephone: (872) 263-1100
                                    Facsimile: (872) 263-1109