## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Rene Garcia, et al.

                                Plaintiff,

v.                                                                  Case No.: 1:24–cv–11688
                                                                           Honorable Martha M. Pacold

Centrex Software, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: The parties' joint scheduling proposal, [87], is approved. Defendants shall file any motions in response to Plaintiffs' Consolidated Class Action Complaint, [85], by 1/26/2026. Plaintiffs shall file their opposition to any such motions by 3/12/2026. Defendants shall file their reply to any such motions by 4/16/2026. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.