IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENE GARCIA, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SET FORTH, INC.,<br><br>Defendant.<br><br>***THIS DOCUMENT RELATES TO:***<br>Case No. 1:24-cv-11861 | Consolidated Case No. 1:24-cv-11688<br><br><br><br>Hon. Martha M. Pacold |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Erin Minor, by and through her counsel, hereby dismisses all claims brought against Defendant Set Forth, Inc. without prejudice.

Dated: December 9, 2025

Respectfully Submitted,

By: */s/ Katrina Carroll*

Beena M. McDonald (*pro hac vice*)
bmm@chimicles.com
**CHIMICLES SCHWARTZ KRINER
& DONALDSON-SMITH LLP**
One Haverford Centre
361 Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

Katrina Carroll
katrina@csclassactions.com
**CARROLL SHAMBERG LLC**
111 W. Washington Street
Suite 1240
Chicago, IL 60602
Telephone: 312-750-1265

*Counsel for Plaintiff Erin Minor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2025, the foregoing was filed using the Court's ECF system and served upon all counsel of record thereby.

                                                  */s/ Katrina Carroll*
                                                  Katrina Carroll