# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Rene Garcia, et al.

                                           Plaintiff,

v.                                                      Case No.: 1:24–cv–11688

                                                                        Honorable Martha M. Pacold

Centrex Software, Inc., et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 11, 2025:

         MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Voluntary Dismissal, [89], plaintiff Erin Minor's claims against defendant Set Forth, Inc. are dismissed without prejudice. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.