**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

**UNOPPOSED JOINT MOTION FOR
LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs Adam Bellefeuille, Jr., Sharon Blue, Richard Cooper, Gladys Ewing, Kim Girven, LaToya Gravely, Bertha Meza, and Mary Moses, together with Defendants Set Forth Inc. d/b/a Forth and Centrex Software, Inc., respectfully move this Court for an order extending the page limits associated with Defendants' forthcoming response to Plaintiffs' Consolidated Class Action Complaint. Specifically, the Parties seek an order granting (1) Defendants leave to file a 30-page opening brief; (2) Plaintiffs leave to file a 30-page opposition brief; and (3) Defendants leave to file a 20-page reply brief. In support of their Unopposed Joint Motion, the Parties state the following.

1. Plaintiffs filed their Consolidated Class Action Complaint in this action on November 11, 2025. Dkt. 85. The Consolidated Class Action Complaint raises nine claims on behalf of nine individual plaintiffs who purport to represent one nationwide class and two state-specific subclasses.

2. The Parties stipulated to a briefing schedule, Dkt. 87, which this Court approved and adopted on November 24, 2025. Pursuant to that briefing schedule, Defendants' deadline to

answer or otherwise respond to the Consolidated Class Action Complaint is January 26, 2026, Dkt. 88.

       3.       Local Civil Rule 7.1 limits briefs in support of motions to 15 pages.

       4.       Given the number of claims raised in the Consolidated Class Action Complaint and the Plaintiff-specific arguments Defendants intend to raise in defense of those claims at the pleading stage, Defendants requested, and Plaintiffs agreed to, a page extension for Defendants' opening brief and reply brief. Plaintiffs requested, and Defendant agreed to, a reciprocal page extension for their opposition brief. Development of these arguments is necessary to allow the Court to be fully informed before adjudicating Defendants' forthcoming responsive pleading.

       5.       The Parties have conferred and agreed to request an extension of the page limits associated with briefing Defendants' forthcoming responsive pleading in the following manner:

         a.   Defendants' opening brief shall be limited to 30 pages.

         b.   Plaintiffs' opposition brief shall be limited to 30 pages.

         c.   Defendants' reply brief shall be limited to 20 pages.

WHEREFORE, the Parties respectfully request that the Court grant Defendants leave to file a 30-page responsive pleading, while also granting Plaintiffs leave to file a 30-page opposition, and Defendants leave to file a 20-page reply.

Dated: January 12, 2026.

Respectfully submitted,

| | |
|---|---|
| /s/ Raina C. Borrelli | /s/ Seth M. Erickson |
| Raina C. Borrelli | Seth M. Erickson |
| raina@straussborrelli.com | TROUTMAN PEPPER LOCKE LLP |
| STRAUSS BORRELLI PLLC | 111 S. Wacker, Suite 4100 |
| One Magnificent Mile | Chicago, IL 60606 |
| 980 N Michigan Avenue, Suite 1610 | Telephone: (312) 759-5930 |
| Chicago IL, 60611 | seth.erickson@troutman.com |
| Telephone: (872) 263-1100 | |
| Facsimile: (872) 263-1109 | Ronald I. Raether, Jr. (pro hac vice) |
| | TROUTMAN PEPPER LOCKE LLP |
| Gary M. Klinger | 100 Spectrum Center Drive, Suite 1500 |
| MILBER COLEMAN BRYSON | Irvine, CA 92614 |
| PHILLIPS GROSSMAN PLLC | Telephone: (949) 622-2722 |
| 227 W. Monroe Street, Suite 2100 | Ronald.Raether@troutman.com |
| Chicago, IL 60606 | |
| Telephone: (866) 252-0878 | Joshua Daniel Davey (pro hac vice) |
| gklinger@milberg.com | TROUTMAN PEPPER LOCKE LLP |
| | 301 S. College St., 34th Floor |
| Sabita J. Soneji (pro hac vice) | Charlotte, NC 28202 |
| TYCKO & ZAVAREEI LLP | Telephone: (704) 916-1503 |
| 1970 Broadway, Suite 1070 | Joshua.Davey@troutman.com |
| Oakland, CA 94612 | |
| Telephone: (510) 254-6808 | Timothy J. St. George (pro hac vice) |
| Facsimile: (202) 973-0950 | TROUTMAN PEPPER LOCKE LLP |
| ssoneji@tzlegal.com | 1001 Haxall Point |
| | Richmond, VA 23219 |
| *Attorneys for Plaintiffs and the Proposed Class* | Telephone: (804) 697-1254 |
| | Timothy.St.George@troutman.com |
| | |
| | *Attorneys for Defendant Set Forth, Inc. d/b/a Forth and Centrex Software, Inc.* |