UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Case No.: 1:24-cv-11688 |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that attorney Jean S. Martin hereby files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm:   Aylstock, Witkin, Kreis & Overholtz
    Address:    17 E. Main Street, Suite 200
                Pensacola, FL 32502
                Facsimile: (850) 916-7449
                Phone: (850) 202-1010
                Email: JMartin@awkolaw.com


Dated: January 13, 2026                 Respectfully submitted,

                                        */s/ Jean S. Martin*
                                        Jean S. Martin
                                        **Aylstock, Witkin, Kreis & Overholtz**
                                        17 E. Main Street, Suite 200
                                        Pensacola, FL 32502
                                        Facsimile: (850) 916-7449
                                        Phone: (850) 202-1010
                                        Email: JMartin@awkolaw.com

                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Jean S. Martin*
Jean S. Martin