# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Case No.: 1:24-cv-11688 |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that attorney Francesca K. Burne hereby files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Firm:    Aylstock, Witkin, Kreis & Overholtz
    Address:     17 E. Main Street, Suite 200
                      Pensacola, FL 32502
                      Facsimile: (850) 916-7449
                      Phone: (850) 202-1010
                      Email: Fburne@awkolaw.com

Dated: January 13, 2026                      Respectfully submitted,

                                                    */s/ Francesca K. Burne*
                                                    Francesca K. Burne
                                                    **Aylstock, Witkin, Kreis & Overholtz**
                                                    17 E. Main Street, Suite 200
                                                    Pensacola, FL 32502
                                                    Facsimile: (850) 916-7449
                                                    Phone: (850) 202-1010
                                                    Email: Fburne@awkolaw.com

                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<em>/s/ Francesca K. Burne</em><br>
Francesca K. Burne