UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

### DEFENDANT SET FORTH, LLC D/B/A FORTH'S MOTION TO COMPEL ARBITRATION OF CLAIMS ASSERTED BY PLAINTIFFS ADAM AND BELLEFEUILLE

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 5.3, Defendant Set Forth, LLC d/b/a Forth ("Forth"), respectfully moves this Court for an order compelling arbitration of the claims asserted against Forth in the Consolidated Class Action Complaint, Dkt. 85, by Plaintiffs Janice Adam and Joel Bellefeuille. As explained in the accompanying memorandum of law, arbitration of these claims is required because Adam and Bellefeuille both executed valid, binding contracts with Forth that contain arbitration agreements delegating the question of arbitrability to the arbitrator and, in any event, covering the claims they raise in this case. In light of these agreements and the liberal policy and presumption in favor of arbitration, Adam and Bellefeuille's claims must be compelled to arbitration and stayed in this Court pending resolution of those proceedings.

Defendants informed Plaintiffs of their intent to move to compel arbitration on January 7, 2026. Plaintiffs oppose the relief requested herein.

Dated: January 26, 2026.

Respectfully submitted,

/s/ Seth M. Erickson
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.St.George@troutman.com

*Attorneys for Defendant Set Forth, LLC d/b/a Forth and Centrex Software, Inc.*