# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) Consolidated Case No: 1:24-cv-11688 ) ) ) ) Honorable Martha M. Pacold ) ) ) |

## DECLARATION OF RICHARD ANDERLICK IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION



1



2



3



I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 21, 2026

Richard Anderlick

# EXHIBIT A

**FULLY REDACTED**

# EXHIBIT B

**FULLY REDACTED**

# EXHIBIT C

**FULLY REDACTED**

# EXHIBIT D

**FULLY REDACTED**

# EXHIBIT E

**FULLY REDACTED**