# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

### DEFENDANTS SET FORTH, LLC D/B/A FORTH AND CENTREX SOFTWARE, INC.'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 7(b), 12(b)(6), and Local Rule 5.3, Defendants Set Forth, LLC, d/b/a Forth ("Forth") and Centrex Software, Inc. ("Centrex"), respectfully move this Court for an order dismissing all the claims asserted in the Consolidated Class Action Complaint, Dkt. 85, for failure to state a claim. The reasons supporting this request are set forth in detail in the accompanying memorandum of law.

Defendants informed Plaintiffs of their intent to move to dismiss the Consolidated Class Action Complaint on January 7, 2026. Plaintiffs oppose the relief requested herein.

Dated: January 26, 2026.

Respectfully submitted,

/s/ Seth M. Erickson
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.St.George@troutman.com

*Attorneys for Defendant Set Forth, LLC d/b/a Forth and Centrex Software, Inc.*