# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Rene Garcia, et al.
                          Plaintiff,

v.                                                     Case No.: 1:24–cv–11688
                                                              Honorable Martha M. Pacold

Centrex Software, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

       MINUTE entry before the Honorable Martha M. Pacold: The parties' joint motion to seal, [98], is granted. By 2/9/26, the parties shall jointly propose dates during the weeks of April 20 and/or May 11 to hold argument on the pending motions in this case. The parties should also indicate how much time they anticipate needing to complete argument, keeping in mind that the typical amount of time on a single motion is approximately 15 minutes per side. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.