## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Rene Garcia, et al.

                Plaintiff,

v.                                                 Case No.: 1:24–cv–11688
                                                    Honorable Martha M. Pacold

Centrex Software, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument on the pending motion to compel arbitration [96] and motion to dismiss for failure to state a claim [101] will be held on April 22, 2026 at 10:00 a.m., in Courtroom 2325. The parties will have 15 minutes per side to argue [96]. The parties will have 25 minutes per side to argue [101]. [96] will be argued first. By 3/2/3036, the parties shall file a joint status report indicating whether the court's resolution of [96] impacts [101], and if it does, a short statement explaining how. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.