UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

## NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS AND EMAIL DESIGNATION

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Lori G. Feldman, effective February 20, 2026, counsel of record for the Plaintiff, LINDA CARROLL in the above-captioned matter, is no longer affiliated with George Feldman McDonald, PLLC. Attorney Lori G. Feldman has joined the law firm of Hecht Partners LLP, located at 125 Park Avenue, 25th Floor, New York, NY 10017 and is now affiliated with that firm.

**Lori G. Feldman Esq.'s new address, telephone and email are:**

Lori G. Feldman, Esq.
**Hecht Partners LLP**
125 Park Avenue, 25th Floor
New York, NY 10017
Main Phone: (212) 851-6821
Fax: (888) 421-4173
Email Addresses: LFeldman@hechtpartners.com
e-servicecapg@hechtpartners.com

Dated: February 20, 2026

/s/Lori G. Feldman
**Lori G. Feldman**
NY Bar No. 2389070
WA Bar No. 29096
Hecht Partners LLP
125 Park Ave., 25th Floor
New York, NY 10017
Email Addresses: LFeldman@hechtpartners.com
e-servicecapg@hechtpartners.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated: February 21, 2026

                                                  */s/Lori G. Feldman*
                                                  **Lori G. Feldman**
                                                  NY Bar No. 2389070
                                                  WA Bar No. 29096
                                                  Hecht Partners LLP
                                                  125 Park Ave., 25th Floor
                                                  New York, NY 10017
                                                  Email Addresses: LFeldman@hechtpartners.com
                                                                            e-servicecapg@hechtpartners.com