IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RENE GARCIA**,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SET FORTH, INC. et al.,<br><br>Defendant. | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to the Court's February 9, 2026, Order, Plaintiffs, Defendant Set Forth, LLC (f/k/a Seth Forth, Inc.) and Defendant Centrex Software, Inc., hereby submit this joint status report regarding whether the Court's resolution of Defendants' motion to compel arbitration as to two of the named Plaintiffs (Doc. 96) impacts Defendants' motion to dismiss Plaintiffs' consolidated complaint (Doc. 101).

The motion to compel arbitration addresses the claims of two Plaintiffs: Janice Adam and Joel Bellefeuille. Defendant Set Forth contends that Adam and Bellefeuille must arbitrate their claims pursuant to agreements they entered into with Set Forth. None of the causes of action alleged by Adam or Bellefeuille are unique to either plaintiff. Accordingly, the Parties agree that the resolution of the motion to compel arbitration will have no impact on the claims of the other seven Plaintiffs. *See* Doc. 96; *see also* Doc. 85. If the motion to compel is granted, the Court need not address Defendants' arguments that Adam and Bellefeuille's allegations fail to state a claim against either Defendant, and need not consider their individual factual allegations (*see* Doc. 85 at ¶¶ 145–158, 256–270) in its consideration of the motion to dismiss.

1

The Parties remain available to answer any further questions the Court may have ahead of the April 22, 2026, hearing on these pending motions.

Dated: February 25, 2026

*/s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109


*/s/ Gary M. Klinger*
MILBER COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
 gklinger@milberg.com

*/s/ Sabita J. Soneji*
Sabita J. Soneji (pro hac vice)
TYCKO & ZAVAREEI LLP
1970 Broadway
Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

**Interim Co-Lead Counsel**

Dated: February 25, 2026

*/s/ Seth M. Erickson*
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.Stgeorge@troutman.com

**Counsel for Defendant Set Forth, Inc. and Centrex Software, Inc.**

## CERTIFICATE OF SERVICE

    I, Raina C. Borrelli, hereby certify that on February 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 25th day of February, 2026.

                                STRAUSS BORRELLI PLLC

                                By: */s/ Raina C. Borrelli*
                                      Raina C. Borrelli
                                      raina@straussborrelli.com
                                      STRAUSS BORRELLI PLLC
                                      One Magnificent Mile
                                      980 N Michigan Avenue, Suite 1610
                                      Chicago IL, 60611
                                      Telephone: (872) 263-1100