IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to Local Rule 83.17, Andrew J. Shamis of Shamis & Gentile, P.A., moves for leave to withdraw as counsel for Plaintiff Courtney Parrish in the above-captioned matter.

Plaintiff Parrish was not named in the Consolidated Complaint filed on November 10, 2025. ECF No. 85. Accordingly, Plaintiff Parrish is no longer an active participant in this consolidated action, and her claims are not before this Court in the operative pleading. Movant's withdrawal is not sought for purposes of delay and would not require any extension of any pre-existing deadlines.

WHEREFORE, Movant Andrew J. Shamis respectfully requests that the Court grant this motion and permit him to withdraw as counsel for Plaintiff Courtney Parrish.

Date: March 2, 2026        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/: Andrew J. Shamis*
　　　　　　　　　　　　　　　　　　　　Andrew J. Shamis
　　　　　　　　　　　　　　　　　　　　Illinois Bar No. 6337427
　　　　　　　　　　　　　　　　　　　　**SHAMIS & GENTILE, P.A.**
　　　　　　　　　　　　　　　　　　　　14 NE First Avenue, Suite 705
　　　　　　　　　　　　　　　　　　　　Miami, FL 33132
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 479-2299
　　　　　　　　　　　　　　　　　　　　ashamis@shamisgentile.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/: Andrew J. Shamis*
Andrew J. Shamis