UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688 <br><br> Honorable Martha M. Pacold |

## NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, effective February 17, 2026, Danielle L. Perry, court-appointed Steering Committee Member for Plaintiffs in the above-captioned matter, has changed her law firm affiliation. The law firm formerly known as Mason LLP is now known as Mason & Perry LLP.

This change is administrative in nature only and does not affect counsel's representation in this matter.

All future service of documents in this matter should be sent to:

Danielle L. Perry
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com

I have updated my personal profile information in the PACER/ECF system.

Dated: March 3, 2026

Respectfully submitted,

*/s/ Danielle L. Perry*
Danielle L. Perry
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com

*Plaintiffs' Steering Committee Member*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

                                            */s/ Danielle L. Perry*
                                            Danielle L. Perry