## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Rene Garcia, et al.
                                  Plaintiff,

v.                                                       Case No.: 1:24–cv–11688
                                                            Honorable Martha M. Pacold

Centrex Software, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The motion of attorney Andrew J. Shamis to withdraw as counsel for Courtney Parrish, [107], is granted. Attorney Andrew J. Shamis terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.