IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Case No.: 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

I, Mary Moses, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. I am one of the named plaintiffs in this proposed class action and submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, ECF. Nos 101-102.

3. I received the Notice letter, by U.S. mail, from Defendant Set Forth, addressed directly to me, which was dated November 8, 2024, and which is attached to the Consolidated Complaint, ECF No. 85, as Exhibit K.

4. The Notice informed me that sensitive personally identifiable information ("PII"), specifically including name, address, and social security number, belonging to me, my spouse, co-applicant, or defendant, was improperly accessed and obtained by unauthorized third parties in a data breach.

5. When I received the Notice, I called the phone number provided on page 3 of the notice, 1-877-210-5107, and spoke to a representative at IDX to "gain additional information about the event and speak with knowledgeable representatives," as encouraged by the Notice.

6. The representative I spoke with at IDX informed me that the custodian of my PII with respect to the breach in question was Centrex.

7. While on the phone with the representative, I wrote down the name of the entity the representative had given, Centrex, and after making an educated guess as to the correct spelling of the entity, I spelled it as "Centriz."

8. I then contacted Centrex and spoke with a representative of the company, who confirmed that it was the custodian of my PII in question, and had been hired in connection with the maintenance of a portion of my retirement funds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed on February 23, 2026.

By: *Mary Moses*
Mary Moses