## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Rene Garcia, et al.

       Plaintiff,

v.
               Case No.: 1:24–cv–11688
               Honorable Martha M. Pacold

Centrex Software, Inc., et al.

       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 6, 2026:


   MINUTE entry before the Honorable Martha M. Pacold: The 4/22/2026 oral argument on the pending motion to compel arbitration [96] and motion to dismiss for failure to state a claim [101] is stricken and reset for 7/15/2026 at 10:00 a.m. in Courtroom 2325. Mailed notice. (lxk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.