**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RENE GARCIA,

        Plaintiff,

                                    Case No. 1:24-cv-11688

v.

                                    Judge Martha M. Pacold

SET FORTH, INC.,

        Defendant.

## <u>SUPPLEMENTAL NOTIFICATION OF AFFILIATES STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court for the North District of Illinois, the undersigned counsel for Defendant Set Forth, LLC ("Set Forth") certifies that it is a non-governmental corporate party. Set Forth's members are MP Settle, LP, a Delaware limited liability partnership; and Set Forth Holdings, LLC, a Delaware limited liability company. Set Forth is not a publicly held or traded corporation and no publicly held company owns more than 5% of its stock.

Dated: April 8, 2026                       Respectfully submitted,

                                       By: */s/ Seth M. Erickson*
                                       Seth M. Erickson
                                       TROUTMAN PEPPER LOCKE LLP
                                       111 South Wacker Drive, Suite 4100
                                       Chicago, Illinois 60606
                                       312.759.5930
                                       seth.erickson@troutman.com

                                     *Counsel for Set Forth, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April 2026, I electronically filed the foregoing *Supplemental Notification of Affiliates Statement* with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

*/s/ Seth M Erickson*

326907840