Docusign Envelope ID: C61E2DD0-9BC8-4D85-AB14-43AD3102265D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | ) |
| | ) |
| | ) |
| | ) |
| | ) Consolidated Case No: 1:24-cv-11688 |
| | ) |
| | ) |
| | ) Honorable Martha M. Pacold |
| | ) |
| | ) |
| | ) |

**SECOND DECLARATION OF RICHARD ANDERLICK IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**

I, Richard Anderlick, declare as follows, pursuant to 28 U.S.C. § 1746:

1. My name is Richard Anderlick. I am over 18 years old, of sound mind, capable of making this Declaration, and am personally familiar with the facts stated herein.

2. I am employed by Set Forth, LLC, d/b/a Forth ("Forth") as the Governance and Enablement Director.

3. By virtue of my duties and responsibilities as Governance and Enablement Director, I am familiar with the manner in which Forth Account Agreements are created and maintained. Specifically, I am familiar with the manner in which Forth's Forth Pay customers execute Forth Account Agreements from within the Clixsign environment.

4. The facts in this declaration are based upon my own personal knowledge and my personal review of Forth's business records pertinent to this matter. If called as a witness, I could and would competently testify to the facts set forth herein.

5. I submit this declaration to supplement facts presented in my original Declaration in Support of Forth's Motion to Compel Arbitration.

1

Docusign Envelope ID: C61E2DD0-9BC8-4D85-AB14-43AD3102265D

6.      As I explained in original Declaration, Forth Agreements are sent to consumers from within the Forth Platform via a proprietary, electronic document signature platform called Clixsign.

7.      When a Debt Service Relief Provider ("DSRP") sends a consumer a Forth Agreement for execution, the DSRP sends an email containing a link to Clixsign to the consumer's email address. The email invites the customer to "review and electronically sign the linked document." A true and correct copy of such an email is attached to this Declaration as **Exhibit A**.

8.      Upon clicking the "Review and Sign Now" button in the email, the consumer is directed to a Clixsign landing page. Before being directed to the actual document, the consumer must check a box that states: "The parties understand and agree that they have the right to execute this Agreement through paper or through electronic signature technology, which is in compliance with State and Federal law governing electronic signatures. The parties agree that to the extent they sign electronically, their electronic signature is legally binding equivalent to their handwritten signature." A true and correct copy of the Clixsign landing page is attached to this Declaration as **Exhibit B**.

9.      After the consumer clicks the "Begin Signing Button," he or she is directed to the Forth Agreement. The Clixsign program prompts the consumer to add his or her initials and/or signature to three fields in the document.

10.      Upon adding the consumer's initials to the first field, the Clixsign program automatically directs the consumer to the next required signature field. The same process occurs between the second and third fields

11.      The consumer always retains control of the signing process. Specifically, the consumer always retains the ability to scroll through the document to review its terms.

Docusign Envelope ID: C61E2DD0-9BC8-4D85-AB14-43AD3102265D

12.     Additionally, the Clixsign software is designed to easily allow a consumer to disable to auto-scrolling function, if desired.  The right-hand side of the signing environment contains a pane that reads "Field Summary," "Signing Actions," and "Participants." There are several "Signing Actions" available to a consumer, including "Decline to Sign" and "Disable Auto Scrolling."  Once selected, the Clixsign software ceases automatically scrolling between signature fields.  A true and correct screenshot of the signing environment, which displays the "Decline to Sign" and "Disable Auto Scrolling" elections on the right-hand side of the screen, is attached hereto as **Exhibit C**.  The Clixsign software does not time out if a consumer does not provide the required signatures within a certain amount of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 10, 2026

Signed by:

*Richard Anderlick*

525B7A82FDA64A7...

Richard Anderlick

3