# EXHIBIT B

https://clixsign.com/sign/61c2aef4255e5c46febc8ee0c96834da1/welcome

## clixsign.

# Welcome, Anais Jaccard

You have been requested to electronically sign a document via Clixsign by the party below.

**FT**

**Forth Team** *(r.anderlick@setforth.com)*
Rick's Test Account 2: Electric Boogaloo

This document expires on 05/01/2026 2:18:48 PM

*The parties understand and agree that they have the right to execute this Agreement through paper or through electronic signature technology, which is in compliance with State and Federal law governing electronic signatures. The parties agree that to the extent they sign electronically, their electronic signature is the legally binding equivalent to their handwritten signature.*

**Begin Signing  ❯**