# EXHIBIT C



You have provided FORTH with a written or oral notification of Your termination of this Account Agreement no less than three (3) business days in advance of the requested termination date.

Initials

**3 required fields remaining.**

Click / Tap Field To Place INITIAL.

Next Field

Initial Here

Page 2 of 9 | MAVIS

## Service Fees* Fees are ONLY charged when applicable

| Administrative | | Disbursement | |
|---|---|---|---|
| Setup Fee | $0.00 | ACH Debit / Check by Phone | $0.00 |
| Monthly Service Fee | $0.00 | Bank Wire | $0.00 |
| Stop Payment Fee | $0.00 | Check | $0.00 |
| Client Deposit Fee | $ | Check 2nd Day | $0.00 |
| Third Party Deposit Fee | $ | Check Overnight | $0.00 |
| Reject Deposit Fee | $ | Direct Pay | $0.00 |
| Returned Item Fee | $0.00 | | |

FIELD SUMMARY

3 Required

0 Optional

SIGNING ACTIONS

Decline to Sign

Modify Signature Method

Show Field Locator

Disable Auto Scrolling

PARTICIPANTS

Anais Jaccard