

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

*If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information.*

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | In re Broilers Antitrust Litigation | |
| | Batton, et al., v. The National Association of Realtors, et al. | |
| | Tuccori, et al., v. At World Properties, LLC, et al. | |
| | Garcia, et al., v. Set Forth, Inc., et al. | |
| | In Re: Frozen Potato Products Antitrust Litigation | |
| | | |

_____          _____-____
Signature of Attorney                                      Date

Rev. 07032025