**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Rene Garcia, et al.

Plaintiff,

v.                                                                      Case No.: 1:24–cv–11688
                                                                        Honorable Martha M. Pacold

Centrex Software, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 23, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: By 5/7/2026, the parties should file a joint status report (1) confirming that they have exhausted settlement possibilities; (2) if not, stating whether settlement discussions are ongoing or could be productive and whether the parties request the court's assistance with settlement; and (3) any request for a further joint status report or status hearing. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.