**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688 |
| | Honorable Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to the Court's April 23, 2026, Order, Dkt. 125, Plaintiffs Adam Bellefeuille, Jr., Sharon Blue, Richard Cooper, Gladys Ewing, Kim Girven, LaToya Gravely, Bertha Meza, and Mary Moses, together with Defendants Set Forth Inc. d/b/a Forth and Centrex Software, Inc., submit this joint status report.

In response to this Court's April 23, 2026, Order, the Parties met and conferred by telephone on April 28, 2026, to discuss the status of potential settlement negotiations. This was not the first discussion the Parties have had concerning settlement; the Parties have discussed the issue on multiple occasions prior to the Court's April 23, 2026. After conferring, the Parties provide the following positions:

**Plaintiffs' Position**

During the meet and confer, Plaintiffs' counsel offered to stay the litigation, subject to the Court's approval, and schedule a mediation to explore classwide resolution of the litigation. It is Plaintiffs' position that the vast majority of data breach class actions resolve prior to a ruling on the motion to dismiss. Plaintiffs believe a mediation would be fruitful here for that reason.

Defendants' counsel stated that their clients have no interest in mediation at this time and require a ruling on the pending dispositive motions before engaging in settlement discussions.

**Defendants' Position**

In response to the questions asked by the Court: at this time, the Parties have not exhausted settlement possibilities, settlement discussions are not ongoing, and the Court's assistance with settlement is not necessary. This litigation remains in its early stages, with Defendants' motions to dismiss and Set Forth's motion to compel arbitration pending. Defendants are confident in their arguments that Plaintiffs' claims should be dismissed and that certain plaintiffs must arbitrate their claims. The Court's rulings on these motions will determine if any claims survive and, if they do, will impact the scope of the putative class and the claims at issue. Defense counsel have handled dozens of data breach putative class action litigations, and in their experience it is uncommon for cases to settle prior to resolution of a motion to dismiss where significant doubts concerning the viability of the claims and scope of the putative class exist that will be addressed in a decision on a motion to dismiss. Here, Defendants believe a ruling from this Court on the pending motions to compel arbitration and dismiss is necessary before further settlement discussions can occur. The Parties have agreed to begin discussions concerning identification of a mediator, in the event that this case proceeds past of the motion to dismiss phase.

Dated: May 1, 2026.

- 3 -

Respectfully submitted,

/s/ Raina C. Borrelli
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Sabita J. Soneji (pro hac vice)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

*Attorneys for Plaintiffs and the Proposed Class*

/s/ Seth M. Erickson
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100
Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.St.George@troutman.com

*Attorneys for Defendant Set Forth, LLC d/b/a Forth and Centrex Software, Inc.*