**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Rene Garcia, et al. v. Centrex Software, et a.

Case Number: 1:24-cv-11688

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Linda Carroll

Attorney name (type or print): William J. Edelman

Firm: Milberg, PLLC

Street address: 227 W. Monroe Street, Suite 2100

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6332368
(See item 3 in instructions)

Telephone Number: (771) 474-1121

Email Address: wedelman@milberg.com

Are you acting as lead counsel in this case? ✔Yes ☐No

Are you a member of the court's general bar? ✔Yes ☐No

Are you a member of the court's trial bar? ✔Yes ☐No

Are you appearing *pro hac vice*? ☐Yes ✔No

If this case reaches trial, will you act as the trial attorney? ✔Yes ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 10, 2026

Attorney signature: S/ William J. Edelman
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023