**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rene Garcia, et al.

Plaintiff,

v.

Case No.: 1:24−cv−11688
Honorable Martha M. Pacold

Centrex Software, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Oral argument held on 9/1/2026. Defendant Set Forth, LLC's motion to compel arbitration [96] and Set Forth, LLC and Centrex Software, Inc.'s motion to dismiss for failure to state a claim [101] are taken under advisement. The Court either will issue a ruling or set a ruling from the bench. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.