**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rene Garcia, et al.
Plaintiff,
v.
Centrex Software, Inc., et al.
Defendant.

Case No.: 1:24−cv−11688
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from the bench is set for 9/29/2026 at 2:00 p.m. To join the telephone hearing please dial 650−479−3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Alternatively, the Court may cancel the bench ruling and enter a written ruling on the docket. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.