**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rene Garcia, et al.

Plaintiff,

v.

Case No.: 1:24−cv−11688
Honorable Martha M. Pacold

Centrex Software, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from bench hearing held on 9/29/2026. For the reasons stated on the record, defendant Set Forth, LLC's motion to compel arbitration [96] is granted. The claims of plaintiffs Adam and Bellefeuille are stayed. For the reasons stated on the record, Set Forth, LLC and Centrex Software, Inc.'s motion to dismiss for failure to state a claim [101] is granted in part and denied in part. Plaintiffs are granted leave to file an amended complaint by 10/27/2026 if plaintiffs can do so consistent with today's ruling and Federal Rule of Civil Procedure 11. By 11/3/2026, the parties are directed to file a joint status report with a proposed schedule. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.