**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688 |
|---|---|

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF SAMUEL M. WARD**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Joel Bellefeuille, Jr. respectfully moves this Court for leave to withdraw the appearance of Samuel M. Ward as counsel for Plaintiff. Mr. Ward has retired from the practice of law. His withdrawal will not prejudice any party or delay these matters, as Plaintiff is, and will continue to be, represented by other counsel of record.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to withdraw Mr. Ward as counsel in above-referenced actions and enter an order withdrawing Mr. Ward's appearances accordingly.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Stephen R. Basser*

Stephen R. Basser (pro hac vice)
BARRACK RODOS & BACINE
3580 Carmel Mountain Road, Suite 460
San Diego, CA 92130
Tel: (619) 230-0800
Fax: (619) 230-1874
Email: sbasser@barrack.com

*Counsel for Plaintiff Joel Bellefeuille, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I caused a true and correct copy of the foregoing to be filed electronically via the ECF filing system, which sent notification of such filing to parties who are registered participants with the Court.

*/s/ Stephen R. Basser*