**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

# JOINT STATUS REPORT

Pursuant to the Court's September 29, 2026, Order, Dkt. 136, Plaintiffs Adam Bellefeuille, Jr., Sharon Blue, Richard Cooper, Gladys Ewing, Kim Girven, LaToya Gravely, Bertha Meza, and Mary Moses, together with Defendants Set Forth Inc. d/b/a Forth and Centrex Software, Inc., jointly submit this status report with a proposed schedule.

In light of the Court's Order, Plaintiffs will not amend their Consolidated Class Action Complaint ("CCAC"). Defendants have agreed to answer the CCAC by November 20, 2026.

The Parties propose the following case schedule:

The parties have expressed a mutual interest in pursuing mediation. The parties request that they be provided until December 4, 2026 to provide a further status report on the progress of scheduling a mediation, including whether they wish to seek a stay of the case deadlines at that time.

| Action or Event | Proposed Deadlines |
|---|---|
| Deadline for Plaintiffs' class certification expert disclosures; depositions to occur within 21 days | July 16, 2027 |
| Deadline for Defendants' class certification expert disclosures; depositions to occur within 21 days | August 30, 2027 |
| Deadline for class certification rebuttal reports; depositions to occur within 21 days | October 11, 2027 |
| Deadline for (i) Motion for Class Certification | November 19, 2027 |

| Action or Event | Proposed Deadlines |
|---|---|
| Deadline for (i) Opposition to Motion for Class Certification and (ii) *Daubert* motions related to Plaintiffs' class certification experts | January 28, 2028 |
| Deadline for (i) Reply in Support of Class Certification; (ii) *Daubert* motions on Defendants' class certification rebuttal experts; (iii) Opposition to *Daubert* motions related to Plaintiffs' class certification experts | February 25, 2028 |
| Deadline for (i) Defendants' Reply ISO *Daubert* motions on Plaintiffs' class certification experts; (ii) Opposition to *Dauberts* on Defendants' class certification experts | March 24, 2028 |
| Deadline for Plaintiffs' Reply in ISO *Daubert* motions on Defendants' class certification experts | April 21, 2028 |
| Hearing on Class Certification and any Related *Daubert* Motions | July 2028, at the Court's convenience |
| Close of Fact Discovery | 60 days after the Court's ruling on Class Certification, including any decision on Rule 23(f) appeal, as relevant |
| Status Conference to discuss trial setting, dispositive motions, and any other issues the Parties wish to raise | To be set by the Court after the Close of Fact Discovery |

Dated: November 2, 2026

Respectfully submitted,

*/s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Dated: November 2, 2026

Respectfully submitted,

*/s/ Timothy J. St. George*
Timothy J. St. George (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.St.George@troutman.com

Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker, Suite 4100

Gary M. Klinger
MILBERGPLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Sabita J. Soneji (pro hac vice)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

*Attorneys for Plaintiffs and the Proposed Class*

Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey (*pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

*Attorneys for Defendant Set Forth, LLC d/b/a Forth and Centrex Software, Inc.*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on November 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 2nd day of November, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*

Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109