**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: SET FORTH DATA SECURITY BREACH LITIGATION | Consolidated Case No. 1:24-cv-11688<br><br>Honorable Martha M. Pacold |

**JOINT STATUS REPORT**

Pursuant to the Court's November 9, 2026, Order, Dkt. 140, Plaintiffs Adam Bellefeuille, Jr., Sharon Blue, Richard Cooper, Gladys Ewing, Kim Girven, LaToya Gravely, Bertha Meza, and Mary Moses ("Plaintiffs"), together with Defendants Set Forth Inc. d/b/a Forth and Centrex Software, Inc. (collectively, the "Parties"), jointly submit this status report with an update about mediation.

1. The Parties have agreed to attend mediation with third party neutral Fouad Kurdi and have scheduled the mediation for March 11, 2027. The Parties are cooperating on a plan for voluntary, information exchange prior to mediation.

2. In light of the pending mediation, the Parties have agreed not to commence formal discovery until after mediation, and the Parties request that no pretrial schedule be set by the Court at this time.

3. The parties request that the Court stay the case until after completion of the mediation. The Parties also request that they be ordered to provide a joint status report on the progress of mediation to the Court on or before March 18, 2027, which is seven (7) days after the scheduled mediation session.

Respectfully submitted,

*/s/ Sabita Soneji*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Gary M. Klinger
MILBERG PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Sabita J. Soneji (pro hac vice)
TYCKO & ZAVAREEI LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
ssoneji@tzlegal.com

*Attorneys for Plaintiffs and the Proposed Class*

*/s/ Seth M. Erickson*
Seth M. Erickson
TROUTMAN PEPPER LOCKE LLP
225 West Randolph Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 759-5930
seth.erickson@troutman.com

Ronald I. Raether, Jr. (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, CA 92614
Telephone: (949) 622-2722
Ronald.Raether@troutman.com

Joshua Daniel Davey (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

Timothy J. St. George (pro hac vice)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Timothy.St.George@troutman.com

*Attorneys for Defendants Set Forth, Inc. d/b/a Forth and Centrex Software, Inc.*

**CERTIFICATE OF SERVICE**

I, hereby certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

Dated: November 19, 2026 *<u>/s/ Seth M. Erickson</u>*